UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONSTANCE BAGLEY | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:13 CV 1890 |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, DOUGLAS RAE, | : | |
| EDWARD SNYDER and ANDREW | : | |
| METRICK, Individually | : | |
| | : | |
| Defendants | : | JANUARY 6, 2014 |

## NOTICE OF APPEARANCE

Please enter the appearance of Patrick M. Noonan, as attorney for the defendants, Yale University, Douglas Rae, Edward Snyder and Andrew Metrick, Individually, in the above-entitled matter.

                                          THE DEFENDANTS
                                          YALE UNIVERSITY, DOUGLAS RAE,
                                          EDWARD SNYDER and ANDREW
                                          METRICK, Individually


                                    BY:   /s/ Patrick M. Noonan  (#ct00189)
                                               Patrick M. Noonan
                                               Donahue, Durham & Noonan, P.C.
                                               741 Boston Post Road
                                               Guilford, CT 06437
                                               (203) 458-9168

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                                             _____/s/_____
                                                                                                Patrick M. Noonan