UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONSTANCE BAGLEY | : | |
| | : | |
|     Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:13 CV 1890  (CSH) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, DOUGLAS RAE, | : | |
| EDWARD SNYDER and ANDREW | : | |
| METRICK, Individually | : | FEBRUARY 7, 2014 |
| | : | |
|     Defendants | : | |

## MOTION FOR CLARIFICATION / EXTENSION OF TIME

The defendants hereby move, pursuant to Local Civil Rule 7(b), for a clarification and/or extension of time regarding the deadline for filing a response to the plaintiff's complaint. The Order on Pretrial Deadlines (see Docket Entry No. 3) indicates that motions to dismiss based on the pleadings are due by March 20, 2014. However, Docket Entry Nos. 12 through 15, regarding the return of waiver of service, indicate that the defendants' answers are due on February 20, 2014. The defendants request that an order be entered establishing March 20, 2014 as the due date for filing a response to the plaintiff's complaint.

The plaintiff has indicated she is willing to agree to a deadline of March 3, 2014 for filing a response to the complaint, but will not agree to any additional time. However, additional time is needed due to the fact that the complaint is directed against four defendants, contains eighteen counts, is forty-one pages long, and raises a number of different legal issues that need to be addressed.

Wherefore, the defendants request the entry of an order establishing March 20, 2014 as the due date for filing a response to the plaintiff's complaint.  This is the defendants' first request for extension of time.

        THE DEFENDANTS
        YALE UNIVERSITY, DOUGLAS RAE,
        EDWARD SNYDER and ANDREW
        METRICK, Individually

BY:   /s/ Patrick M. Noonan  (#ct00189)
        Patrick M. Noonan
        Donahue, Durham & Noonan, P.C.
        741 Boston Post Road
        Guilford, CT 06437
        (203) 458-9168

## CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                /s/
             Patrick M. Noonan