UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONSTANCE BAGLEY | : | |
| | : | |
|     Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:13 CV 1890 (CSH) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, DOUGLAS RAE, | : | |
| EDWARD SNYDER and ANDREW | : | |
| METRICK, Individually | : | MARCH 20, 2014 |
| | : | |
|     Defendants | : | |

## **MOTION TO DISMISS**

For the reasons stated in the accompanying memorandum of law, the defendants, Yale University, Douglas Rae, Edward Snyder and Andrew Metrick, hereby move to dismiss all claims contained in the plaintiff's December 20, 2013 Complaint.

                                               THE DEFENDANTS
                                               YALE UNIVERSITY, DOUGLAS RAE,
                                               EDWARD SNYDER and ANDREW
                                             METRICK, Individually

                                      BY:   /s/ Patrick M. Noonan  (#ct00189)
                                               Patrick M. Noonan
                                               Donahue, Durham & Noonan, P.C.
                                               741 Boston Post Road
                                               Guilford, CT 06437
                                               (203) 458-9168

2

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                               /s/
                                              Patrick M. Noonan