# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSTANCE BAGLEY | : |
| Plaintiff | : CIVIL ACTION NO.: |
| | : 3:13 CV 1890 (CSH) |
| vs. | : |
| YALE UNIVERSITY, DOUGLAS RAE, EDWARD SNYDER and ANDREW METRICK, Individually | : |
| Defendants | : |

## CONFIDENTIALITY ORDER

All information, documents and other materials produced by one party to the other collectively referred to herein as "Information," shall be inspected and/or viewed only by the parties, the attorneys representing the parties in this action, their clerical staffs, legal assistants and such other persons who are working on this case, including experts or prospective experts (such experts to be advised in writing of their obligations to comply with this Order). No other persons shall have access to the Information without either prior approval of the Court or the consent of the party producing the Information.

1. Unless otherwise ordered by the Court, any person receiving the Information shall treat same as confidential and shall not provide or otherwise disclose the Information to any person or entity except persons listed in paragraph 1 hereof.

2. Any dispute that arises between the parties with respect to the confidentiality of the Information shall be resolved by the Court.

3. If Information is to be included in any papers to be filed in Court prior to trial, the filing party shall request an order from the Court that any Information subject to this Order be sealed and be unavailable to the public.

4. Nothing in this Order shall be construed to waive or prejudice the right of any party to object to the production or admission of the Information in this action at trial. Similarly, nothing in this Order shall be construed to waive or prejudice the right of any party to make an offer of evidence of any Information at trial.

5. Nothing in this Order shall prohibit disclosure of Information relating to any party upon the express permission of the producing party or by order of the Court.

6. The terms of this Order are intended to govern the use of the Information during pretrial discovery only and do not apply to the trial of this matter.

7. Within sixty (60) days after the termination of this litigation, all originals and reproductions of the Information shall be either destroyed or returned to counsel for the producing party.

_____<br>UNITED STATES DISTRICT JUDGE