# Yale OFFICE OF THE VICE PRESIDENT AND GENERAL COUNSEL

PO Box 208255
New Haven CT 06520-8255
T 203 432-4949
F 203 432-7960

*courier*
Whitney Grove Square
2 Whitney Avenue, 6th Floor
New Haven CT 06510

VIA E-MAIL AN FIRST CLASS MAIL

January 10, 2014

Michael J. Rose, Esq.
750 Main Street, Suite 606
Hartford, CT  06103

Re:   <u>Bagley v. Yale University (CCHRO # 1430273)</u>

Dear Attorney Rose:

    I write in response to your December 23, 2013 letter addressed to Ms. Donna M. Wilkerson Brillant, CHRO Regional Manager, to inform you that Yale University does not consent to your request for a release of jurisdiction in this matter.

                                              Sincerely,

                                              Jonathan E. Clune
                                              Senior Associate General Counsel

JEC/dfg

cc:   Donna M. Wilkerson Brillant
       Dorothy K. Robinson, Esq.