# NOTICE
## TO THE EMPLOYEES OF

**Yale University**

In accordance with §31-48d of the Connecticut General Statutes, this will serve as notice that this employer may engage in the following types of **Electronic Monitoring** of employees' activities or communications;

- [X] Telephone
- [X] Camera (including hidden cameras)
- [X] Computer
- [X] Radio
- [X] Wire
- [X] Electromagnetic
- [X] Photoelectronic
- [X] Photo-optical
- [ ] Other _____

If you have any questions regarding this notice, contact **Department of Human Resources**
(Company Representative)
for additional information.

The Connecticut Department of Labor provides this sample poster as a public service, Wage & Workplace Standards Division  200 Folly Brook Boulevard  Wethersfield, CT 06109-1114
A copy of § 31-48d ET. Seq. CGS appears on the reverse.

**Sec. 31-48d. Employers engaged in electronic monitoring required to give prior notice to employees. Exceptions. Civil penalty.** (a) As used in this section:

(1) "Employer" means any person, firm or corporation, including the state and any political subdivision of the state which has employees;

(2) "Employee" means any person who performs services for an employer in a business of the employer, if the employer has the right to control and direct the person as to (A) the result to be accomplished by the services, and (B) the details and means by which such result is accomplished; and

(3) "Electronic monitoring" means the collection of information on an employer's premises concerning employees' activities or communications by any means other than direct observation, including the use of a computer, telephone, wire, radio, camera, electromagnetic, photoelectronic or photo-optical systems, but not including the collection of information (A) for security purposes in common areas of the employer's premises which are held out for use by the public, or (B) which is prohibited under state or federal law.

(b) (1) Except as provided in subdivision (2) of this subsection, each employer who engages in any type of electronic monitoring shall give prior written notice to all employees who may be affected, informing them of the types of monitoring which may occur. Each employer shall post, in a conspicuous place which is readily available for viewing by its employees, a notice concerning the types of electronic monitoring which the employer may engage in. Such posting shall constitute such prior written notice.

(2) When (A) an employer has reasonable grounds to believe that employees are engaged in conduct which (i) violates the law, (ii) violates the legal rights of the employer or the employer's employees, or (iii) creates a hostile workplace environment, and (B) electronic monitoring may produce evidence of this misconduct, the employer may conduct monitoring without giving prior written notice.

(c) The Labor Commissioner may levy a civil penalty against any person that the commissioner finds to be in violation of subsection (b) of this section, after a hearing conducted in accordance with sections 4-176e to 4-184, inclusive. The maximum civil penalty shall be five hundred dollars for the first offense, one thousand dollars for the second offense and three thousand dollars for the third and each subsequent offense.

(d) The provisions of this section shall not apply to a criminal investigation. Any information obtained in the course of a criminal investigation through the use of electronic monitoring may be used in a disciplinary proceeding against an employee.

(P.A. 98-142.)