**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CONSTANCE E. BAGLEY, )<br><br>Plaintiff )<br><br>v. )<br><br>YALE UNIVERSITY, DOUGLAS )<br>RAE, EDWARD SNYDER, AND )<br>ANDREW METRICK, Individually. )<br><br>Defendants. ) | Civil Action No. 3:13-cv-01890 |

## NOTICE OF WITHDRAWAL OF ALEXANDRA H. DEAL

Please enter the withdrawal of my appearance herein as attorney for the Plaintiff,

Constance E. Bagley, in the above-referenced matter. Attorneys Laura R. Studen and Emily J.

Nelson have filed appearances in this action and remain counsel for the Plaintiff.


Respectfully Submitted,


/s/ Alexandra Deal
Alexandra Deal (BBO # 660645)
adeal@burnslev.com
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
Dated:  June 30, 2014        (617) 345-3000


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
and paper copies will be sent to those indicated as non-registered participants on June 30, 2014.

/s/ Emily J. Nelson
Emily J. Nelson

4842-4262-2492.