UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSTANCE E. BAGLEY, | Civl Action No. |
| Plaintiff, | 3:13-cv-1890 (CSH) |
| v. | |
| YALE UNIVERSITY, DOUGLAS RAE, EDWARD SNYDER, and ANDREW METRICK, | JUNE 30, 2014 |
| Defendants. | |

## ORDER FOR FURTHER BRIEFING

**HAIGHT, Senior District Judge:**

At the hearing on June 25, 2014 on the Defendants' motion to dismiss Plaintiff's complaint, counsel for the parties made extensive and able arguments. Counsel for Defendants began by expressing his perception of areas where the parties agreed with each other. One of those was the proposition that Plaintiff's first CHRO complaint, filed on March 4, 2013, was not timely filed. If that is so, it may have consequences for certain aspects of Plaintiff's federal and state claims.

Counsel for Plaintiff responded at the hearing that there was no agreement on the timeliness of Plaintiff's March 4, 2013 complaint. Plaintiff's position is that the filing was timely, and the CHRO itself was incorrect in concluding otherwise.

It is fair to say that this particular issue has surfaced relatively recently. At least, it is not fully addressed in the briefs of counsel to date. The timeliness of that first CHRO filing is a

significant question, and the Court will profit by further briefs of counsel.

Accordingly, counsel are directed to file simultaneously, on or before July 11, 2014, briefs relating solely to the question of whether Plaintiff's March 4, 2013 filing with the CHRO was timely.

It is SO ORDERED.

Dated:   New Haven, Connecticut
         June 30, 2014

                                          /s/
                            _____
                            CHARLES S. HAIGHT, JR.
                            Senior United States District Judge