

**From:** Spangler, Stephanie
**Sent:** Wednesday, June 13, 2012 6:08 PM
**To:** Bagley, Connie
**Cc:** Spangler, Stephanie
**Subject:** Letter from General Counsel

Dear Connie,

Per your request, I have attached a letter to me from Associate General Counsel Caroline Hendel confirming that the date of the "final action" relating to your reappointment and for purposes of

the review process outlined in the Faculty Handbook (Section III.L.3.b) is the date of Dean Snyder's letter to you regarding the reappointment decision.

I look forward to speaking with you again in the near future. Could you let me know what your availability is over the next few days (end of this week and early next)?

All the best,

Stephanie

Stephanie S. Spangler, M.D.

Deputy Provost for Health Affairs and Academic Integrity

Clinical Professor of Obstetrics and Gynecology

Telephone:   203-432-4446
Fax:         203-432-8139

--
Constance E. Bagley

# Yale University

Office of the General Counsel
PO Box 208255
New Haven CT 06520-8255

T 203 432-4949   F 203 432-7960

*courier*
2 Whitney Avenue, 6th floor
New Haven CT 06510

June 13, 2012

Stephanie S. Spangler
Deputy Provost for Health Affairs
Provost's Office
P.O. Box 208365
New Haven, CT 06520-8365

Dear Stephanie:

This is to confirm that the date of the final action with regard to Professor Bagley's reappointment is May 24, 2012, the date of Dean Snyder's letter to Professor Bagley.

Sincerely,

Caroline G. Hendel
Associate General Counsel

CGH/dfg