FORM 103(1)

## NOTICE OF RIGHT TO REQUEST REVIEW

This notice is to let you know that the charge to which you are a party, filed with both the Connecticut Commission on Human Rights and Opportunities, (CCHRO) and the federal Equal Employment Opportunity Commission (EEOC), will be processed by the CCHRO.

In accordance with the Commission's Procedural Regulation, the Commission will accept the CCHRO's final finding or resolution of the charge and adopt it as its own unless a party to the charge requests the EEOC to conduct a review of the CHRO's final action To exercise this right, you must request for review, in writing, to the EEOC office at the following address: **U.S. Equal Employment Opportunity Commission, Boston Area Office, John F. Kennedy Federal Building, Government Center, Room 475, Boston, MA 02203-0208** of the date on which you receive the CHRO's notice of its final findings or resolution.

If you have any questions concerning this notice or your right to request review, please contact this office.

### I ACKNOWLEDGE RECEIPT OF THIS NOTICE

X _[signature]_
**Signature of Complainant**

X _March 4, 2013_
**Date**

Yale University
Respondent's name

CCHRO NUMBER  _____

EEOC NUMBER  _____

(law mail out affidavit revised 10/2011)