UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONSTANCE BAGLEY | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:13 CV 1890 (CSH) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, DOUGLAS RAE, | : | |
| EDWARD SNYDER and ANDREW | : | AUGUST 7, 2014 |
| METRICK, Individually | : | |
| | : | |
| Defendants | : | |

## MOTION FOR EXTENSION OF TIME

The defendants hereby move for a 60 day extension of time, up to and including October 8, 2014, within which to answer plaintiff's discovery requests dated July 8, 2014 to which no objection has been taken.  The reason for this request is that it will take defendants' employees substantial time to assemble the information requested by the plaintiff, and it is anticipated that the defendants will not be able to assemble that information within the time permitted by the Federal Rules for a response.  Plaintiff's counsel does not consent to the granting of this motion.

Defendant notes that it has already produced three large-capacity DVD's which contain 20.8 gigabytes of data, which is the equivalent of 33,000 pages of email text, as well as a large box of paper documents in compliance with the defendant's discovery obligations.  This undertaking has consumed hundreds of hours of employees of the defendant in the ITS Department and the Office of General Counsel.  Notwithstanding that fact, plaintiff has yet to produce a single sheet of paper in compliance with her own discovery obligations.

This is the defendants' first request for an extension of time.

                                        THE DEFENDANTS
                                        YALE UNIVERSITY, DOUGLAS RAE,
                                        EDWARD SNYDER and ANDREW
                                        METRICK, Individually


                        BY:   /s/ Patrick M. Noonan  (#ct00189)
                               Patrick M. Noonan
                               Donahue, Durham & Noonan, P.C.
                               741 Boston Post Road
                               Guilford, CT 06437
                               (203) 458-9168


## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                 /s/
                                          Patrick M. Noonan