UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONSTANCE BAGLEY | : | |
| | : | |
|    Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:13 CV 1890  (CSH) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, DOUGLAS RAE, | : | |
| EDWARD SNYDER and ANDREW | : | September 9, 2014 |
| METRICK, Individually | : | |
| | : | |
|    Defendants | : | |

**MOTION FOR EXTENSION OF TIME**

The defendant, Yale University, hereby moves for a 30 day extension of time, up to and including October 10, 2014, within which to answer plaintiff's interrogatories dated August 11, 2014 to which no objection has been taken. The reason for this request is that it will take defendant's employees substantial time to assemble the information requested by the plaintiff, and it is anticipated that the defendant will not be able to assemble that information within the time permitted by the Federal Rules for a response.  Plaintiff's counsel has indicated that she does not have any objection to the granting of this motion.

This is the defendant's first request for an extension of time within which to respond to plaintiff's August 11, 2014 interrogatories.

                                        THE DEFENDANT
                                        YALE UNIVERSITY

                      BY:___/s/ Patrick M. Noonan  (#ct00189)___
                                        Patrick M. Noonan
                                          Donahue, Durham & Noonan, P.C.
                                          741 Boston Post Road
                                          Guilford, CT 06437
                                          (203) 458-9168

## **CERTIFICATION**

     I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                        _____/s/_____
                                                            Patrick M. Noonan