UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSTANTS E. BAGLEY,<br><br>       Plaintiff<br>v.<br><br>YALE UNIVERSITY, DOUGLAS RAE, EDWARD SNYDER, AND ANDREW METRICK, Individually.<br><br>       Defendants. | Civil Action No. 3:13-cv-01890 |

**PLAINTIFF'S ASSENTED-TO MOTION FOR EXTENSION OF TIME TO REPLEAD DEFAMATION COUNT**

Plaintiff Constance Bagley ("Plaintiff" or "Professor Bagley") hereby moves for an extension of time to replead her defamation claim as permitted by this Court its Order on Defendants' Motion to Dismiss.  The Defendants have assented to this Motion.

On August 26, 2014, this Court granted in part and denied in part Defendants' Motion to Dismiss Plaintiff's Complaint.  See D.E. 55.  In its ruling, the Court granted Plaintiff leave to replead all aspects of her defamation count, on or before September 26, 2014.  See D.E. 55 at 53. On August 27, 2014, the Court granted Yale's motion for a "60 day extension of time, up to and including October 8, 2014, within which to answer plaintiff's discovery requests dated July 8, 2014."  See D.E. 56.  Professor Bagley has attempted to notice depositions of the individual defendants in this case, to which Defendant has voiced scheduling objections.  Specifically, Professor Bagley first noticed the deposition of Defendant Douglas Rae for September 16, 2014, which has been postponed.  But for these delays, she would have obtained substantial information to assist her in repleading her defamation count prior to September 26, 2014.

In light of the above series of events, Plaintiff requests additional time to replead her defamation count.  Specifically, she requests an extension until 10 days after Yale has fully responded to her discovery requests *and* Defendant Rae has been deposed, whichever date is later.  This extension will permit her sufficient time to review further documents and craft a more specific defamation count pursuant to the Court Order.

Plaintiff conferred with defense counsel regarding this extension, and Defendants have assented.  Plaintiff notes that she assented to Defendants' Motion for Extension of Time to respond to her interrogatory requests [D.E. 57] in exchange for Defendants' assent to the extension she has requested here.

Respectfully Submitted,
Constance E. Bagley
BY HER ATTORNEYS,

/s/ Laura R. Studen
Laura R. Studen, Esq.
lstuden@burnslev.com
Emily J. Nelson, Esq.
enelson@burnslev.com
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
617-345-3000

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 9th day of September, 2014, a copy of the foregoing was electronically filed and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF system.

/s/ Emily J. Nelson
Emily J. Nelson

4827-9526-5566.1