UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Civil Action No. 3:13-cv-01890

| | |
|---|---|
| CONSTANCE E. BAGLEY, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| YALE UNIVERSITY, DOUGLAS RAE, EDWARD SNYDER, AND ANDREW METRICK, Individually. | ) |
| | ) |
| Defendants. | ) |

**JURAT**

I, Constance E. Bagley, hereby state under oath and based on my own personal knowledge that I have read the factual allegations set forth in the Complaint filed in this action on my behalf. The factual statements contained in the Complaint are true, except those statements that are made on the basis of information and belief, and to those statements, I believe them to be true.

Signed under the pains and penalties of perjury this 11th day of November, 2014.

_____
Constance E. Bagley

Subscribed and sworn to before me this 11th day of November, 2014.

_____
Notary Public
My Commission Expires:

MANJIT SINGH
Notary Public
My Commission Expires 06/30/2019