# YALE **SCHOOL OF MANAGEMENT**

135 Prospect Street, P.O. Box 208200  New Haven, Connecticut 06520-8200   mba.yale.edu

Stanley J. Garstka
*Deputy Dean*
*Professor in the Practice of Management*
T 203 432 6042   P 203 432 5092
stanley.garstka@yale.edu

April 8, 2008

Professor Constance Bagley
Yale School of Management
New Haven, CT 06511

Dear Connie:

It gives me great pleasure to confirm in writing that the Faculty of the School of Management has voted you an appointment as Professor in the Practice of Law and Management for a term of five years beginning July 1, 2008.

As Professor in the Practice of Law and Management you will be a full-time, voting member of the faculty on all matters except tenure appointments. Under our rules governing such appointments you will be reviewed in the fourth year of this appointment for continuation as a Professor in the Practice of Law and Management. The review will be similar in process and use similar criteria to those of the review which led to this current appointment.

Your salary for the 2008-2009 academic year will be $210,000. As you know, our policy is to provide productive faculty members with two ninths research support at their base academic salary for which they make application each year based on research in progress. As Professor in the Practice of Law and Management you will be eligible for the same benefits as other full-time members of the senior faculty.

Your teaching load will be the equivalent of three semester classes per academic year and you will be eligible for regular faculty leaves as dictated by School and Yale University policies. Specific classes taught in any year are determined by the dean's office and is determined by the current teaching needs of the school.

There is an annual non-salary supplement for all of your office and research needs in the amount of $24,000. You may also make use of the SOM case development team to develop materials for the classes you will be teaching. You will be assigned .3 of a staff support person. Any staff support beyond this level may be purchased from funds in your support account.

BAGLEY000247

Yale will pay the costs to move household materials both from your Boston residence and your current rental residence in Woodbridge when you find a permanent residence in the New Haven area.

I think you will find it stimulating to be at the Yale School of Management and I know that the dean's office will attempt to make your time at SOM both positive and rewarding. These are exciting times at SOM and it will be a pleasure to have you as a member of the faculty to help us to build SOM into a premier institution.

Regards,