**Draft Report of the Review Committee on Constance E. Bagley
For Continuation as Professor in the Practice of at Yale School of Management**

**Paul Bracken (Chair)**

**Ian Ayres**

**Stan Garstka**

**April 2, 2012**

Summary and Recommendation

The committee reviewed Constance Bagley from the perspective of academic scholarship, teaching, and contributions to the Yale community and beyond.  We believe that she meets and exceeds the standards established for professor in the practice of at Yale SOM.  We unanimously recommend her reappointment.

Background

Connie Bagley joined the Yale SOM faculty as Professor in the Practice of Law and Management July 1, 2008.  Her five-year term appointment is up for review and this report describes her contributions along with an evaluation of their quality.  Before coming to Yale she taught as Harvard Business School and Stanford Graduate School of Business.  In addition, Connie was a corporate partner in a San Francisco law firm.  This practical legal experience involved working with many different industries and clients, both publicly and privately traded firms, and led her to emphasize the managerial aspects of the law.  This perspective shapes Connie's teaching and research, and is aligned with the historic use of the Professor in the Practice of appointment at SOM.

Connie's academic work, and her teaching, focuses on the legal aspects of management and entrepreneurship.  The distinctive element in this work is the shift in frameworks that Connie uses.  Basically, this is to shift from a compliance, regulation meeting view of law and management to a broader framework which uses legal tools for managerial purposes.  This includes illuminating and shaping the legal environment for corporate strategy, developing case studies which emphasize  the various ways legal factors constrain their use of resources, and  the way the law can increase managerial efficiencies.

1

Yale0000929

Academic Writings

Connie has maintained a high rate of publications in her time at Yale SOM.  Most recently, she has written a new updated edition (along with co-author Craig E. Dauchy) of her *The Entrepreneur's Guide to Business Law* (Mason, OH: South-Western Press, 2012).  This book is now in its fourth edition and contains up dated material on such topics as e-commerce, venture capital, and intellectual property.

In 2009 Connie published the sixth edition of her book (with Diane W. Savage) *Managers and the Legal Environment* (Mason, OH: South-Western Press, 2009).  The fact that both books are in advanced editions points to their wide use in business schools.  The various editions of the two books have sold 100,000 copies.

Other notable publications over the last five years include an article on "Winning Legally: The Value of Legal Astuteness," in *Academy of Management Review* (2008) vol. 33, pp. 378-390 which integrates law and management in the context of legal astuteness.  This article is the core of the framework Connie uses in her SOM elective course on Legal Aspects of Entrepreneurship.  It also led to her being given an honorary doctorate in economics from Lund University in Sweden in 2011.

The summary of Connie's output of publications is impressive in the period 2008-present:

| | |
|---|---|
| Books | 2  (co-authored) |
| Book Chapters | 1 |
| Articles | 3 |

Connie has 134 citations in Westlaw (search of journals data base "constance /2 bagley") distributed fairly evenly over the last dozen years:

| | |
|---|---|
| 2000 | 13 |
| 2001 | 7 |
| 2002 | 5 |
| 2003 | 10 |
| 2004 | 8 |
| 2005 | 9 |
| 2006 | 3 |

2

Yale0000930

| 2007 | 7 |
|------|----|
| 2008 | 4 |
| 2009 | 10 |
| 2010 | 10 |
| 2011 | 11 |

Similarly, Google Scholar indicates that her *Entrepreneur's Guide to Business Law* has been cited 35 times, *Managers and the Legal Environment* has been cited 29 times, and that her *Winning Legally* has been cited 33 times.

In addition, Connie has several practical non-academic writings dealing with legal aspects of management.

Connie has developed five course notes for SOM (all co-authored) on Legal Aspects of Health Care Reform (16 pages);  Managers Responses to State Policy (5 pages);  the Business Environment (10 pages);  Law and Strategy (10 pages); and The State and Its Relevance to Business (7 pages).  All of these course notes were developed for the core State & Society course.

Finally, Connie has developed and/or contributed to nineteen cases at Yale SOM.  These deal with legal aspects of topics ranging from BP in Russia to Research in Motion as an example of balancing privacy rights with national security.

The course notes and cases that Connie has worked on are used widely in business schools.

Teaching

Connie teaches the core State & Society course, MGT 413, at Yale SOM.  Tab A contains the data for the Spring 2 2011 version of the course.  The overall course evaluation (mean) is 3.6/5, and the evaluation of Connie as instructor is 4.1/5.  Course evaluations over time for Connie in State and Society, and her elective course on Legal Aspects of Entrepreneurship,  from 2008 to the latest data in Fall 2011 are included in Tab B.  Almost all of Connie's instructor ratings are in the 4's.  The evaluations indicate good solid teaching.

