CONTENTS

| | | |
|---|---|---|
| INTRODUCTION | | 1 |
| I. | University Organization | 3 |
| | A.  History | 3 |
| | B.  The Yale Corporation | 3 |
| | C.  Officers of the University | 3 |
| | D.  Schools and Faculties of the University | 4 |
| II. | University Policy on Freedom of Expression | 5 |
| III. | Faculty Ranks, Appointments, and Policies:  University-wide | 7 |
| | A.  Equal Opportunity and Affirmative Action | 7 |
| | B.  Faculty Ranks | 7 |
| | C.  Affirmative Action Recruitment and Approval Process for Faculty Appointments | 7 |
| | D.  Authority to Appoint | 8 |
| | E.  Appointments and Terms of Employment | 8 |
| | F.  Maximum Time in Non-tenure Ladder Ranks | 9 |
| | G.  Notice of Termination and Non-reappointment | 10 |
| | H.  Joint Ladder Faculty Appointments Between Departments or Schools | 10 |
| | I.  Part-time Appointment to the Ladder Ranks of Assistant Professor, Associate Professor, and Professor | 12 |
| |    1.  Definition and Purpose | 12 |
| |    2.  Terms and Conditions of Part-Time Appointments | 12 |
| |    3.  Extension of Time in Rank | 12 |
| |    4.  Leaves and Benefits | 12 |
| | J.  Dual Appointments as Faculty and Managerial or Professional Employee | 13 |
| |    1.  Primary and Secondary Appointments | 13 |
| |    2.  Termination | 13 |
| | K.  Faculty Appointment Procedures | 13 |
| |    1.  General | 13 |
| |    2.  Voting on Appointments and Promotions | 15 |
| |    3.  Confidentiality of Letters of Evaluation | 15 |
| |    4.  Dates of Initial Appointments and Resignations | 15 |
| |    5.  Schedule of Salary Payments | 15 |

BAGLEY001411

L.  Decisions Not to Reappoint or Promote and their Review  16
   1.  General  16
   2.  Review Procedures Initiated by the Provost  16
   3.  Review Procedures Initiated by Faculty Members Concerning Decisions on Reappointment and Promotion  17

M.  Review Procedure for Complaints about Issues Other than Reappointment or Promotion  20

IV. Faculty Ranks, Appointments and Policies Specific to Each Faculty  21

A.  Faculty of Arts and Sciences  21
   1.  General  21
   2.  The Executive Committee of the Faculty of Arts and Sciences  21
   3.  Divisional Committees on Tenure Appointments  21
   4.  Term Appointments Committee  22
   5.  Academic Departments and Programs  22
   6.  Appointments to the Graduate School Faculty  24
   7.  Faculty Meetings  25
   8.  Appointments Procedures  25
   9.  Voting Policies  25
   10. Ladder Faculty Ranks  27
   11. Other Instructional Appointments  30
   12. Instructional Opportunities for Yale Graduate and Professional School Students  35

B.  School of Architecture  35
C.  School of Art  39
D.  Divinity School and Institute of Sacred Music  41
E.  School of Drama  42
F.  School of Forestry and Environmental Studies  45
G.  Law School  48
H.  School of Management  50
I.  School of Medicine  52
J.  School of Music and Institute of Sacred Music  65
K.  School of Nursing  67

BAGLEY001412

V.   Research Appointments:  University-wide ..... 75

   A.   General Policy ..... 75

   B.   Description of Ranks ..... 75
      1.   Research Faculty Ranks ..... 75
      2.   Postdoctoral Appointees ..... 77
      3.   Research Affiliate ..... 79

VI.  Visiting Appointments:  University-wide ..... 81

   A.   General Policy ..... 81

   B.   Visiting Research Faculty ..... 81

   C.   Visiting Fellow ..... 81

VII. Leaves of Absence:  University-wide ..... 83

   A.   General Conditions Governing All Leaves ..... 83

   B.   Leaves with Salary from University Funds ..... 85
      1.   General ..... 85
      2.   Triennial Leaves of Absence ..... 86
      3.   Sabbatical Leaves of Absence ..... 86
      4.   Senior Faculty Fellowships ..... 87
      5.   Special Leaves and Fellowships for Assistant and Associate
         Professors in the Faculty of Arts and Sciences ..... 87

   C.   Leaves without Salary from University Funds ..... 89
      1.   General ..... 89
      2.   Public Service ..... 89
      3.   Benefits During a Leave ..... 89

   D.   Child Rearing Leaves, Caregiver's Leaves, and Maternity
     Policies ..... 90
      1.   Child Rearing Leaves ..... 90
      2.   Caregiver's Leaves ..... 91
      3.   Maternity Policy with Respect to Teaching Responsibilities ..... 91
      4.   Timing and Arrangements ..... 92
      5.   Extensions of Appointment ..... 92

