# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Civil Action No. 3:13-cv-01890

| | |
|---|---|
| CONSTANCE E. BAGLEY, | ) |
| Plaintiff | ) |
| v. | ) |
| YALE UNIVERSITY, DOUGLAS RAE, EDWARD SNYDER, AND ANDREW METRICK, Individually. | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION TO SEAL

Plaintiff, Constance E. Bagley ("Plaintiff" or "Professor Bagley") files this Motion to File Under Seal Certain Exhibits to Plaintiff's Motion for Preliminary Injunction. In support of her Motion to File Under Seal, Plaintiff states as follows:

1. On August 1, 2014, this Court entered an Order adopting the Plaintiff's Confidentiality Order with respect to the disclosure of discovery materials that have been designated as confidential. [D.E. 49].

2. Professor Bagley attaches exhibits to her Motion for Preliminary Injunction and Incorporated Memorandum of Law, filed on November 14, 2014 [D.E. 62], that Defendants have marked "Confidential."

3. The sealing order is requested to be lifted at the earliest date of (1) the express terms of the Confidentiality Order; or (2) the ruling on any future motion to unseal/unimpound.

        Respectfully Submitted,

        Constance E. Bagley
        BY HER ATTORNEYS,

        /s/ Laura R. Studen
        Laura R. Studen, Esq.
        lstuden@burnslev.com
        Emily J. Nelson, Esq.
        enelson@burnslev.com
        Burns & Levinson LLP
        125 Summer Street
        Boston, MA 02110
        617-345-3000

Dated: November 14, 2014

## CERTIFICATE OF SERVICE

    I hereby certify that, on this 14th day of November, 2014, a copy of the foregoing was electronically filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

        /s/ Emily J. Nelson
        Emily J. Nelson

4817-0568-9632.1