## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| CONSTANCE E. BAGLEY, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> YALE UNIVERSITY, DOUGLAS ) <br> RAE, EDWARD SNYDER, AND ) <br> ANDREW METRICK, Individually. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 3:13-cv-01890 |

## PROPOSED ORDER ON MOTION TO FILE UNDER SEAL

Upon consideration of Plaintiff Constance E. Bagley's Motion to File Under Seal, filed on November 14, 2014, and good cause appearing therefore, it is ORDERED and ADJUDGED as follows:

1. Professor Bagley may deposit with the Court un-redacted versions of her exhibits to her Motion for Preliminary Injunction [D.E. 62], as well as any other documents designated as "confidential" in this litigation.

2. The above-listed documents will be sealed until the earliest date of (1) the express terms of the Confidentiality Order; or (2) any ruling by this Court on any future motion to unseal.

**DONE and ORDERED** in chambers, at New Haven, Connecticut, on _____.


_____
**CHARLES S. HAIGHT, JR.**
**SENIOR UNITED STATES DISTRICT JUDGE**

4838-8600-6816.1