UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONSTANCE BAGLEY | : | |
| | : | |
|    Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:13 CV 1890  (CSH) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, DOUGLAS RAE, | : | |
| EDWARD SNYDER and ANDREW | : | |
| METRICK, Individually | : | NOVEMBER 18, 2014 |
| | : | |
|    Defendants | : | |

## MOTION FOR EXTENSION OF TIME

The defendants hereby move, pursuant to Local Civil Rule 7(b), for an extension of time to file their opposition to the plaintiff's Motion for a Preliminary Injunction.  Pursuant to the Court's Initial Scheduling Order (see Docket No. 64), the defendants' opposition brief is currently due on November 25, 2014.  The defendants respectfully request an extension of time until December 4, 2014.  In support of this request, the defendants note that the plaintiff has had nearly a year since the filing of her December 20, 2013 Complaint—which contains a request for both temporary and permanent injunctive relief—to prepare her Motion for Preliminary Injunction.  Nevertheless, the plaintiff waited until the eve of the non-renewal of her contract of employment to do so.  In contrast, the Initial Scheduling Order provides the defendants with only five business days to prepare their opposition.  As the Court is aware, this case presents many complex factual and legal issues, as evidenced by the approximately 1 GB worth of data that the defendants have produced through discovery to date. The defendants require the brief extension requested herein

in order to properly marshal the evidence, research the legal issues raised in the plaintiff's motion, and draft their response to the same.

The defendants further propose that both the plaintiff and the defendants be given the opportunity to file simultaneous post-hearing briefs one week after the conclusion of the hearing. This will provide the parties an additional opportunity to respond the arguments raised in the briefs and during the hearing, and also afford the Court the time it necessarily requires in order to render its decision before December 31, 2014.

Plaintiff's counsel has indicated that she does not consent to the granting of this motion.

Wherefore, the defendants request an extension of time through and including December 4, 2014 within which to file their opposition to the plaintiff's Motion for a Preliminary Injunction.

                THE DEFENDANTS
                YALE UNIVERSITY, DOUGLAS RAE,
                EDWARD SNYDER and ANDREW
                METRICK, Individually

BY:___/s/ Patrick M. Noonan  (#ct00189)___
       Patrick M. Noonan
       Donahue, Durham & Noonan, P.C.
       741 Boston Post Road
       Guilford, CT 06437
       (203) 458-9168

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                      _____/s/_____
                                                            Patrick M. Noonan