EXHIBIT 1

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSTANCE E. BAGLEY, <br><br> Plaintiff <br><br> v. <br><br> YALE UNIVERSITY, DOUGLAS RAE, EDWARD SNYDER, AND ANDREW METRICK, Individually. <br><br> Defendants. | Civil Action No. 3:13-cv-01890 |

### AFFIDAVIT OF ELLEN J. ZUCKER, ESQUIRE

I, Ellen J. Zucker, 2 St. Mary's Street, Brookline, MA do hereby depose and state the following under oath:

1.  My name is Ellen J. Zucker. I have been retained by Plaintiff Constance E. Bagley ("Plaintiff") to appear on her behalf in the above-captioned matter.

2.  I am a Partner with the law firm of Burns & Levinson LLP. My office address is 125 Summer Street, Boston, Massachusetts 02110. My office telephone number is (617) 345-3367. My office facsimile is (617) 345-3299. My electronic mail address is ezucker@burnslev.com.

3.  I am admitted to practice as an attorney in the following courts:

    a. The Supreme Judicial Court of the Commonwealth of Massachusetts, 12/21/1994, Bar No. 568051;

    b. The United States District Court for the District of Massachusetts, 9/5/96, Bar No. 568051; and

    c. The United States Court of Appeals for the First Circuit, 8/9/11, Bar No. 1143611.

4.  I am a member in good standing of all federal and state bars to which I have been admitted.

5. I have not been denied admission to any federal or state bar.

6. I have not been the subject of disciplinary proceedings in this Court or in any jurisdiction.

7. I have not resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint or otherwise.

8. I have never been held in contempt of court or been censured, suspended or disbarred by this Court or any court in any jurisdiction.

9. I have reviewed and am familiar with the provisions of the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

10. I designate Michael J. Rose as the sponsoring attorney for my admission as a visiting attorney, *pro hac vice*, and for service of process.

11. I further designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

12. I will faithfully adhere to the applicable rules of conduct in connection with all activities and actions taken in this matter.

Signed under pains and penalties of perjury this 17th day of November, 2014.

Ellen J. Zucker

On this 19th day of November, 2014, before me Ellen J. Zucker, the undersigned officer, personally appeared the above-named Ellen J. Zucker, known to me or satisfactorily proven to be the person whose name is subscribed to the written instrument, and made oath that the foregoing statements are true to the best of her information, knowledge, and belief.

Dated: November 19, 2014

_____
Notary Public
My Commission Expires: 7/25/19

DEBRA A. GIANNOTTI
Notary Public
Commonwealth of Massachusetts
My Commission Expires July 25, 2019

4827-2412-5472.1