UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSTANTCE E. BAGLEY,<br><br>Plaintiff,<br>v.<br><br>YALE UNIVERSITY, DOUGLAS RAE, EDWARD SNYDER, and ANDREW METRICK, individually,<br><br>Defendants. | Civil Action No. 3:13-cv-1890 CSH<br><br><br><br>NOVEMBER 28, 2014 |

**FURTHER SCHEDULING ORDER**

**HAIGHT, Senior District Judge:**

The most recent submissions of counsel prompt this Further Scheduling Order.

The references in those submissions to witnesses who will testify at the hearing on Plaintiff's motion for a preliminary injunction suggest, rather strongly, that the time originally set aside for the hearing will be insufficient to complete the requisite evidentiary record. Prior orders provided that the hearing would take place on December 8, December 9, and December 10, 2014, a schedule that if adhered to would end with counsel's oral summations at the conclusion of the evidence on or before December 10. I now write to advise counsel that I have cleared my calendar in order to continue the hearing on December 11 and December 12, with the exception on the hour between 1:30 and 2:30 on December 12, when I will conduct a naturalization ceremony for new citizens – perhaps the only wholly joyful proceeding a judge ever conducts in a courtroom.

The exigencies of this case mandate the completion of the evidentiary record during the week of December 8. Counsel must accordingly regard themselves as engaged to appear in this Court

1

during that week, for so long as is required by the completion of the proof and the summations of counsel.

Given this enlargement of the time available for the hearing, the Court provisionally grants the motion of Defendant Yale University [Doc. 79] to change from December 9 to December 10 the date on which University President Salovey must appear and testify pursuant to a subpoena issued by counsel for Plaintiff.  That relief is requested as the result of the demands of President Salovey's pre-existing commitments.  The motion is granted *provisionally* because counsel for Plaintiff have not had sufficient time to respond to it.  The motion will be granted absolutely unless Plaintiff can show that she would be materially and unfairly prejudiced by changing the date of Salovey's testimony from December 9 to December 10.  Such a submission, if made, must be filed not later than the close of business on Tuesday, December 2, 2014.

Counsel's recent submissions indicate that an exchange of communications took place about the possibility of a stipulation preserving Professor Bagley's position on the Yale School of Management faculty, at least to some degree, while this litigated case went forward.  Nothing came of that idea.  At this special time of the year, I suggest that the possibility of such a stipulation be revisited by counsel and those who instruct them.  It would essentially moot the limited relief prayed for in the preliminary injunction.  If a stipulation is achieved, then during the week of December 8 those caught up in this sensitive and important case may listen for, perhaps even hear, the soothing strains of Peace on Earth, instead of the dissonances of Strife in the Courtroom.  The case would proceed through full discovery, possible summary judgment practice, and plenary trial if not otherwise resolved.  This suggestion, readers will understand, intimates no view of the Court with respect to the merits of the case.  It could not, because I have formed none.  Nor, given the strict

separation of Church and State, can this suggestion be ascribed to the Spirit of the time. I simply place the idea before the parties and their attorneys. If nothing comes of it, no explanations or recriminations will be heard, and we will gather together on December 8.

    SO ORDERED.

Dated:   New Haven, Connecticut
        November 28, 2014

    /s/ *Charles S. Haight, Jr.*
    Charles S. Haight, Jr.
    Senior United States District Judge