UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSTANCE BAGLEY, <br><br> Plaintiff, <br><br> v. <br><br> YALE UNIVERSITY, DOUGLAS RAE, EDWARD SNYDER, and ANDREW METRICK, individually, <br><br> Defendants. | Case No.:  13 Civ. 1890 (CSH) <br><br> **ECF Case** <br><br><br><br><br> December 2, 2014 |

**DEFENDANTS' MOTION TO BIFURCATE HEARING ON PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION**

Defendants Yale University ("Yale"), Douglas Rae, Edward Snyder and Andrew Metrick (collectively, "Defendants"), hereby move, pursuant to Rule 42(b) of the Federal Rules of Civil Procedure, to bifurcate the hearing on Plaintiff's Motion for a Preliminary Injunction. Defendants seek to afford the Court with an opportunity to hear and rule upon Plaintiff's showing of irreparable harm before unnecessarily expending further resources of the Court and the parties on the remaining elements of Plaintiff's Motion for a Preliminary Injunction, including Plaintiff's likelihood of success on the merits.  Plaintiff's counsel has indicated that she does not assent to the relief requested herein.  For the reasons set forth with particularity in Defendants' accompanying memorandum of law, Defendants respectfully request that the Court grant their Motion to Bifurcate Hearing on Plaintiff's Motion for Preliminary Injunction.

        THE DEFENDANTS
YALE UNIVERSITY, DOUGLAS RAE,
EDWARD SNYDER and ANDREW
METRICK, individually,


By:  /s/ Patrick M. Noonan
     Patrick M. Noonan (ct00189)
     Donahue, Durham & Noonan, P.C.
     741 Boston Post Road
     Guilford, Connecticut 06437
     Tel:  (203) 458-9168
     Fax:  (203) 458-4424
     Email:  pnoonan@ddnctlaw.com


## CERTIFICATION

    I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


     /s/
    Patrick M. Noonan