UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| CONSTANCE E. BAGLEY,<br><br>   Plaintiff<br><br>v.<br><br>YALE UNIVERSITY, DOUGLAS<br>RAE, EDWARD SNYDER, AND<br>ANDREW METRICK, Individually.<br><br>   Defendants. | Civil Action No.<br>3:13-cv-01890 (CSH) |

### JOINT NOTICE REGARDING THE SEALING OF EXHIBITS TO MOTION FOR PRELIMINARY INJUNCTION

Plaintiff, Constance E. Bagley and Defendants, Yale University, Douglas Rae, Edward Snyder and Andrew Metrick (collectively, "Parties") jointly respond to the Court's Order of November 17, 2014 [Doc. 78] regarding the filing of Exhibits H and I to Plaintiff's Motion for Preliminary Injunction [Doc. 65]. The Parties have conferred on this issue and the Defendants have withdrawn any claim of confidentiality regarding Exhibits H and I for purposes of the present hearing. The Parties have agreed that those exhibits need not be filed under seal and may be admitted in support of the Plaintiff's Motion for Preliminary Injunction. Defendants continue to believe that all personnel information exchanged in this case should be kept between the parties except when it must be offered into evidence.

Plaintiff apologies for her misinterpretation of the Court's Orders of November 16 and November 19, 2014 [Doc. 65 & 71]. Plaintiff had understood the Court Orders to suggest that, because marking a document as "Confidential" pursuant to a Confidentiality Order is alone insufficient grounds for sealing, she need not re-file her Motion to Seal, but instead had the option to do so if she could advance "clear and compelling reasons" that were "narrowly

1

tailored" for doing so.  See Doc. 71 ("Plaintiff may file an amended motion to seal on or before November 24, 2014 . . .") (emphasis added).

The Plaintiff chose not to pursue that course in light of the information contained in the Exhibits at issue.  Notably, the two Exhibits contain "personnel information" and potentially "non-public proprietary information" [Doc. 49, ¶ 1] primarily involving the Plaintiff and Professor Bagley does not object to disclosure.  Moreover, to the extent that they contain any information about third parties, no Social Security numbers or other familial or private information required sealing.  In light of these circumstances, unless the Defendants chose to request the sealing of the documents, the Plaintiff determined that sealing was unnecessary. [Doc. 71].  Instead, Plaintiff's counsel has conferred with counsel for the Defendants and the Parties agree that these Exhibits do not require sealing and may be used at the hearings.

Respectfully Submitted,

| /s/ Laura R. Studen | /s/ Patrick M. Noonan |
|---|---|
| Laura R. Studen, Esq. (phv06466) | Patrick M. Noonan (#ct00189) |
| lstuden@burnslev.com | PNoonan@ddnctlaw.com |
| Ellen J. Zucker (phv07152) | Donahue, Durham & Noonan, P.C. |
| ezucker@burnslev.com | 741 Boston Post Road |
| Emily J. Nelson, Esq. (phv06483) | Guilford, CT 06437 |
| enelson@burnslev.com | (203) 458-9168 |
| Burns & Levinson LLP | *Counsel for Defendants* |
| 125 Summer Street | |
| Boston, MA 02110 | |
| 617-345-3000 | |
| *Counsel for Plaintiff* | |

Dated: December 3, 2014

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on this 3rd day of December, 2014, a copy of the foregoing was electronically filed and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF system.

                                        /s/ Emily J. Nelson
                                        Emily J. Nelson

4832-2942-3648.1