February 15, 2008

From: Committee to Review Constance Bagley (Jeff Garten, Jeff Sonnenfeld, Doug Rae chair)

To: Appointments Committee

On: Draft Report

## Overview:

The committee unanimously recommends that Constance Bagley be appointed Professor in the Practice of Business Law for a term of five years, beginning July 1, 2008. We believe that Bagley will quickly become a major contributor to the school's central mission in MBA education, will represent us well in dealing with alumni and other managers, and will be a fine colleague. As Fiona Scott Morton's invitation to provide outside evaluations indicated, this is a position which "gives special emphasis to quality writing and teaching based on professional experience in appropriate fields." In the paragraphs below, we seek to substantiate that Bagley's writing and teaching fit this criterion (as amplified below) well.

Note at the outset: This is a practice appointment, based on the candidate's sustained contribution to business law, within a management context. She has written extensively on business law, aiming her work at present and future managers. The writing has a national following, and elicits strongly positive evaluation from her counterparts at business schools across the country. Bagley is not presented here as an original scholar in law as seen from a law school perspective, or in law and economics as seen from the perspective of that important cross-disciplinary field. Her work is firmly anchored in experience as a practitioner of business law. The focus falls upon the education of business managers, and not primarily on novel research findings.

1

The standard for Professors in the Practice at SOM, as applied in one recent case, goes as follows:

> Professors in Practice should provide some experience and expertise that the School views as essential but currently lacks. This experience need not be research-based and could, for example, be related to Executive Education. Second, such Professors should be full-time participants who are likely to interact with the intellectual community of the School. Third, given the desire to limit the number of such appointments, the threshold is high. In essence, a strong case should be made that the faculty would like to have this person as a colleague.[i]

We do believe that the legal side of management deserves special priority. It is quite central to management to be able to understand how to approach the law, how to integrate legal considerations, how to frame issues for lawyers so that management goals are not gratuitously eclipsed by lawyers saying that educated risks shouldn't be taken. If our graduates are to be effective in senior management, the knowledge Bagley has to offer will in these respects pay dividends for decades to come. Connie has already become a full-time citizen of our school, attending seminars, taking on tasks like leading a Leadership Development group, visiting with colleagues in a friendly and forthright manner.

## Practice:

Upon finishing her Harvard JD in 1977, Bagley began an active and successful career at the bar. She became an associate at Webster & Sheffield in New York that year, moving to San Francisco the following year and taking a similar job with Heller, Ehrman, White and McAuliffe. Her major employment in legal practice, however, was with the large firm of Bingham McCutchen (associate 1979-84, partner 1984-90). During this period Bagley handled an array of assignments which she describes thus:

> . . . representing issuers in private placements of securities and underwriters in several public offerings of equity and debt; structuring and negotiating public and private mergers and acquisitions, on behalf of both acquirers and targets; drafting and negotiating loan agreements and other contracts; representing the insurgents in a proxy contest; advising public companies on securities matters, including SEC filings and compliance with the rules regarding insider trading; setting up a hedge fund and securing the required licenses as a broker-dealer and commodities futures trading merchant; advising executives with respect to executive compensation and other employment matters; advising both boards of directors and major shareholders on corporate governance matters; and structuring and documenting venture capital deals.[ii]

This period of active practice infuses her writing and teaching with highly specific and pragmatic insights, and an easy command of the vernacular language. She has a feel for the transactional flow of business law, and for the links between a specific legal negotiation and the overall strategy being pursued by a firm. As a still active member of the New York bar, Connie stays in touch with the latest developments in business law.

Her classroom style, which is upbeat and energetic probably reflects some aspects of her legal career – especially in her interrogative style of cold calling which often seems to bring out the best in our students (in part because they are too scared to arrive at class without considerable depth of preparation.)

## Teaching:

Bagley has had a successful two-decade teaching career, beginning part-time in 1988 at Stanford's GSB. Of her teaching there, Dave Brady writes: "When she left . . . we lost one of our outstanding teachers. We have had several well-qualified individuals try to fill her shoes – unsuccessfully. The classes have fewer students . . . and the ratings are similarly down. Connie was a great teacher because she was both concerned with students and articulate as well as being up to date on

the ever-changing dynamic of business law." A 1993 Letter of Commendation at Stanford quotes four different students thus:

> She has a sharp and keen intellect, and through her teaching method, she helps her students develop their powers of logical reasoning.
>
> She maintains a dynamic classroom environment in which all feel free and comfortable to participate.
>
> Connie is as well-prepared, dedicated to course improvement, professional, respectful of students, full of humor and willing to challenge as any single instructor I have had.
>
> I will almost certainly never come across an instructor that is as upright, sincere, and dedicated as Connie Bagley.[iii]

