| | |
|---|---|
| **From:** | Podolny, Joel <joel.podolny@yale.edu> |
| **Sent:** | Tuesday, February 26, 2008 5:20 PM |
| **Subject:** | Fw: My Prof in Practice Appt Nuts and Bolts |

Stan,

Let me know if you have any concerns.

Best,

Joel
-- sent from Blackberry

----- Original Message -----
From: Bagley, Connie
To: Podolny, Joel
Cc: Rae, Doug; Frano, Sheril
Sent: Tue Feb 26 16:22:30 2008
Subject: My Prof in Practice Appt Nuts and Bolts

Dear Joel:


I was delighted to receive your call last night. It brought back warm memories of the call I rec'd in 1984 from Pebble Beach informing me that I'd been made a partner at Bingham McCutchen. I chatted w/ Doug this morning, and he suggested that I close the loop w/ you on the particulars so he can announce my decision to stay at SOM to the first years in State and Society. Sheril said that your schedule was particularly wild and woolly today and tomorrow so we agreed that it would be best for me to send you an email to get us started on finalizing the nuts and bolts. So here goes:


1.     The appointment of Professor in the Practice would be for an initial period of five years commencing July 1, 2008. Given the nature of my interdisciplinary work, ideally I'd like the title of Professor in the Practice of Law and Management.

2.     The appointment can be renewed, at the discretion of Yale, for additional periods of not less than five years with no cap on the total term I could serve. You had indicated when we spoke in October 2006 that if the first five-year appointment went as expected, then the second appointment would be for ten years.  The standards for renewal of the appointment would be comparable to those used for the initial appointment, namely, that  I (i) have deep experience in an area of practice (ii) of importance to SOM and (iii) have fulfilled my responsibilities as a member of the SOM senior faculty community. I'm paraphrasing what Doug told me so may not have the wording just right but do consider it important to set forth the standards for reappointment in the appointment letter (which you folks probably do as a matter of practice anyway). If I failed to meet the standards for renewal, then I would be given at least 12 months' notice before termination of employment so I could secure another comparable position elsewhere.

3.     As a Prof in the Practice I will be treated as senior, that is, tenured, faculty for all purposes (incl., without limitation, salary, benefits, travel and research support, and teaching load) except that I will have a term appointment and will not vote on tenure cases.

4.     For salary, I would respectfully request an appropriate raise, effective July 1, 2008, to reflect my new senior status.

5.     With respect to support, I currently have .3 faculty assistant support and would like to increase that to .4. Unfortunately, Nicole Biceglia, my former assistant, has left to work at Yale University Press. If at all possible, I'd like Kaela Heaslip to be assigned to work with me. I've worked with her before and think she'd be a good fit. On Yale-related travel involving a stay of more than one night, Yale would, if so requested, pay the cost of my son's travel expenses (incl. coach airfare) or the cost of a qualified childcare provider to take care of him in my absence. If I am elected an officer of the Academy of Legal Studies in Business, Yale would reimburse all travel expenses and provide administrative support for the annual conference I would be responsible for chairing in my third year of service as an officer. My research budget at HBS for all travel (incl. one U.S. and one Int'l conference per year), research and case-writing support (incl. one ½ time research associate or case writer), U.S. Law Week and other academic and professional journals and books, dues, word processing, proof reading, and the like was about $50,000. Yale may account for certain items differently but something in that ballpark would be fine.

6.     Yale would pay all of my moving expenses from the house I currently own in Newton, MA, and from the house I am renting in Woodbridge, CT, to my new place of residence in the New Haven area. Yale would also pay all real estate commissions payable in connection with both my sale of my Newton house and my purchase of my new place of residence.

7.     As for teaching load, I would like to continue to teach State and Society and to develop my second-year elective Legal Aspects of Entrepreneurship into a full-semester course. I would also continue active case development for both courses, incl. preparing teaching notes for the new cases Doug and I wrote this year. If you would like, I'd be happy to help further develop Yale's case writing and case distribution capabilities.


Again, Joel, let me reiterate how pleased I am to be joining the Yale senior faculty. I'd be happy to chat (live or via email) about any of the particulars at your convenience and look forward to seeing you so I can express my appreciation for this vote of confidence in person.


All the best,


Connie