**From:**          Podolny, Joel <joel.podolny@yale.edu>
**Sent:**          Thursday, March 27, 2008 5:05 AM
**Subject:**       RE:  Yale Offer

Connie,

We can get you a copy of the faculty handbook (which is being revised by the Central University, but not in any of the sections relevant to your appointment).

I am absolutely thrilled that you will be with us into the future.  You are a tremendous addition to the school.

Best,

Joel

---

**From:** Bagley, Connie
**Sent:** Wednesday, March 26, 2008 8:54 PM
**To:** Podolny, Joel; Garstka, Stanley
**Cc:** Frano, Sheril
**Subject:** RE: Yale Offer

Thx, Joel. This works for me. Perhaps Sheril would be kind enough to send me a copy of the Faculty Handbook (or the link) so I have it. Thx to you and Stan for working through the details w/ me. Like any good contract negotiation, the goal is to strengthen the relationship and make expectations clear so we never to have to worry about the written agreement again. I think we're there.

Best,

Connie

**Constance E. Bagley**
**Visiting Associate Professor**
**YALE SCHOOL OF MANAGEMENT**
 P.O. Box 208200-8200
 New Haven CT 06520

 Office Address: 56 Hillhouse Avenue, Room 306

 Courier Address:  Yale School of Management
                   135 Prospect Street
                   New Haven, CT 06511
203.432.8398 (voice)
203.432.9994 (fax)
connie.bagley@yale.edu

Faculty Assistant: Kristin Onofrio
203.432.7514
kristin.onofrio@yale.edu

**From:** Podolny, Joel
**Sent:** Wednesday, March 26, 2008 3:54 AM
**To:** Bagley, Connie; Garstka, Stanley
**Subject:** RE: Yale Offer

Connie,

It occurred to me that I had not gotten back to you about the two issues that we discussed – language regarding what is necessary for reappointment and the issue of compensation related to maintaining family obligations.

With respect to the issue of compensations related to family obligations, Yale University does not offer any such benefits, but Stan and I have agreed to a 10K increase in the salary; so hopefully, that should address some of the issues.

With respect to the specificity around what must be done for reappointment, we can certainly affirm that the conditional on the criterion for a Professor in the Practice appointment not changing, then the conditions for reappointment will be identical to what they were for the initial appointment. There is language in the Faculty Handbook around the criterion for such an appointment. The only issue that will arise is the BPO faculty have the right to decide that the standards for appointment to any rank can change, and those standards are ultimately a matter of faculty governance. All this being said, we certainly don't anticipate them changing. Indeed, with respect to the Professor in the Practice title, the faculty has been working through the various cases to try to evolve a practical standard, and it is clear that you met that standard, and I would anticipate your meeting it in the future. So, I don't know what I can do to give you more confidence on that item. Feel free to let me know your thoughts.

Best,

Joel

---

**From:** Bagley, Connie
**Sent:** Tuesday, March 25, 2008 11:36 PM
**To:** Garstka, Stanley
**Cc:** Podolny, Joel; Rae, Doug
**Subject:** Yale Offer
**Importance:** High

Dear Stan,

After rereading your draft offer letter, I realized that you stated twice that I would be a full-time voting member of the faculty (except on tenure cases) but failed to confirm that I would be entitled to the same benefits (e.g., retirement, insurance, tuition assistance etc) as tenured faculty. Joel said that you'd be adding language re standards for reappointment and revisiting the salary, and I'd appreciate it if you could include confirmation re benefits as well. Thx a lot. Once again, it feels great to be on board.

Best,
Connie


**Constance E. Bagley**
`Visiting Associate Professor`
**YALE SCHOOL OF MANAGEMENT**
` P.O. Box 208200-8200`
` New Haven CT 06520`

` Office Address: 56 Hillhouse Avenue, Room 306`

` Courier Address:  Yale School of Management`

135 Prospect Street
New Haven, CT 06511
203.432.8398 (voice)
203.432.9994 (fax)
connie.bagley@yale.edu

Faculty Assistant: Kristin Onofrio
203.432.7514
kristin.onofrio@yale.edu

---

**From:** Garstka, Stanley
**Sent:** Thursday, March 20, 2008 7:27 AM
**To:** Bagley, Connie
**Cc:** Podolny, Joel
**Subject:** Yale Offer

Connie:

I just realized I never sent you an offer letter and am attaching one (a hard copy will follow soon).  I know you have a meeting with Joel later today to finalize things and wanted to make a few observations prior to your meeting.  The letter outlines the basic parameters of the offer and tries to address most of the issues in your note to Joel of a couple of weeks ago.  You will note there is nothing in the letter about special arrangements should you take on a professional assignment (e.g. The Academy of Legal Studies).  In such instances, before you take on the assignment, you should contact the dean's office to reach an agreement as to what exactly the school will or will not support.  Such arrangements differ widely and it is our policy just to say we try to be supportive of such activities and the specific terms are determined on a case by case basis.  Also you will note that while the school will certainly reimburse you for moving household items from both of your current residences to a permanent residence when you find one, the school cannot reimburse you for real estate commissions in connection with real estate transactions.  These are personal in nature as are expenses for childcare or travel for family members.

I do want to reiterate how pleased we are that you are joining us.  These are exciting times at SOM and we all believe you can be very instrumental in helping us to realize our potential!

Regards,

Stan