**From:** <Metrick>, Andrew Metrick <andrew.metrick@yale.edu>
**Date:** Thursday, September 8, 2011 1:39 PM
**To:** "Rae, Doug" <douglas.rae@yale.edu>
**Subject:** Theodore Nierenberg Chair in Corporate Governance

Doug,

We are a starting a new search to fill this chair.  It will be a multidisciplinary search looking broadly for the best candidate. This candidate could be interested in "governance" more broadly, with no emphasis on the "corporate" part. You would be the ideal chair of this search committee.  Are you willing to serve?  If so, we should discuss the ideal makeup of the committee. I have my ideas and would like to hear yours.

Andrew


Andrew Metrick
Deputy Dean for Faculty Development
Michael H. Jordan Professor of Finance and Management
Yale School of Management
Mail: 135 Prospect Street, New Haven, CT 06520
Office: 46 Hillhouse Avenue, Room 102
(203)-432-3069
metrick@yale.edu
http://faculty.som.yale.edu/andrewmetrick/