On 9/26/11 3:13 PM, "Metrick, Andrew" <andrew.metrick@yale.edu> wrote:

>Great, thanks.
>
>
>Andrew Metrick
>Deputy Dean for Faculty Development
>Michael H. Jordan Professor of Finance and Management Yale School of
>Management
>Mail: 135 Prospect Street, New Haven, CT 06520
>Office: 46 Hillhouse Avenue, Room 102
>(203)-432-3069
>metrick@yale.edu
><applewebdata://76C754C3-3E30-4134-B3A3-1D9DCFD4AFBE/metrick@yale.edu>
>
><applewebdata://76C754C3-3E30-4134-B3A3-1D9DCFD4AFBE/metrick@yale.edu>h
>ttp
>://faculty.som.yale.edu/andrewmetrick/
>
>
>
>
>
>
>On 9/26/11 2:56 PM, "Bracken, Paul" <paul.bracken@yale.edu> wrote:
>
>>Sure thing.
>>
>>Paul
>>

>>
>>From: Metrick, Andrew
>>Sent: Monday, September 26, 2011 11:18 AM
>>To: Bracken, Paul
>>Subject: review committee for Connie Bagley
>>
>>Paul,
>>
>>We review our Professors in the Practice every five years, and this
>>year is Connie's turn. The appointments committee would like for you
>>to serve as chair of her review committee. Are you willing to do it?
>>Stan would also be on the committee with you, plus someone from the
>>law school I am trying to recruit.
>>
>>Andrew
>>
>>Andrew Metrick
>>Deputy Dean for Faculty Development
>>Michael H. Jordan Professor of Finance and Management Yale School of
>>Management
>>Mail: 135 Prospect Street, New Haven, CT 06520
>>Office: 46 Hillhouse Avenue, Room 102
>>(203)-432-3069
>>metrick@yale.edu<applewebdata://76C754C3-3E30-4134-B3A3-1D9DCFD4AFBE/m
>>etr
>>i
>>ck@yale.edu>
>><applewebdata://76C754C3-3E30-4134-B3A3-1D9DCFD4AFBE/metrick@yale.edu>
>>htt
>>p
>>://faculty.som.yale.edu/andrewmetrick/
>