| | |
|---|---|
| From: | Metrick, Andrew |
| Sent: | Wednesday, October 19, 2011 1:46 PM |
| To: | Bagley, Connie |
| Cc: | McClure, Andrea; Bracken, Paul |
| Subject: | your review this year |

Dear Connie,

During this academic year, you will be considered for a renewal as a Professor in the Practice. As part of the extension process, a committee of faculty will review your accomplishments and will prepare a report on your case, which will then go before an SOM faculty vote. The chair of your committee is Paul Bracken.

To aid us in this process, please provide the following materials electronically:

1. List of materials provided
2. Your updated vita
3. Your publications and working papers
4. A summary of your contributions to the school outside of your teaching responsibilities from 2006-2007 to the present.

Although additional materials are not necessary, you are invited to submit any other materials that might aid the review process.

The deadline for submitting these materials is November 11, 2012 (of course, you can submit them earlier if you wish). Please either email the files to Andrea McClure in the Deputy Dean's office at andrea.mcclure@yale.edu, or submit them on a CD-ROM or Flash [drive]. Once all the files are collected, they will be available online for perusal by your committee, and eventually by the faculty. The websites will be ID and password protected.

I also want to make sure you understand how and when you can expect to learn of the outcome of the review process. At the conclusion of the extension process, one of the SOM deans will arrange a meeting and report the outcome to you. Other faculty will be notified when that meeting has happened so they know they can talk to you about the outcome. Lack of news prior to your formal meeting with a Dean does not provide any information about the process or outcome and so it should not be interpreted in any way.

If you have any questions regarding this, or any other aspect of the extension process, please don't hesitate to call or stop by to discuss things.

Sincerely,

Andrew

Andrew Metrick
Deputy Dean for Faculty Development
Michael H. Jordan Professor of Finance and Management
Yale School of Management
Mail: 135 Prospect Street, New Haven, CT 06520
Office: 46 Hillhouse Avenue, Room 102
(203)-432-3069
[r____]@yale.edu
h[ttp:]//faculty.som.yale.edu/andrewmetrick/