**From:** <Metrick>, Andrew Metrick <andrew.metrick@yale.edu>
**Date:** Thursday, January 26, 2012 11:43 AM
**To:** "Faculty, Assistant Profs" <facultyassistant@connect.yale.edu>, "Faculty, Associate Profs" <facultyassociate@connect.yale.edu>, "Faculty, Full Profs" <facultyfull@connect.yale.edu>, "Faculty, Other Profs" <facultyother@connect.yale.edu>
**Cc:** Melissa Studer <melissa.studer@yale.edu>
**Subject:** Nierenberg Chair of Corporate Governance

Colleagues,

      This year, we have been doing a broad-based search for a new Nierenberg Chair of Corporate Governance and potential faculty director of the Millstein Center.  I am very pleased to report that the committee of Doug Rae (chair), Jim Baron, and Shyam Sunder did a fantastic job of coming up with a strong list of candidates that spans many different management fields.  Next month, we will be having the short list of four people to campus to give talks and meet members of our faculty.  Ideally, all of these seminars would have been scheduled for our normal Wednesday lunchtime slot, but scheduling constraints have prevented this, so the seminars are spread on different days of the week.  The full schedule is given below the text of this message. Melissa Studer will be reaching out to people over the next week to set up meetings and dinner companions for the speakers.  Of course, it would be great if people could give their time generously to the cause.

All four of these visitors are top scholars and I think it will be tough (but not impossible!) to persuade any of them to leave their home institutions.  But each member of this group has expressed enough interest in the position that they are willing to come and learn more about us while we learn more about them.


Tuesday, February 7:  Christian Leuz (Accounting, University of Chicago)

Thursday, February 16: Alastair Smith (Politics, NYU)

Wednesday, February 22:  Ray Fisman (Economics and Finance, Columbia)

Thursday, February 23: Ruth Aguilera (OB, University of Illinois)


Andrew