**From:** <Metrick>, Andrew Metrick <andrew.metrick@yale.edu>
**Date:** Monday, February 20, 2012 4:01 PM
**To:** "Faculty, Full Profs" <facultyfull@connect.yale.edu>
**Subject:** nierenberg chair

Colleagues,

We have two more seminars this week: Ray Fisman on Wednesday and Ruth Aguilera on Thursday. After that, it will be time for us to make some go/no-go decisions. If you have any comments on these candidates — or on the candidates that came through earlier (Christian Leuz and Alistair Smith), please send them along or speak with me or any of the committee members (Rae, Sunder, Baron). Thanks.

Andrew

Andrew Metrick
Deputy Dean for Faculty Development
Michael H. Jordan Professor of Finance and Management
Yale School of Management
Mail: 135 Prospect Street, New Haven, CT 06520
Office: 46 Hillhouse Avenue, Room 102
(203)-432-3069
metrick@yale.edu
http://faculty.som.yale.edu/andrewmetrick/