**From:** <Sen>, Subrata <subrata.sen@yale.edu>
**Date:** Thursday, February 23, 2012 5:34 PM
**To:** Andrew Metrick <andrew.metrick@yale.edu>
**Subject:** Nierenberg chair

Dear Andrew :

I was only able to attend the talk by Christian Leuz. I thought he did a great job and would be an excellent candidate for the Chair.

Of course, since I didn't see the other candidates, it is hard to make any comparative comments.

Subrata

Subrata K. Sen
Joseph F. Cullman Professor of Marketing
Director of Graduate Studies
Ph.D. Program in Management
Yale School of Management
135 Prospect Street
Box 208200
New Haven, CT 06520

Phone:  (203) 432-6028
Fax:    (203) 432-8466
E-mail: subrata.sen@yale.edu

---

**From:** Metrick, Andrew
**Sent:** Monday, February 20, 2012 4:02 PM
**To:** Faculty, Full Profs
**Subject:** nierenberg chair

Colleagues,

We have two more seminars this week: Ray Fisman on Wednesday and Ruth Aguilera on Thursday. After that, it will be time for us to make some go/no-go decisions. If you have any comments on these candidates — or on the candidates that came through earlier (Christian Leuz and Alistair Smith), please send them along or speak with me or any of the committee members (Rae, Sunder, Baron). Thanks.

1

Andrew

Andrew Metrick
Deputy Dean for Faculty Development
Michael H. Jordan Professor of Finance and Management
Yale School of Management
Mail: 135 Prospect Street, New Haven, CT 06520
Office: 46 Hillhouse Avenue, Room 102
(203)-432-3069
metrick@yale.edu
http://faculty.som.yale.edu/andrewmetrick/

**From:** <Oster>, Sharon Oster <sharon.oster@yale.edu>
**Date:** Friday, February 24, 2012 11:22 AM
**To:** Andrew Metrick <andrew.metrick@yale.edu>
**Subject:** RE: nierenberg chair

Andrew

I went to seminars for Aguilera and Fisman and read Smith's paper and looked at his cv

Aguilera is below the line. While she is certainly squarely in the Governance area, she did not appear to be in control of the empirical work she presented. Obvious issues of endogeneity were glossed over and she showed little ability to address questions about the results.
Fisman's talk was a little slow for me, and I think he could do much more with his data. But in this talk as in much of his work, Ray has a nose for an interesting problem and an ability to unearth an interesting data set. I would be happy to have him on the faculty
Smith has an impressive cv. I found the paper unexciting ( at least to read). I am perfectly fine with the fact that he doesn't really seem to be in  the field of governance, but if we are going to look broadly in the political science area is this really the way to go? I don't see that there is much demand among our students for abstract rational choice models of politics.

S


**From:** Metrick, Andrew
**Sent:** Monday, February 20, 2012 4:02 PM
**To:** Faculty, Full Profs
**Subject:** nierenberg chair

Colleagues,

We have two more seminars this week: Ray Fisman on Wednesday and Ruth Aguilera on Thursday. After that, it will be time for us to make some go/no-go decisions. If you have any comments on these candidates — or on the candidates that came through earlier (Christian Leuz and Alistair Smith), please send them along or speak with me or any of the committee members (Rae, Sunder, Baron). Thanks.

Andrew

1

Andrew Metrick
Deputy Dean for Faculty Development
Michael H. Jordan Professor of Finance and Management
Yale School of Management
Mail: 135 Prospect Street, New Haven, CT 06520
Office: 46 Hillhouse Avenue, Room 102
(203)-432-3069
metrick@yale.edu
http://faculty.som.yale.edu/andrewmetrick/