**From:** <Bagley>, Connie <connie.bagley@yale.edu>
**Date:** Monday, February 27, 2012 3:43 PM
**To:** Andrew Metrick <andrew.metrick@yale.edu>
**Subject:** Re: state and society

Dear Andrew,
Thx so much. Best Connie

*Sent from my Verizon Wireless Droid*


-----Original message-----
**From:** "Metrick, Andrew" <andrew.metrick@yale.edu>
**To:** "Bagley, Connie" <connie.bagley@yale.edu>
**Sent:** Mon, Feb 27, 2012 20:12:44 GMT+00:00
**Subject:** state and society

Connie,

Thanks for visiting me today to bring me up to speed on state and society. As we discussed, I will speak with Stan to get more background on the history here, and I promise to work with you and Doug after this semester to look for the best long-term solution for the course. I also stand ready to help if — once the semester begins — you need some intervention to help things work more smoothly.

I also appreciate that this is a review year for you, and the dynamics of teaching and the review put you in difficult situation. I appreciate knowing these dynamics, and I will make sure to minimize any effects on your case.

Andrew

Andrew Metrick
Deputy Dean for Faculty Development
Michael H. Jordan Professor of Finance and Management
Yale School of Management
Mail: 135 Prospect Street, New Haven, CT 06520
Office: 46 Hillhouse Avenue, Room 102
(203)-432-3069
metrick@yale.edu
http://faculty.som.yale.edu/andrewmetrick/