**From:** Bagley, Connie
**Sent:** Tuesday, April 10, 2012 11:40 AM
**To:** Chevalier, Judy
**Subject:** Could we chat?

Dear Judy,
Any chance we could chat sometime this week? I need your advice on State and Society. Thx so much.  Best Connie

*Sent from my Verizon Wireless Droid*

**From:** Bagley, Connie
**Sent:** Friday, April 13, 2012 4:50 PM
**To:** Swersey, Art; Blanchette, Paula
**Subject:** RE: Corp Gov. Chair

GREAT. Doug is teaching his bus line case in state and society on monday. Are you free Monday morning or for lunch on Mon. Ted has scheduled a mtg with Andrew and me Monday afternoon so I would like your advice. Shall I ask Paula to set something up? Best Connie

*Sent from my Verizon Wireless Droid*

-----Original message-----
**From:** "Swersey, Art" <arthur.swersey@yale.edu>
**To:** "Bagley, Connie" <connie.bagley@yale.edu>
**Sent:** Fri, Apr 13, 2012 20:44:56 GMT+00:00
**Subject:** RE: Corp Gov. Chair

Connie,
I would be happy to talk some more next week.
Best wishes,
Art

**From:** Bagley, Connie
**Sent:** Friday, April 13, 2012 4:39 PM
**To:** Swersey, Art
**Subject:** Fw: Corp Gov. Chair
**Importance:** High

Thx for taking time to chat today. Best Connie

*Sent from my Verizon Wireless Droid*

-----Original message-----
**From:** "Bagley, Connie" <connie.bagley@yale.edu>
**To:** "Bracken, Paul" <paul.bracken@yale.edu>, "Rae, Doug" <douglas.rae@yale.edu>, "Metrick, Andrew" <andrew.metrick@yale.edu>
**Cc:** "Bagley, Connie" <connie.bagley@yale.edu>
**Sent:** Fri, Apr 13, 2012 20:25:55 GMT+00:00
**Subject:** Corp Gov. Chair

Dear Paul, Doug and Andrew,

As promised, attached please find my recommendation list for your review.

Best,
Connie

Constance E. Bagley

1

Professor in the Practice of Law and Management
**Yale School of Management**
P.O. Box 208200
New Haven CT 06520-8200
Phone:      203.432.8398


Office:  56 Hillhouse, Room 301
         New Haven CT

Asst:    Paula Blanchette
         203.432.7514

**From:** Bagley, Connie
**Sent:** Friday, April 27, 2012 11:14 PM
**To:** Thomas, Jake
**Cc:** Bagley, Connie
**Subject:** Re: Legal Studies

Dear Jake,
To be honest, supportive is a gross overstatement and appreciation seems to be in rather short supply at SOM these days. Jim Baron did raise with me last Friday (before I met with Ted and Andrew) the possibility of helping teach LDP. As you may recall, the plan discussed last winter included moving at least some materials from State and Society to LDP. I must admit that it was a bit of a shocker to have Ted state that he saw no core role for legal studies given the accreditation standards and the mess Goldman, BP, WalMart and others have found themselves in and the bet the company IP litigation with Apple, Samsung, Google, and Oracle. But perhaps I misunderstood. Presumably Andrew will further clarify on Weds.

As for just trying to avoid interactions with my colleagues, I just do not seeing that working for me. I was a full partner at Bingham McCutchen and my contract for the first five year term at Yale clearly states that I will vote on all matters as a senior faculty member except I do not vote on tenure cases. That has not been honored since Sharon took over as interim dean. So, for example, I was not even invited to attend the meeting in which the senior faculty voted not to renew a Prof in Practice contract. I am not trying to be overly legalistic but this stuff matters.

