**From:** <Bagley>, Connie <connie.bagley@yale.edu>
**Date:** Thursday, April 12, 2012 5:28 PM
**To:** "Bracken, Paul" <paul.bracken@yale.edu>, Andrew Metrick <andrew.metrick@yale.edu>, "Rae, Doug" <douglas.rae@yale.edu>, "Bagley, Connie" <connie.bagley@yale.edu>
**Subject:** Corp Gov Chair

Dear Doug, Paul and Andrew,
I would like to toss my hat into the ring for the N corp gov chair. I thought that Ruth Aguilar was a stronger candidate than I but if she is out of the running I think I would make a great head of the Millstein center and that my legal astuteness amr article and other research re law and mgmt and corp gov meet both the research standard for tenure and the corp gov requirements of this chair. (Of course, I am not privy to the indenture itself.) As for my work, fortunately you guys already have been assessing that plus teaching and university service for my prof in practice review.

In my capacity as pres of acad of legal studies in bus I have convened a national task force on the state of the legal studies discipline which includes among its members Richard Shell the incoming chair of legal studies and ethics at Wharton as well as the liaison to the AACSB. As part of that I confirmed that a Juris Doctor is deemed a terminal degree, that is, a Ph. D. equivalent for academics teaching business law.

I look forward to discussing this with you further. Pls let me know via email or my cell 203 868 9167 when we might chat.

Best,
Connie
*Sent from my Verizon Wireless Droid*


-----Original message-----
**From:** "Bracken, Paul" <paul.bracken@yale.edu>
**To:** "Bagley, Connie" <connie.bagley@yale.edu>
**Sent:** Thu, Apr 12, 2012 10:11:36 GMT+00:00
**Subject:** RE: Legal Governance, Risk Management and Compliance Book - Globe Publishing - Foreword

```
Thanks Connie.

Paul
```

**From:** Bagley, Connie
**Sent:** Wednesday, April 11, 2012 9:48 PM
**To:** Weinstein, Stuart
**Cc:** Wild, Charles R
**Subject:** Re: Legal Governance, Risk Management and Compliance Book - Globe Publishing - Foreword

Sounds like fun. Count me in.
Best, Connie

Sent from my iPad

On Apr 11, 2012, at 2:37 PM, "Weinstein, Stuart" <s.weinstein@herts.ac.uk> wrote:

> Dear Professor Bagley,
>
> I hope that this finds you doing well.
>
> My colleague, Dr Charles Wild, Head of School, and I have been commissioned by Globe Law and Business to author and edit a book on Legal Governance, Risk Management and Compliance aimed at European and UK lawyers, general counsels, compliance officers and practitioners.
>
> This project is an outgrowth of the first Legal Week Corporate Governance and Risk Forum I chaired in London on 30th November last year and our development of a new course at the University of Hertfordshire School of Law here in Hatfield, England entitled Legal Governance, Risk Management and Compliance.
>
> In this course, I make use of your writings especially your work *Winning Legally: How Managers Can Use the Law to Create Value, Marshal Resources, and Manage Risk* as an integral part of the assigned readings.
>
> The emphasis of our proposed text is to bring together a group of in-house legal practitioners, risk managers, compliance personnel, practitioners in private practice and leading academics to offer UK and European legal and compliance professionals a technical source for individuals seeking sophisticated practise-based guidance and advice on issues of legal risk management, governance and compliance.
>
> Before starting on my career as an academic in 2002, I was formerly General Counsel with the Korean multinational in Daewoo being, first, its International Legal Counsel and then its chief US lawyer for its automotive operations which were subsequently acquired by General Motors.  In addition to my work here at Hertfordshire, I am a visiting professor at Stetson University College of Law's London campus drawing upon my US law background and education.  I earned my BA from Williams College and JD from Columbia University School of Law and a qualified to practice law in California, District of Columbia, New York and in England and Wales.
>
> My colleague Dr Charles Wild who has been Head of School here at Hertfordshire since 2003 earned his PhD in law from the University of Sheffield and is a leading expert in UK company and commercial law.  Together the two of us have authored a number of leading texts on English Law including Smith and Keenan's English Law and Smith and

<u>Keenan's Company Law</u> as well as <u>Electronic and Mobile Commerce Law: An Analysis of Trade, Finance, Media and Cybercrime in the Digital Age</u>.

We would be most keen if you would consider the possibility of contributing an academic focused foreword to our text that would place our work within the growing field of scholarship, e.g., Heineman, Savage, Masson & Shariff, Veasey & DiGuglielmo that you pioneered with *Winning Legally* that examines the transformative role that engaged and involved in-house legal counsel can provide in a corporate setting to manage legal risk and contribute signficantly to the value added chain of corporate management.

My colleague Charleas and I would be happy to provide you with a draft foreword to the book to assist you.  Your academic focused foreword would sit alongside Lord David Gold's commercially focused foreword so as to place our text in both the right academic and commercial context.

The