**Sent:** Friday, April 13, 2012 12:44 PM
**To:** Chevalier, Judy; Bagley, Connie
**Subject:** Re: conform meeting 330 monday


Good mtg w A. If no Ruth, I deserve N chair. At minimum I need tenure and head of Millstein Center. THX. Cb

*Sent from my Verizon Wireless Droid*


-----Original message-----

**From:** "Metrick, Andrew" <andrew.metrick@yale.edu>
**To:** "Bagley, Connie" <connie.bagley@yale.edu>
**Sent:** Fri, Apr 13, 2012 16:34:45 GMT+00:00
**Subject:** conform meeting 330 monday



Andrew Metrick

Deputy Dean for Faculty Development

Michael H. Jordan Professor of Finance and Management

Yale School of Management
Mail: 135 Prospect Street, New Haven, CT 06520
Office: 46 Hillhouse Avenue, Room 102
(203)-432-3069
metrick@yale.edu

http://faculty.som.yale.edu/andrewmetrick/