**From:** <Metrick>, Andrew Metrick <andrew.metrick@yale.edu>
**Date:** Friday, April 13, 2012 4:01 PM
**To:** "Rae, Doug" <douglas.rae@yale.edu>
**Cc:** James Baron <james.baron@yale.edu>, "Sunder, Shyam" <shyam.sunder@yale.edu>
**Subject:** nierenberg chair

Team,

I know that I released you from N-chair duty following our decision to proceed with Christian Leuz as first choice.  (And Ted has approved that choice.)  I have spoken with Christian once and am planning to follow up next week for further conversations.  In the meantime, we have received a request from our colleague Connie Bagley to be considered for the chair.  Connie did not ask to be considered earlier because she believed that Ruth Aguilera was best qualified, but upon learning Ruth was not our preferred candidate, Connie wishes to be considered.  Although it is irregular to reopen the search after settling on a candidate, as Connie is a colleague I thought we should provide her that courtesy.  I will follow up in the next minute with two emails containing some information that Connie submitted as part of her Professor-in-the-Practice review this year (email #1 to follow), along with the report of her review committee (email #2 to follow).  Please use these materials as a starting point in evaluating her candidacy for the Nierenberg Chair.  In the interest of not leaving Christian Leuz dangling, it would be great if everyone could look at these materials over the weekend and give me your opinion of how Connie compares to Christian and to our second choice, Ray Fisman, as a candidate.

I understand this is an unusual request and that you may have questions about why this has appeared so late in the day.  I ask your permission to demur on these process issues for now and to just focus on the content of this case.  The input of the committee will be very helpful to Ted and myself as we decide how to proceed.

Andrew


Andrew Metrick
Deputy Dean for Faculty Development
Michael H. Jordan Professor of Finance and Management
Yale School of Management
Mail: 135 Prospect Street, New Haven, CT 06520
Office: 46 Hillhouse Avenue, Room 102
(203)-432-3069
metrick@yale.edu
http://faculty.som.yale.edu/andrewmetrick/

1