**From:** <Baron>, James Baron <james.baron@yale.edu>
**Date:** Monday, April 16, 2012 5:30 AM
**To:** Andrew Metrick <andrew.metrick@yale.edu>
**Subject:** Re: nierenberg chair

Andrew,

I have not been able over the weekend to thoroughly review Connie's publications, but I am pretty familiar with her research and teaching (having reviewed her several times at Stanford and when she was hired at SOM). She has also taught guest spots in Employee for me.

Without wanting to prejudice her review for P in the P, I do not see Connie as the "anchor tenant" for the corporate governance enterprise SOM is seeking to build. If the intention is to attract research-oriented faculty (including people already at SOM or Yale) to work on a broad set of topics pertaining to corporate governance, I don't see Connie as the catalyst for that. I am not sure that Fisman is either, but he would certainly be a very strong addition to our research faculty and someone whom I expect would foster cross-disciplinary collaborations. I believe Leuz would be a marquis hire for us, and he seems like someone who has broad and serious research interests, as well as an interest in building up a center that could be a power vehicle for disseminating our work and attracting potential partners.

I am happy to elaborate on any of this, but in the interests of getting back to you before your meeting with her today, I am just sending this brief summary assessment.

Best,

Jim

Sent from my iPad

On Apr 13, 2012, at 5:01 PM, "Metrick, Andrew" <andrew.metrick@yale.edu> wrote:

> Team,
>
> I know that I released you from N-chair duty following our decision to proceed with Christian Leuz as first choice. (And Ted has approved that choice.) I have spoken with Christian once and am planning to follow up next week for further conversations. In the meantime, we have received a request from our colleague Connie Bagley to be considered for the chair. Connie did not ask to be considered earlier because she believed that Ruth Aguilera was best qualified, but upon learning Ruth was not our preferred candidate,

1

Connie wishes to be considered. Although it is irregular to reopen the search after settling on a candidate, as Connie is a colleague I thought we should provide her that courtesy. I will follow up in the next minute with two emails containing some information that Connie submitted as part of her Professor-in-the-Practice review this year (email #1 to follow), along with the report of her review committee (email #2 to follow). Please use these materials as a starting point in evaluating her candidacy for the Nierenberg Chair. In the interest of not leaving Christian Leuz dangling, it would be great if everyone could look at these materials over the weekend and give me your opinion of how Connie compares to Christian and to our second choice, Ray Fisman, as a candidate.

I understand this is an unusual request and that you may have questions about why this has appeared so late in the day. I ask your permission to demur on these process issues for now and to just focus on the content of this case. The input of the committee will be very helpful to Ted and myself as we decide how to proceed.

Andrew


Andrew Metrick
Deputy Dean for Faculty Development
Michael H. Jordan Professor of Finance and Management
Yale School of Management
Mail: 135 Prospect Street, New Haven, CT 06520
Office: 46 Hillhouse Avenue, Room 102
(203)-432-3069
metrick@yale.edu
http://faculty.som.yale.edu/andrewmetrick/

**From:** <Sunder>, Shyam <shyam.sunder@yale.edu>
**Date:** Monday, April 16, 2012 8:57 AM
**To:** Andrew Metrick <andrew.metrick@yale.edu>, "Rae, Doug" <douglas.rae@yale.edu>
**Cc:** James Baron <james.baron@yale.edu>
**Subject:** RE: nierenberg chair

Dear Andrew:

I have reviewed the materials on Bagley. I do not see how a case for a tenured appointments for her can be made on the basis of her research record. Best. Shyam

---

**From:** Metrick, Andrew
**Sent:** Friday, April 13, 2012 5:01 PM
**To:** Rae, Doug
**Cc:** Baron, Jim; Sunder, Shyam
**Subject:** nierenberg chair
**Importance:** High

Team,

I know that I released you from N-chair duty following our decision to proceed with Christian Leuz as first choice. (And Ted has approved that choice.) I have spoken with Christian once and am planning to follow up next week for further conversations. In the meantime, we have received a request from our colleague Connie Bagley to be considered for the chair. Connie did not ask to be considered earlier because she believed that Ruth Aguilera was best qualified, but upon learning Ruth was not our preferred candidate, Connie wishes to be considered. Although it is irregular to reopen the search after settling on a candidate, as Connie is a colleague I thought we should provide her that courtesy. I will follow up in the next minute with two emails containing some information that Connie submitted as part of her Professor-in-the-Practice review this year (email #1 to follow), along with the report of her review committee (email #2 to follow). Please use these materials as a starting point in evaluating her candidacy for the Nierenberg Chair. In the interest of not leaving Christian Leuz dangling, it would be great if everyone could look at these materials over the weekend and give me your opinion of how Connie compares to Christian and to our second choice, Ray Fisman, as a candidate.

I understand this is an unusual request and that you may have questions about why this has appeared so late in the day. I ask your permission to demur on these process issues for now and to just focus on the content of this case. The input of the committee will be very helpful to Ted and myself as we decide how to proceed.

Andrew

1

Andrew Metrick
Deputy Dean for Faculty Development
Michael H. Jordan Professor of Finance and Management
Yale School of Management
Mail: 135 Prospect Street, New Haven, CT 06520
Office: 46 Hillhouse Avenue, Room 102
(203)-432-3069
metrick@yale.edu
http://faculty.som.yale.edu/andrewmetrick/

2