**Subject:** Re: meeting on Monday at 330
**Date:** Friday, April 13, 2012 3:53:25 PM Eastern Daylight Time
**From:** Bagley, Connie
**To:** Metrick, Andrew

Thx. I will. My pool and hot tub are open so Christoph and I plan to chill. His 14th birthday is April 19. Appreciate your efforts. Best Connie

*Sent from my Verizon Wireless Droid*


-----Original message-----

**From:** "Metrick, Andrew" <andrew.metrick@yale.edu>
**To:** "Bagley, Connie" <connie.bagley@yale.edu>
**Sent:** Fri, Apr 13, 2012 19:48:58 GMT+00:00
**Subject:** meeting on Monday at 330

Connie,

I got us some time on Ted's schedule so the meeting Monday at 330 will now be in his office. I will have time before that meeting to finish my due diligence on various rules.

Have a great weekend and enjoy the nice weather with your son!


Andrew

Andrew Metrick
Deputy Dean for Faculty Development
Michael H. Jordan Professor of Finance and Management
Yale School of Management
Mail: 135 Prospect Street, New Haven, CT 06520
Office: 46 Hillhouse Avenue, Room 102
(203)-432-3069
metrick@yale.edu
http://faculty.som.yale.edu/andrewmetrick/