**From:** <Rouwenhorst>, Geert <k.rouwenhorst@yale.edu>
**Date:** Thursday, May 3, 2012 3:29 PM
**To:** Andrew Metrick <andrew.metrick@yale.edu>
**Subject:** RE: meeting today with Connie Bagley

Andrew,

I agree with your summary of the meeting.

Thanks, Geert

K. Geert Rouwenhorst
Deputy Dean MBA Curriculum
Robert B. and Candice J. Haas Professor of Corporate Finance
YaleSchool of Management
Box 208200
135 Prospect Street, New Haven CT 06520-8200
office: (203)432-6046 fax:(203)432-8931
personal web site: http://som.yale.edu/~geert/
papers: http://papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=59592

---

**From:** Metrick, Andrew
**Sent:** Thursday, May 03, 2012 4:27 PM
**To:** Rouwenhorst, Geert
**Subject:** meeting today with Connie Bagley

Geert,

I am writing this note to summarize the key points of our meeting with Connie today. Please let me know if your memory is different on any of these points:

1. Connie will work on a short document to summarize her main issues for consideration in her contract renewal. We will then give her comments on this document and then she will write a final draft. Our intention — with her assent but still to be cleared with the Dean — is to hand out this document at the BPO meeting on Monday, so that it can be reviewed as part of the discussion on her reappointment. We all agreed that this document would not represent

1

either an agreement by her to accept specific terms nor an agreement by us to grant them. Rather, it would be used to guide the BPO meeting in order to give feedback to the Dean for his decision on her case.
2. The document will focus on the ways that her new contract would be explicitly different then the typical Professor-in-the-Practice contract. The three main issues are term length (ten years instead of the usual five), meeting-attendence rights (she would be allowed to attend, participate in discussions, but not vote at tenure-vote meetings, and would be able to attend and vote at reappointment meetings for other P-in-the-Ps), and assurances about teaching field (law,management, and entrepreneurship) and number of preps.
3. Connie also said that she will be looking for a raise, and we all agreed that this would not be a proper topic for discussion with the BPO, but could be negotiated separately with the Dean.
4. I told Connie that I have made every effort to keep her teaching conflicts with Doug Rae out of her renewal process, but that her conversation last week with Doug led to him visiting my office and bringing up these issues. In the course of that conversation, Doug reported several things to me that are different than what she had told me earlier.
5. We are holding off on decisions about the future course of State and Society until her renewal process is complete. She had heard from other faculty that various options were being considered, and I confirmed that. The only thing we know for sure at this point is that she and Doug will not be teaching the course together.
6. Several times during the conversation, Connie would make claims about earlier statements that I have made to her. I told Connie that, in my opinion, many of these statements have been either mis-remembered by her, or taken out of context to the point of misinterpretation. I also told her that I did not want to waste all our time fighting over each one of these instances, but that I did not want my lack of continuous objections to imply agreement to her quotations or interpretations.

Andrew

Andrew Metrick
Deputy Dean for Faculty Development
Michael H. Jordan Professor of Finance and Management
Yale School of Management
Mail: 135 Prospect Street, New Haven, CT 06520
Office: 46 Hillhouse Avenue, Room 102
(203)-432-3069
metrick@yale.edu
http://faculty.som.yale.edu/andrewmetrick/