**From:** <Metrick>, Andrew Metrick <andrew.metrick@yale.edu>
**Date:** Saturday, May 5, 2012 at 3:52 PM
**To:** "Bagley, Connie" <connie.bagley@yale.edu>
**Cc:** "Rouwenhorst, Geert" <k.rouwenhorst@yale.edu>
**Subject:** Re: Talking Points for BPO

Connie,

After reflecting on this and consulting with Ted, we have decided that we will begin your BPO meeting with a discussion and vote on the standard 5-year appointment with no special voting or meeting attendance provisions.  If that vote is positive, then Ted will solicit feedback from the BPO about a longer term and meeting attendance opportunities.  Ted will then have the results of the vote and the feedback from the BPO to guide his decision.

Andrew

**From:** "Bagley, Connie" <connie.bagley@yale.edu>
**Date:** Thu, 3 May 2012 20:31:21 -0400
**To:** "Rouwenhorst, Geert" <k.rouwenhorst@yale.edu>, Andrew Metrick <andrew.metrick@yale.edu>
**Subject:** RE: Talking Points for BPO

Great. Thx. Connie

**From:** Rouwenhorst, Geert
**Sent:** Thursday, May 03, 2012 8:10 PM
**To:** Bagley, Connie; Metrick, Andrew
**Subject:** Re: Talking Points for BPO

Thanks connie. I agree that the suggested language for the faculty meeting is clear and concise now.

Best, Geert

**From:** "Bagley, Connie" <connie.bagley@yale.edu>
**Date:** Thu, 3 May 2012 20:07:58 -0400

**To:** "Metrick, Andrew" <andrew.metrick@yale.edu>, "K. Geert Rouwenhorst" <k.rouwenhorst@yale.edu>
**Subject:** RE: Talking Points for BPO

Dear Andrew,
Sounds like a plan. Thx so much. Geert, hope you enjoy your party tomorrow. I¹ll be thinking of you between Avengers and Battleship or whatever new movie comes out tomorrow. All the best, Connie

---

**From:** Metrick, Andrew
**Sent:** Thursday, May 03, 2012 8:04 PM
**To:** Bagley, Connie; Rouwenhorst, Geert
**Subject:** Re: Talking Points for BPO

I don't think we need that extra language.  We already say that it differs from the "standard" appointment, which implies the others do not have these things.  And nobody else has this language in their contract.

We will propose this exact format and words to Ted and I will let you know if he approves.

Andrew

---

**From:** "Bagley, Connie" <connie.bagley@yale.edu>
**Date:** Thu, 3 May 2012 19:40:36 -0400
**To:** Andrew Metrick <andrew.metrick@yale.edu>, "Rouwenhorst, Geert" <k.rouwenhorst@yale.edu>
**Subject:** RE: Talking Points for BPO

Your proposed third-party language looks good to me. Do you think you need to include fact this does not affect other Prof in Practice appts or would you prefer to handle that at the meeting? Totally your and Ted¹s call. Best, Connie

---

**From:** Metrick, Andrew
**Sent:** Thursday, May 03, 2012 7:33 PM
**To:** Bagley, Connie; Rouwenhorst, Geert
**Subject:** Re: Talking Points for BPO
**Importance:** High

Connie,

Thanks for this.  I will discuss ASAP with Ted and get back to you.  My only thought now is that it might be better to distribute something in a thrid-person list form instead of a email note, and to only include the first two terms for the BPO (the teaching stuff is important for you to tell Geert and me, but need not go to the BPO since they would not ordinarily be privy to the teaching negotiations with the Dean nor approve anyone's deal, and the fourth item is just to protect the school and need not go to the BPO either) e.g.:

---

We are considering reappointment of Constance Bagley to the position of Professor in the Practice of Law and Management.  The terms of this appointment will differ from the standard Professor-in-the-Practice appointment in two ways

1) The proposed term for the renewal is ten years not five;

2) the reappointment letter would expressly state that Professor Bagley will be invited to attend (and be given voice and a vote at) all faculty meetings, including meetings of the BPO, except that she will not vote on any tenure cases.

What do you think?  My idea is to just tell the BPO the things that (I think) they would consider to be material for their deliberations, and not to get into anything else.

Andrew

---

**From:** "Bagley, Connie" <connie.bagley@yale.edu>
**Date:** Thu, 3 May 2012 17:29:18 -0400
**To:** Andrew Metrick <andrew.metrick@yale.edu>, "Rouwenhorst, Geert" <k.rouwenhorst@yale.edu>
**Cc:** "Bagley, Connie" <connie.bagley@yale.edu>
**Subject:** Talking Points for BPO

Dear Andrew and Geert,

Thank you so much for taking the time today to talk with me regarding the upcoming discussion at the BPO meeting on May 7, 2012, of the renewal of my appointment as Professor in the Practice of Law and Management. As we discussed, the arrangement I am proposing differs from a ³standard² Professor in the Practice reappointment in several important respects. First, the proposed term for the renewal is ten years not five. Second, the reappointment letter would expressly state that I will be invited to attend (and be given voice and a vote at) all faculty meetings, including meetings of the BPO, except that I will not vote on any tenure cases. Third, I will be expected to deliver the functional equivalent of three full semester courses (in the core and/or as electives) in law and management and/or law and entrepreneurship with no more than three different ³preps² per year (with the exact wording to be worked out to our mutual satisfaction and set forth in any reappointment letter). Finally, I acknowledge that if Yale agrees to these terms, they would affect only my personal contractual relationship with Yale and that there is no expectation, on my part at least, that Yale would be expected to extend like terms to other Professors in the Practice.

All the best,
Connie


Constance E. Bagley
Professor in the Practice of Law and Management
**Yale School of Management**
P.O. Box 208200
New Haven CT 06520-8200
Phone:      203.432.8398

Office:  56 Hillhouse, Room 301
         New Haven CT

Asst:    Paula Blanchette
         203.432.7514