Contributions

Connie is a good colleague at SOM and at the University.  She played a leadership role in developing the new Yale University procedures on sexual misconduct, serving as the main author of the

3

**Yale0000931**

report which led to these changes.  She serves as co-chair of the Yale University Women Faculty Forum Working Group on Sexual Misconduct.

Outside of Yale, Connie is now serving as the president of the Academy of Legal Studies in Business.

Conclusions and Recommendation

Constance Bagley has served as Professor in the Practice of for the last five years.  By the standard of academic writings, teaching, and contributions to the Yale community and larger professional communities she has performed very well.

The committee unanimously recommends her reappointment to Professor in the Practice at Yale SOM.

Paul Bracken

Ian Ayres

Stan Garstka

4

Yale0000932

TAB A

Course evaluation summary for State and Society, MGT 413, Spring 2 2011 (most recent):

**MGT 413 STATE & SOCIETY**

**Spring-2 2011**

Question #6: What is your overall assessment of this instructor?  (1 - 5 where 5 is best)   Instructor's Name:   Douglas Rae

| SECTION | ENROLLMENT | % Response | 1 | 2 | 3 | 4 | 5 | Mean | Median | No Response | # Forms |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Section 01 | 60 | 75% | 1 | 3 | 14 | 19 | 8 | 3.7 | 4.0 | 0 | 45 |
| Section 02 | 55 | 91% | 1 | 5 | 11 | 19 | 14 | 3.8 | 4.0 | 1 | 51 |
| Section 03 | 57 | 98% | 2 | 2 | 14 | 22 | 16 | 3.9 | 4.0 | 0 | 56 |
| Section 04 | 56 | 88% | 0 | 4 | 9 | 24 | 12 | 3.9 | 4.0 | 0 | 49 |
| Combined | 228 | 88% | 4 | 14 | 48 | 84 | 50 | 3.8 | 4.0 | 1 | 201 |

Question #6: What is your overall assessment of the instructor?  (1 - 5 where 5 is best)   Instructor's Name:   Constance Bagley

| SECTION | ENROLLMENT | % Response | 1 | 2 | 3 | 4 | 5 | Mean | Median | No Response | # Forms |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Section 01 | 60 | 75% | 0 | 0 | 9 | 19 | 17 | 4.2 | 4.0 | 0 | 45 |
| Section 02 | 55 | 91% | 0 | 2 | 11 | 16 | 16 | 3.8 | 4.0 | 1 | 51 |
| Section 03 | 57 | 98% | 1 | 1 | 7 | 21 | 26 | 4.3 | 4.0 | 0 | 56 |
| Section 04 | 56 | 88% | 0 | 1 | 7 | 18 | 23 | 4.3 | 4.0 | 0 | 49 |
| Combined | 228 | 88% | 1 | 9 | 34 | 74 | 82 | 4.1 | 4.0 | 1 | 201 |

Question #7: What is your overall assessment of the course?  (Multiple choice:  1 - 5 where 5 is best)

| SECTION | ENROLLMENT | % Response | 1 | 2 | 3 | 4 | 5 | Mean | Median | No Response | # Forms |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Section 01 | 60 | 75% | 2 | 5 | 17 | 15 | 6 | 3.4 | 3.0 | 0 | 45 |
| Section 02 | 55 | 93% | 1 | 8 | 14 | 18 | 10 | 3.5 | 4.0 | 0 | 51 |
| Section 03 | 57 | 98% | 2 | 3 | 16 | 25 | 10 | 3.7 | 4.0 | 0 | 56 |
| Section 04 | 56 | 88% | 0 | 5 | 11 | 18 | 15 | 3.9 | 4.0 | 0 | 49 |
| Combined | 228 | 88% | 5 | 21 | 58 | 76 | 41 | 3.6 | 4.0 | 0 | 201 |

Question #4: Relative to other SOM courses, how would you rate the difficulty of the material in this class?

| SECTION | ENROLLMENT | % Response | Much Easier | Easier | Average | Harder | Much Harder | Mean | Median | No Response | # Forms |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Section 01 | 60 | 75% | 1 | 10 | 28 | 6 | 0 | 2.9 | 3.0 | 0 | 45 |
| Section 02 | 55 | 93% | 5 | 8 | 30 | 7 | 1 | 2.8 | 3.0 | 0 | 51 |
| Section 03 | 57 | 98% | 1 | 8 | 34 | 12 | 1 | 3.1 | 3.0 | 0 | 56 |
| Section 04 | 56 | 88% | 3 | 10 | 26 | 8 | 2 | 2.9 | 3.0 | 0 | 49 |
| Combined | 228 | 88% | 10 | 36 | 118 | 33 | 4 | 2.9 | 3.0 | 0 | 201 |

Question #5: How many hours a week did you work on this course out of class?