VIII.   Faculty Compensation, Benefits, and Services ..... 93

   A.   Salaries ..... 93
      1.   Payment ..... 93
      2.   Salary Advances ..... 94
      3.   Federal and State Income Withholding Tax ..... 94
      4.   Social Security ..... 95

   B.   Summer Compensation from University-administered
     Funds ..... 95

   C.   Other Compensation from University-administered Funds ..... 96

BAGLEY001413

*iv*   *Yale University Faculty Handbook*

|   |   |   |   |
|---|---|---|---|
| D. | Fringe Benefits | | 96 |
| | 1. | Benefits Available to Most Members of the Faculty | 97 |
| | 2. | Benefits Available to Faculty on Salaried Visiting Appointments | 101 |
| | 3. | Benefits for Postdoctoral Appointees | 101 |
| E. | Services for International Faculty and Research Staff | | 102 |
| F. | Resources and Accommodations for Faculty Who Have Disabilities | | 105 |
| G. | Yale Travel Services | | 105 |
| H. | Parking | | 105 |
| I. | Identification Cards | | 106 |
| J. | Identification Cards for Spouses and Partners | | 106 |
| K. | Letters of Introduction | | 106 |

IX. Retirement — 107

|   |   |   |   |
|---|---|---|---|
| A. | Full Retirement | | 107 |
| | 1. | Office and Research Space | 107 |
| | 2. | Privileges | 107 |
| | 3. | Health Insurance | 108 |
| | 4. | Teaching | 108 |
| | 5. | Supervision of Dissertations | 109 |
| | 6. | Research Sponsorship and Appointments | 109 |
| B. | Retirement Planning Options | | 110 |
| | 1. | Early Retirement Subsidy Plan | 110 |
| | 2. | Phased Retirement | 110 |
| | 3. | Planned Retirement | 110 |

X. University Policies Concerning Teaching and Research — 111

|   |   |   |   |
|---|---|---|---|
| A. | Instructional and Institutional Responsibilities | | 111 |
| B. | Research and Scholarship | | 111 |
| | 1. | Policies and Guidelines | 111 |
| | 2. | University Offices Supporting Research and Scholarly Activity | 113 |
| | 3. | Seeking and Maintaining External Research Support | 115 |
| C. | Patents, Copyrights, and Licenses | | 116 |
| D. | Outside Interests and Employment | | 117 |
| | 1. | Conflict of Commitment and Conflict of Interest | 117 |
| | 2. | Outside Academic Employment | 119 |
| | 3. | Non-academic Employment | 120 |
| | 4. | Faculty Ownership or Management of Private Enterprise | 121 |
| E. | University Equipment | | 122 |

BAGLEY001414

XI. Other University Policies Affecting Faculty ............... 125

    A. Sexual Harassment ............... 125

    B. Teacher-Student Consensual Relations ............... 125

    C. Accommodations for Students with Disabilities ............... 126

    D. Employment of Members of the Same Family ............... 127

    E. Short-term Medical Disability ............... 127

    F. Military Service ............... 127

    G. Jury Duty ............... 128

    H. Use of University Facilities ............... 129

    I. Use of University Stationery ............... 129

    J. University Federal Relations ............... 129

    K. Faculty Involvement in Community Activities ............... 130

    L. University Tribunal ............... 130

    M. Indemnification for Legal Expenses ............... 130

INDEX ............... 131

BAGLEY001415

BAGLEY001416

# Introduction

The purpose of the *Yale University Faculty Handbook* is to present in a convenient form the most important University policies and practices as they apply to the faculties of the University. The policies included and referred to in this book form part of the essential employment understandings between members of the faculty and the University.

The *Faculty Handbook* is meant to inform and serve members of the administration as well as the faculty. The current edition (2002) is the first major revision since 1993, and it supersedes all previous versions. In addition, this edition of the *Handbook* is available on line at http://www.yale.edu/provost/handbook/. The text of the *Handbook* on the web includes automatic links to University policies and resources available at Yale websites.

The *Handbook* will be revised and updated annually. Except for rare circumstances, such as new policies required by federal or state law to go into effect immediately, changes in University policies affecting faculty will be made and incorporated in the Handbook only once a year, in July. As such changes are anticipated, they will appear on line in a special appendix where they will be collected until the next annual update. Important changes, particularly any that must go into effect immediately, will also be announced to individual faculty in a special email message and, in some cases, by announcement in the *Yale Bulletin and Calendar*.

BAGLEY001418

c.  **Other Instructional Ranks** (in addition to those described in Section IV.A.11 for the Faculty of Arts and Sciences):

**Professorial Lecturer.** This appointment is without term and is available to retired professors teaching no less than one seminar per year and no more than one-half a full teaching load.

**Visiting Lecturer.** This designation is used for members of the profession who teach a seminar or course for credit. The appointment is normally for one year and may be renewed.

**Tutor in Law.** This rank is used for law school graduates who assist members of the faculty in courses or seminars, especially in the forensic or services programs, on a part-time basis. The appointment is normally for one year and may be renewed.