Her teaching continued after 1999 at HBS. Of her HBS course titled Legal Aspects of Management, Tom Piper writes that the course is "very well designed to capture the attention of students, to gain their active engagement in the issues, and to challenge their attitudes about the law. Of particular note are its managerial perspective, the vast number of real-world examples that connect abstract legal principles to highly interesting managerial stories, it's very effective way of relating law and regulation to public policy objectives and the behaviors that policymakers hope to encourage. . . . As a survey course crossing the borders of the two professions of business and law, I believe the course is excellent." Course evaluations of Bagley at HBS give her overall marks between 6.3 and 6.9 on a 7.0 scale (we have data for only a few courses, but the pattern seems clear).

She came to SOM in the fall of 2007 as a full-time visitor. In her Yale debut, Bagley offered a Law and Management course in abbreviated format for the EMBA program. Using the older seven-point scale, both the course and the instructor received ratings of 7 (excellent) from all but one respondent (there were nine). Comments included such adjectives as "fabulous" "gifted," and "great." The one sub-excellent reply was a 6 on each question, and included complaints of "pace too fast," and "too much reading." These are, we believe, the sorts of complaints we should aim for at SOM. Her overall mean evaluation as a

4

Leadership Development Program advisor was 4.10 on a 5.0 scale (overall mean, 3.60). She is currently teaching the core perspective State and Society with Doug Rae, having completed eight of thirteen sessions at this writing. Quoting from the horse's mouth, "I've found Connie a wonderful teaching partner. Substantively, her concentration on the uses of law in business strategy is useful and challenging in itself. It also motivates and complements my concerns with business and politics. Her energetic classroom style, backed up by meticulous preparation, is downright inspiring." There is every reason to suppose that Bagley will become a major force in SOM's MBA curriculum, both in the basic first year course on State and Society and in elective offerings such as her Law and Management course. It is also easy to envision Bagley becoming a strong performer in other fields, such as corporate governance and securities law.

We can also reasonably expect that Bagley's teaching impact will be amplified nationally as time passes. She is already among the very most important writers of textbooks and case materials in the field of business law. Tom Dunfee of Wharton, for instance, reports that her is "one of the fundamental readings for the comprehensive exam in business law" at that school. It can do SOM no harm to be home-base for such a person.

## Publications:

Most of Bagley's very considerable corpus is devoted to the pedagogy of business law in a business school setting. Her *Managers and the Legal Environment* (5th edition, 2006) is arguably the standard textbook in its field. With over a thousand pages, plus on-line supplements, the work is encyclopedic in scope, and remarkably robust in organizational structure. Written with Diane Savage, this book has captured a central position in the field. Emerson Tiller writes that "Her textbooks and teaching cases are among the best in the field and she is highly visible and respected in the academy of business law scholars. . . .Her work is remarkable for its early understanding of the strategic role of law for the business manager." Joseph Grundfest writes of her *Entrepreneur's Guide to Business Law* that it offers "a superb, concise, and clear explanation of key provisions of venture capital term sheets, along with introductory explanations of many legal

concepts relevant to the venture capital process. I am aware of no better introduction to the field. . . ." Her more recent and shorter book, *Winning Legally* is an easier read, and has been well received by her colleagues nationally.

While textbooks are central to the body of work, Bagley has also done some more specialized writing. For example, her co-authored "Adverse Possession for Intellectual Property: Adapting an Ancient Concept to Resolve Conflicts Between Antitrust and Intellectual Property Laws in the Information Age" (2003) is at once meticulously researched and is argued with considerable clarity. Still other pieces of work are thoughtful ways of helping practitioners think about basic concepts, such as her "Ethical Leader's Decision Tree" (*HBR*, 2003).

## Conclusion:

To repeat a basic premise, it is *not* our intention to argue that Bagley's primary strength is scholarly writing as understood in an institution like Yale. Her writings have an excellence which is of another kind, and that kind corresponds directly to our actual needs as a business school and to the stated criteria for this position. Bagley brings a strong career in the practice of business law to both her writing and her teaching. Her teaching is, by every test we have applied, excellent. The teaching rests on her knowledge as a practitioner. Her writing extends that applied knowledge to classrooms at other institutions. She is, in short, well qualified for the position of professor in the practice of business law – for which position we heartily recommend her for the faculty's approval.

**END**

---

[i] This standard, articulated by one recent committee, was, according to that committee chair, articulated by Deputy Dean Garstka.

[ii] E-mail to Doug Rae, February, 2008.

[iii] Distinguished Teaching Award Letter of Commendation, May 20, 1993, Stanford GSB.