At this point, my goal this weekend is to finish writing the final for my law for executives class and enjoy spending time with Christoph. I teach Monday and Tuesday so maybe we should just try to chat after I meet with Andrew. Thx for your support, Connie

Sent from my iPad

On Apr 27, 2012, at 9:33 AM, "Jake Thomas" <jacob.thomas@yale.edu> wrote:

> How about 2 pm on Tuesday, next week?
> j.
>
> On 4/27/2012 8:56 AM, Bagley, Connie wrote:
> Would love to chat before I meet with Andrew again next Weds. thx. Connie
>
> Sent from my iPad
>
> On Apr 26, 2012, at 3:55 PM, "Jake Thomas" <jacob.thomas@yale.edu> wrote:
>
>> Dear Connie,
>> I'm glad you did chat with them, and I'm glad that they were supportive.
>> I think what you do is important, and we should find a way to keep doing it.
>> My view is that getting tenure here is going to be hard.
>> If so, the question is whether you think that is a deal breaker, or whether there are other things that SOM and Yale can offer that are sufficient to keep you here.
>> I do hope you will stay.
>> I think SOM will be better off, and I think you will be better off (unless a great

1

school comes along with a tenured offer!)
It is frustrating to not be a full citizen, as you described, but one suggestion is to play a role that reduces the type of interactions that remind you of it.
I will point out that Stan, Jeff S, Jeff G, and Roger are all respected and appreciated for their contributions and capabilities.
Finally, I should mention that having tenure brings with it substantial costs and responsibilities that you may be better off without.
j.

On 4/25/2012 11:26 PM, Bagley, Connie wrote:
Dear Judy, Jim and Jake,
I had an interesting chat with Ted and Andrew today re role of legal studies at SOM going forward. Andrew and I will talk again next Weds. Best, Connie

Sent from my iPad

Begin forwarded message:

> **From:** "Bagley, Connie" <connie.bagley@yale.edu>
> **Date:** April 25, 2012 11:21:46 PM EDT
> **To:** "Snyder, Ted (Dean Sch of Mgt)" <tsnyder@yale.edu>,
> "Metrick, Andrew" <andrew.metrick@yale.edu>
> **Cc:** "Bagley, Connie" <connie.bagley@yale.edu>
> **Subject: Legal Studies**
>
> Dear Ted and Andrew,
> Thx for taking the time during such a busy week to chat. In preparation for the mid-year meeting of Ex Com of Acad Leg Studies in Bus this Sunday, a member of my presidential task force on state of the discipline sent me the following, which may be germane to my meeting next Weds with Andrew:
>
> Standard 15 of the AACSB Accreditation Standard:
>
>> http://www.aacsb.edu/accreditation/standards-busn-jan2012.pdf
>
>> The following is the partial quote from Standard 15. This is from page 71 of the above-referenced Accreditation Standards:
>
>> Normally, the curriculum management process will result in undergraduate and master's

2

level general management degree programs that will include learning experiences in such

management-specific knowledge and skills areas as

Ethical and legal responsibilities in organizations and society.


Hope launch goes well.
Best,
Connie




Constance E. Bagley

Professor in the Practice of Law and Management

**Yale School of Management**

P.O. Box 208200

New Haven CT 06520-8200

Phone:    203.432.8398


Office:  56 Hillhouse, Room 301

   New Haven CT


Asst:    Paula Blanchette

3

203.432.7514

| | |
|---|---|
| From: | Bagley, Connie |
| Sent: | Saturday, April 28, 2012 1:36 PM |
| To: | Chevalier, Judy |
| Subject: | Ecomagination Interview and Options |

Dear Judy,

Thx. Pls don't make yourself crazy trying to fit the interview questions in if other demands need to take priority. I just wanted to make sure we covered anything you would like added to the case. One question I'd like to ask is how, if at all, the shift in reporting structure, whereby head of ecomagination now reports to head of marketing instead of the CEO, has altered the dynamics. Also, I know from chatting with a Barrons reporter at the launch of the Brookings three-year study on purpose of the firm that he is very interested in learning more about GE's owns cuts in its emissions. To me, that is particularly significant and cannot be explained as just good branding. I will also check with Stuart and Jaan to see whether they can tape the interview in case you want to use snippets in your class or to add it to the raw case.