| SECTION | ENROLLMENT | % Response | < 4 hours | 4 - 8 hours | 9 - 12 hours | 13-16 hours | > 16 hours | Mean | Median | No Response | # Forms |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Section 01 | 60 | 75% | 14 | 23 | 7 | 1 | 0 | 1.9 | 2.0 | 0 | 45 |
| Section 02 | 55 | 93% | 18 | 25 | 7 | 1 | 0 | 1.8 | 2.0 | 0 | 51 |
| Section 03 | 57 | 98% | 9 | 36 | 9 | 2 | 0 | 2.1 | 2.0 | 0 | 56 |
| Section 04 | 56 | 88% | 17 | 24 | 6 | 1 | 1 | 1.9 | 2.0 | 0 | 49 |
| Combined | 228 | 88% | 58 | 108 | 29 | 5 | 1 | 1.9 | 2.0 | 0 | 201 |

5

Yale0000933

TAB B

Course evaluations, Constance Bagley, State and Society, and Legal Aspects of Entrepreneurship, 2007 through Fall 2011

| Constance Bagley | | | | | | | Instructor's Overall Rating | | | Overall Course Rating | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Evaluation | Class List | Summary | Semester | Course | Title | # Enrolled | % Response | Mean | Median | % Response | Mean | Median |
| x | x | x | Fall 2007 | 896 | Legal Aspects of Entrepreneurship | 19 | 84% | 4.9 | 5.0 | 84% | 4.9 | 5.0 |
| x | x | x | Fall 2008 | 896-01 | Legal Aspects of Entrepreneurship | 29 | 68% | 4.9 | 5.0 | 86% | 4.8 | 5.0 |
| x | x | x | Spring 2008 | 413-01 | State & Society | 62 | 84% | 4.4 | 5.0 | 84% | 4.5 | 5.0 |
| x | x | x | Spring 2008 | 413-02 | State & Society | 65 | 97% | 4.4 | 5.0 | 95% | 4.5 | 5.0 |
| x | x | x | Spring 2008 | 413-03 | State & Society | 50 | 96% | 4.5 | 5.0 | 96% | 4.5 | 5.0 |
| | | | Spring 2008 | 413 | State & Society | 177 | 92% | 4.4 | 5.0 | 92% | 4.5 | 5.0 |
| x | x | x | Spring 2009 | 413-01 | State & Society | 65 | 91% | 4.1 | 4.0 | 91% | 3.9 | 4.0 |
| x | x | x | Spring 2009 | 413-02 | State & Society | 63 | 94% | 3.8 | 4.0 | 94% | 3.9 | 4.0 |
| x | x | x | Spring 2009 | 413-03 | State & Society | 66 | 92% | 4.2 | 4.0 | 92% | 4.1 | 4.0 |
| | | | Spring 2009 | 413 | State & Society | 194 | 92% | 4.0 | 4.0 | 92% | 4.0 | 4.0 |
| x | x | n/a | Fall 2009 | 896-01 | Legal Aspects of Entrepreneurship | 30 | 70% | 4.7 | 5.0 | 70% | 4.4 | 4.0 |
| x | x | n/a | Spring 2010 | 413-01 | State & Society | 55 | 55% | 3.7 | 4.0 | 55% | 3.5 | 4.0 |
| x | x | n/a | Spring 2010 | 413-02 | State & Society | 58 | 60% | 4.1 | 4.0 | 60% | 3.9 | 4.0 |
| x | x | n/a | Spring 2010 | 413-03 | State & Society | 58 | 67% | 4.3 | 5.0 | 67% | 3.8 | 4.0 |
| x | x | n/a | Spring 2010 | 413-04 | State & Society | 51 | 65% | 4.6 | 5.0 | 65% | 4.3 | 4.0 |
| | | | Spring 2010 | 413 | State & Society | 222 | 62% | 4.2 | 4.0 | 62% | 3.9 | 4.0 |
| x | x | x | Spring 2011 | 413-01 | State & Society | 60 | 75% | 4.2 | 4.0 | 75% | 3.4 | 3.0 |
| x | x | x | Spring 2011 | 413-02 | State & Society | 55 | 91% | 3.8 | 4.0 | 93% | 3.5 | 4.0 |
| x | x | x | Spring 2011 | 413-03 | State & Society | 57 | 98% | 4.3 | 4.0 | 98% | 3.7 | 4.0 |
| x | x | x | Spring 2011 | 413-04 | State & Society | 56 | 84% | 4.3 | 4.0 | 88% | 3.9 | 4.0 |
| | | | Spring 2011 | 413 | State & Society | 228 | 88% | 4.1 | 4.0 | 88% | 3.6 | 4.0 |
| x | x | n/a | Fall 2011 | 896-01 | Legal Aspects of Entrepreneurship | 31 | 90% | 4.9 | 5.0 | 90% | 4.7 | 5.0 |

Yale0000934