**Assistant in Instruction.** This designation is for persons who either have graduated from law school or are third-year students at the Law School and who assist members of the faculty in the first-term legal research program. The appointment is for one year and may be renewed.

**4.  Leave Policy**

The policy in the Law School generally conforms to that of the University (see Section VII) with some minor differences. For more information, consult the Dean.

**H.  School of Management**

**1.  Description**

The School of Management prepares leaders for the global business environment by providing students with a broad intellectual framework and the business skills necessary to manage in the ever-changing marketplace. The principal scholarly role of the School is research in the disciplines and functional fields of management, broadly understood, including operations, finance, accounting, organizational behavior, marketing, and managerial and political economics.

The School seeks to develop innovative research in management from its own resources and to make functional use of the scholarly work of the social science departments and of other professional schools at Yale.

**2.  Governance**

**a.  Board of Permanent Officers.** The Board of Permanent Officers includes the Dean and all faculty at the rank of full professor holding appointments in the School. The Board participates in formulating educational policy and in recommending candidates for faculty appointments.

**b.   Appointments Committee.** The Appointments Committee, consisting of the Dean and members of the Board of Permanent Officers appointed by the Dean, oversees and coordinates the reviews of all candidates for appointment, reappointment, or promotion at the School.

**3.   Faculty Ranks**

**a.   Ladder Faculty:  Appointments on Term and to Tenure.** The definition of rank and time limits in rank for persons holding term appointments jointly with a Faculty of Arts and Sciences department are generally the same as for the Faculty of Arts and Sciences. (See Section IV.A.10.)

In the School of Management, appointment to the non-tenure ranks normally includes two consecutive three-year appointments as assistant professor and, following a promotion review, one five-year term at the rank of associate professor. Tenure is granted at the rank of professor. Tenure is granted at the rank of professor. Wherever reference is made in Section IV.A.10 to the Ph.D. degree, the reference indicates the Ph.D., D.B.A., J.D., or substantial equivalent.

**b.   Other Instructional Ranks.** Definitions of non-ladder ranks in the School of Management include those in the Faculty of Arts and Sciences (see Section IV.A.11). The School has the additional non-ladder ranks of professor in the practice and associate professor in the practice, as described below. For complete information on these and other non-ladder ranks, consult the Dean.

**c.   Professor in the Practice.** This is a term position for practitioners or scholars whose appointments are based primarily on their distinction in one of the areas integral to the practice of management. Persons appointed in this position must show evidence of significant accomplishment as either a practitioner or scholar in their chosen area. In addition, they must show evidence of exemplary performance in teaching the fundamental skills of that area of practice to others.

Such appointments may be made for terms of up to five years and may be renewed with no limit on the number of reappointments without involving the University in either the expectation or promise of tenure. Professors in the practice have all the responsibilities and privileges of ladder faculty except for membership in the Board of Permanent Officers.

**4.   Procedures for Appointment**

First-term assistant professors are reviewed by the Appointments Committee with recommendations from appropriate search committees. Term appointments to second-term assistant professor and to the rank of associate professor are reviewed by ladder faculty of equivalent or higher rank.

Recommendations for appointments to tenure positions are reviewed by the Board of Permanent Officers. If approved, they are sent to the Dean and thence

BAGLEY001467

to the Provost for review and recommendation to the Corporation. The Provost will ask the School's Standing Advisory and Appointments Committee to review and make a recommendation on tenure appointments or in other cases where it is deemed appropriate. When tenure appointments are made jointly between the School and a department of the Faculty of Arts and Sciences, appointments are also sent to the appropriate Divisional Committee on Tenure Appointments for review and concurrent approval. Tenure appointments proposed jointly with another school must follow that school's appointments procedure also. Appointments approved by the Provost are forwarded to the Corporation. For information concerning terminations, see Section III.G.

**5.   Leave Policy**

The leave policy in general follows that outlined for the University, with some minor differences. (See Section VII.)   For complete information on leaves, consult the Dean.

**I.   School of Medicine**

**1.   Description**

The faculty of the School of Medicine is responsible for the instruction of students of medicine, students of public health, graduate students of the biomedical sciences, and students in the Physician Associate Program. The School provides graduate training programs for residents in medical disciplines and postdoctoral trainees in the biomedical and behavioral sciences. Continuing education programs are offered for physicians and other health care professionals. Clinical programs of instruction are available at the Yale-New Haven Medical Center, the Connecticut Mental Health Center, the Veterans Affairs Connecticut Healthcare System, and other medical facilities with which formal affiliation agreements have been entered.

The Department of Epidemiology and Public Health not only functions as a department of the School of Medicine but is also an accredited School of Public Health. The Chair of the Department of Epidemiology and Public Health serves as Dean of Public Health in the School of Medicine.

**2.   Departments**

The faculty is organized into basic science departments, clinical departments, bridge departments, and extra-department sections, each headed by a chair or director appointed by the Corporation upon the recommendation of the President.

BAGLEY001468