After chatting with Ted and Andrew on Weds, I now understand (unless this is all just a sick game of poker) that my getting considered for tenure in legal studies, at least before my review date of June 30, 2012, is not in the cards. Ted made it clear that he is not yet ready to commit to a line in legal studies. He also stated that it had nothing to do with my qualifications or the blood on the floor from the last four tenure cases handled by the BPO. Given the AACSB accreditation requirements re legal responsibilities, I hope he will change his mind after he has more time to think about it and to discuss with the senior faculty the future of State and Society and the possible creation of a new Political Economy group. I am not locked into teaching State and Society but would want to be able to teach courses like Law and Management (currently taught by Fiona's husband using my book) and Legal Aspects of Entrep (I now teach it for a half semester; I asked Geert if, at the suggestion of the students, I could teach it for a full semester but he said he did not want to overburden me). I also consider it only fair (and intellectually honest) that I be able to use the cases and other materials I have written since being appointed a Yale full professor (albeit without tenure) in my courses. In other words, no more air brushing me out a la Will and lead toys.

I am very disappointed with Ted's decision re tenure, of course, but am doing my best to think creatively about how I might structure an arrangement, at least for purposes of my contract review, whereby I can get the essence of the deal Joel promised when he recruited me. At the suggestion of Shirley McCarthy, I had a good chat with Frances Rosenbluth yesterday to explore my options before I meet with Andrew on Weds. I know that I was late tossing my hat into the ring for the N corporate governance chair that Thursday after we spoke, but I was very surprised to have Ruth Aguilera email me the next week (she initiated it, not me) to tell me that she had received an email from Andrew the day after I tossed in my hat into the ring telling her that the faculty and Dean had already selected someone for the chair.

When I met with Ted and Andrew last Weds, Ted signaled that the Ira Millstein option was also probably off the table. But while I was swimming this morning, I had a thought. Since Ted promoted Jeanette to Sr Assoc Dean, Enterprise Development, and now needs a Senior Assoc Dean, MBA Program, to replace her, I would like to be considered for that. I am a solid academic with two textbooks, which are each used by more than 100 schools in the U.S. and abroad, so know something about pedagogy. I won the SOM Excellence in Teaching Award and was first runner up (behind Garth Saloner) for best teacher at Stanford GSB. I care a lot about the students and the importance of getting them to pick up their game and work harder. I have management experience having been a corporate partner and member of the risk management committee at Bingham McCutchen. Jessica Aldrich, the lead TA for State and Society, can attest to my course development and execution abilities.

In addition, I took a University leadership role in writing Yale's new policies on sexual misconduct and advocating for them (along with Shirley McCarthy, Laura Wexler, Judith Resnik, and Priya) with both the Provost and Susan Sawyer and Harold Rose in the Office of General Counsel. (By separate email, I'll send you the Change article I co-authored on this process of institutional change.) One of the highlights of my five years at Yale was having both Mary Miller and Peter

Salovey congratulate me at the fall WFF reception for writing such a great report that it made it possible for Peter and Rick to persuade all 13 deans to give up their local adjudicatory options, thereby making it possible for Yale to create the University Wide Committee on Sexual Misconduct. After Sharon nominated both Will and me, Peter appointed me to serve as a core member of the UWC. I have already served on two panels hearing formal cases and worked with UWC chair Michael Della Rocca on an informal resolution.

Since Jeanette has just an MBA, I assume that the position of Senior Associate Dean does not require a tenured full professor. I thank you again for your candid advice before (and hope folks were not mad at you talking with me) and I welcome your advice on how best to raise this option with Ted and/or Andrew. I will be working at home later this afternoon on the final exams for both my MBA E class Law for Executives and for State and Society (no response from Doug, so I assume I am writing the S&S final exam for the fifth year in a row) so can be reached at my home number 203.298.4188. Or perhaps we can chat sometime next Monday or Tues. Best number then is my cell 203.868.9167.

All the best and thanks again for your support and wise counsel, Connie

-----Original Message-----
From: Chevalier, Judy
Sent: Saturday, April 28, 2012 9:24 AM
To: Bagley, Connie
Subject: Re: Alliance for Research in Corporate Sustainability conference - May 16-18, 2012

Yes. I am wall to wall this week-- trip for talks. I will review the case and make a list of questions as a starting point for discussion.

Sent from my iPhone

On Apr 28, 2012, at 7:48 AM, "Bagley, Connie" <connie.bagley@yale.edu> wrote:

> Dear Judy,
> Could we chat re questions to ask Mark when I interview him? I have
> some ideas already but would love to get your input also if you have
> time. All the best, Connie
>
> Sent from my iPad
>
> On Apr 27, 2012, at 10:35 AM, "Chevalier, Judy" <judith.chevalier@yale.edu> wrote:
>
>> All,
>>
>> Sorry I did not reply earlier.  The previous email did not have the date and I was waiting to figure it out.  I am out of town the 17-18, so I think that I will need to rely on Connie to do this interview.  THANKS.
>>
>>
>> Judy
>>
>> -----Original Message-----
>> From: DeCew, Stuart
>> Sent: Friday, April 27, 2012 10:32 AM
>> To: Bagley, Connie
>> Cc: Chevalier, Judy
>> Subject: Re: Alliance for Research in Corporate Sustainability
>> conference - May 16-18, 2012

2

>>
>> Connie,
>>
>> We are confirmed for the interview with the Ecomagination head, Mark Vachon for Friday, May 18th from 12:15pm to 1pm.
>>
>> I am going to be in touch with the GE ecomagination communications team early next week. I would like to outline a few questions that Mark can prepare for in advance that we could pass along to their team prior to the interview.
>>
>> Judy: When you have a moment, please let me know if you would like to collaborate on the interview with Connie.
>>
>>
>> With regards to the teaching day on May 16th, we are going to featuring the Trina Solar Case, Will is going to teach the case from 1-2:30pm to some of the attendees. We wanted to make sure that we highlighted the Yale raw cases in the format of the day (I attached a final agenda for your review of the first day of the conference). So no need you to prepare a formal presentation on the South Africa Energy Crisis Case, and thanks so much for volunteering to do so. I will be working with Jaan to make sure that we have a complete display of Yale case materials on business and environment related issues at the conference and I would love to highlight the South Africa case materials in that display.
>>
>> Looking forward to the conference and thanks so much for your help.
>>
>> Warm regards,
>>
>> Stuart
>>
>>
>>
>>
>>
>>
>>
>> Stuart DeCew
>> Program Director
>> Yale Center for Business and the Environment
>> http://cbey.research.yale.edu/O - 203-432-3736 C - 203-401-1398
>> stuart.decew@yale.edu
>>
>>
>> Twitter - @YaleCBEY <https://twitter.com/#!/YaleCBEY> Facebook - The
>> Yale Center for Business and the Environment
>> <http://www.facebook.com/pages/Yale-Center-for-Business-and-the-Envir
>> onment
>> /276871215670694>
>>
>>
>>
>>
>>
>>
>>
>> On 4/27/12 8:38 AM, "Bagley, Connie" <connie.bagley@yale.edu> wrote:

3

>>
>>> Dear Ravi,
>>> Here is the info re envir conf I mentioned. Stu, is ecomagination
>>> head still coming? If so, Judy, are we doing the interview together
>>> or am I doing it alone? If the later, Stu, maybe we should see
>>> whether Ravi wants to join me since we did the som case interviews together.
>>> Finally, Stu, do you still want me to describe our South Africa
>>> energy crisis case in pedagogic session? Looking forward to seeing
>>> you there, Eric. Best, Connie
>>>
>>> Sent from my iPad
>>>
>>> On Apr 24, 2012, at 2:11 PM, "McClure, Andrea"
>>> <andrea.mcclure@yale.edu>
>>> wrote:
>>>
>>>> Dear SOM Colleagues:
>>>>
>>>>
>>>>
>>>> This year's Alliance for Research on Corporate Sustainability
>>>> (ARCS) Conference is being hosted by the Yale Center for Business
>>>> and the Environment (CBEY) and I am serving as Conference Chair.
>>>> This conference brings together approximately 100 business school
>>>> professors from a variety of disciplinary and methodological
>>>> perspectives interested in advancing research on corporate
>>>> sustainability.  This is the fourth annual conference of ARCS, a
>>>> consortium of leading universities that seeks to provide data,
>>>> tools and networking opportunities to researchers who are
>>>> developing a greater understanding of the opportunities and limits
>>>> of policies and strategies to foster sustainable business. The
>>>> previous conferences were held at the University of Michigan
>>>> (2009), Harvard Business School (2010), and last year at Wharton (2011).
>>>>
>>>>
>>>>
>>>> The principal activity of the conference is to review working
>>>> papers in corporate sustainability.  We had 80 submissions this
>>>> year and, following peer review by the ARCS board members and some
>>>> Yale faculty, I have selected 14 for presentation and an additional
>>>> 9 for short research sketches.  We have a pre-conference teaching
>>>> day on May 16 to review with educators and business leaders how to
>>>> make corporate sustainability a meaningful topic in the classroom.
>>>>
>>>>
>>>>
>>>> I am pleased to note that Jim Rogers, Chairman, President and CEO
>>>> of Duke Energy, accepted my invitation to serve as the keynote
>>>> speaker for the conference opening dinner at Kroon Hall on May
>>>> 16th.  In addition, Ma Jun, Executive Director of the Institute of
>>>> Public and Environmental Affairs and a leading expert on supply
>>>> chains in China, will be our dinner speaker on May 17th by video

4

>>>> from Beijing in the President's Room.  Ma Jun was a Yale World
>>>> Fellow and also named by Time Magazine in
>>>> 2006 as one of the 100 most influential people in the world.  Our
>>>> luncheon speakers are Commissioner Dan Esty of the Connecticut
>>>> Department of Energy and Environmental Protection on May 17th and
>>>> Mark Vachon, Vice President of Ecomagination at GE on May 18th.
>>>>
>>>>
>>>>
>>>> I want to extend a warm invitation to all of the SOM faculty to
>>>> sign up for ARCS.  There are no fees, but many rewards! I have
>>>> attached the schedule so you see if there are topics of interest.
>>>> We prefer that Yale faculty sign up for a whole day rather than too much in and out.
>>>>
>>>>
>>>>
>>>> To register for the Teaching Day and Conference or for one only,
>>>> click here --
>>>> http://www.corporate-sustainability.org/conferences/fourth-annual-r
>>>> ese arc h-conference/registration.html.  Many thanks to Stuart
>>>> DeCew of CBEY for all of the help he and his staff have already
>>>> provided.  We are excited to bring this event to campus and hope
>>>> you can join us.
>>>>
>>>>
>>>>
>>>> Sincerely,
>>>>
>>>> [Description: Description:
>>>> C:\Users\chertow\AppData\Local\Microsoft\Windows\Temporary Internet
>>>> Files\Content.Outlook\FMJJ6J42\Mariansignature copy.jpg]
>>>>
>>>> Marian Chertow, PhD, 2012 ARCS Conference Chair
>>>>
>>>> Board Member, Alliance for Research on Corporate Sustainability
>>>>
>>>> Associate Professor of Industrial Environmental Management
>>>>
>>>> Yale School of Forestry and Environmental Studies and Yale School
>>>> of Management
>>>>
>>>> <ARCS_ScheduleforWebsite_4 16 12 (2).docx> <image001.jpg>
>>