MGT 413-01 State & Society
Spring-2 2012
Professors: Douglas Rae, Constance Bagley

## 6. What are the main weaknesses of the instructor, Constance Bagley? In what ways might his/her teaching be improved? (Your answer to this question will not be read by other students.)

| Text Response |
|---|
| Plays second fiddle to Douglas Rae, should be equal partners in the class |
| Tends to drift off-topic. |
| needs to be more articulate, comments seem erratic at times, and doesn't seem to provide room for contrary opinions |
| She tends to obfuscate relatively simple legal issues. While she is prepared, her questions in class are often unclear and seem undirected. |
| Professor Bagley may seem a bit intimidating during some of her cold calls and has, at times, contributed to the chaotic nature of class sessions. |
| She does not have much structure on her ideas. |
| Frantic pace at times; tone can be combattive. |
| Sometimes her enthusiasm makes it hard to follow her ideas. |
| - Cold calls |
| Connie sometimes veers off course in topics but there are often insights even in those topics. Just may require a little more focus. |
| She could improve on time managment in class |
| Connie's passion leads her to get very fired up over the material she teaches, sometimes resulting in a very frenetic pace.. on occasion this causes us to get lost in the details and we may miss the thrust of what she's trying to get across |
| Whenever she got excited and passionate about a topic, she failed to make sense because she was going so fast we basically had to learn to be a mind-reader. It was really unfair for her to expect us to follow what she's saying when she was jumping around so quickly and so fast. |
| none |
| Too often let her personal views color the debate. I was particularly disappointed in the treatment of citizens united as the class became a diatribe of her perspective. Regardless of my opinion on the merits of the case, I don't think that class helped anybody develop their own view or really understand the pros and cons, |
| Too quick....She could lower the speed a little bit. |
| She needs some order to her lectures. They bounce around way too much and it is impossible to take anything from them. |
| her Yale cases are too verbose. sometimes does not explain complex (or even simple) concepts in the most concise way. |
| Connie has very strong personal views that she somewhat imposed on the class, especially in the way she framed certain questions. |

16

MGT 413-01 State & Society
Spring-2 2012
Professors: Douglas Rae, Constance Bagley

> Prof. Bagley can often get so excited by the material that she forgets to make connections between various things that are being discussed, and so students often get lost in the class.
>
> Connie is frequently way too demanding regarding the recall of exact facts in the case. That amount of memorization is not valuable for class preparation, nor does it help everyone learn. She also tends to get way too involved in the details of cases or strays from the case at hand, usually at the expense of discussing real application to business.
>
> Also gets lost in her thoughts sometimes and can be confusing in how she poses questions. More cold calling would help this class in general.
>
> She deviated a lot from the main issues of the cases. She was very aggressive in the way she asked questions. She wouldn't let students speak freely, she constantly interrupted while students participated.
>
> Some of the cases she conducted were a little bit too large for such a small class, so I felt we were running out of time
>
> sometime bias on Chinese issues
>
> Can speak over comments and questions from students and often seems to be fishing for a specific response. Lecture style discourages participation and can detract from actual learning.
>
> Connie's classes sometimes felt a little frenzied, though I liked that she really pushed us. Sometimes she didn't explain legal concepts simply enough up front, but rather jumped straight into the weeds.
>
> Could get a little too excited at times which didn't help the class sessions. Some of the cold/warm calls were a little intense and intimidating and people may have been a little intimidated.
>
> Towards the latter half of the course, it seemed as though Connie was distracted by something and her cases were not presented in as structured a way as she is renowned for.
>
> I honestly feel at times her methods do not get the most out of the students. Not all students respond well to the intimidating approach she sometimes takes. At times it is useful while other times it is not. I think that was a shame because she has so much to offer and could find a better way to engage students.
>
> Sometimes the cold-calling from Professor Bagley is on arcane facts of the case. In addition, there are some times when I think Professor Bagley could help things by saying that she is going to be tough on us ahead of time rather than just launching it.
>
> Often times spends too much time cold calling us to find out the facts of the case. It would be better if she posed more thoughtful questions to the class and let people who have good responses volunteer to answer. Sometimes it seems like she incorporates briefs that she's written just because she wrote it, not because it was very relevant to the class material.
>
> First, Prof. Bagley showed herself completely incapable of teaching law, which appeared to be her primary function. This manifested itself in two ways. She would be unable to present basic concepts clearly, and would also go on long ranting tangents that had nothing to do with the presented material. For example, instead of covering basic concepts, like duty of care and duty of loyalty, she skipped right over that to Unocal standards and Revlon duties as presented in Caremark, Paramount, etc.. These complex concepts are unlikely to be encountered by anyone in the class, and are almost impossible to understand with reading Van Gorkum (or Revlon!) The net result is that literally no one in the class learned anything. People had to post analysis on Facebook to provide a basic understanding of these issues. In addition, she would frequently abandon the material she assigned to go on long rants on the

17

MGT 413-01 State & Society
Spring-2 2012
Professors: Douglas Rae, Constance Bagley

legal field. In one class, for example, she discussed Lochner at length -- which almost no one here has read, and said that the Roberts Court was moving us back to the Lochner era. That then led to an abortion rant (in which only she participated) that had no relevance to any of the readings or assignments, but appeared only to showcase her politcal views.   Second, she often gets the law wrong. During her long rant on abortion, for example, Prof. Bagley criticized "Casey" as the case on privacy that set the stage for Roe. That case was Griswold. Casey came after Roe. During a corporate law discussion, she claimed that, in the absence of Revlon duties, Boards of Directors can take the interests of other stakeholders (employees, etc.) into account. That is, most charitably, a very stretched formulation.  Boards have fiduciary duties to shareholders, and cannot take any other interests into account unless they do so with the goal of maximizing shareholder value (except during bankruptcy, of course.) All Revlon does is shrink the timeframe that a Board can use to take interests into acccount, and force them to focus on the immediate auction price.   Third, literally every class she would insist on mentioning she went to Harvard Law School. We know now. You don't have to keep saying it. It makes you look insecure. In fact, this a broader problem -- her need to keep attention on her at all times (even when there are guest speakers) makes SOM look incredibly bad.  For example, in one class, Prof. Bagley barged in late and said "I was just in a meeting with the Dean. I'm sorry, but the Dean is more important." I found this incredibly rude, both to students but far more importantly, to the two guests we had from the Soros Fund. One does not invite guests, and then insult them by saying other commitments are more important.

I feel that sometimes the questions she asks are not really relevant as she goes too much into details and that doesn't help the discussion

The main weakness of Connie was her style. Her style hindered the learning process and made this a dreaded class to attend.  Cold calling is fine, but the manner in which it is done was unproductive. Additionally, her requirement that people memorize the minute details of the case did not help convey the overarching theme of the cases (it would be better to cold call on themes, rather than specific numbers). She should also work on not interrupting students and their thought process when asking student questions, rather than giving them less than a nanosecond. Overall, I think she needs to understand that people are here to learn themes and how to be better managers. They are here on their own accord and should be treated with respect.

Sometimes the pace of the class felt frenetic and it was difficult to get a sense of where we were going as we jumped from issue to issue. I often wondered if this had to do with the scope of the material -- trying to cover two to three cases in a single hour-and-a-half class was a considerable challenge.

The way Connie leads discussions is frantic and does not get the most out of students. She often asks vaguely worded or nebulous questions that do not add value to the conversation. The yelling in the middle of class is really not acceptable. When she yells about people being her associates and needing to respond quickly, I think she mistakes the MBA students she teaches for undergrads or law students who have never worked before.

Sometimes Prof. Bagley can get a bit flustered with the volume of material she is trying to cover in ways that make either her statements or the procedure by which she runs class a little beffudling.

Sometimes digresses, makes it difficult to understand concepts clearly

Unfortunately there are several. She often becomes discombobulated while presenting, speaks too rapidly and does not clearly and succinctly outline the legal concepts in a manner digestible by people who non law backgrounds. My view, and that of many of my classmates, is that she confuses more issues than she illuminates. She should focus on the basic concepts and explain them in an organized

MGT 413-01 State & Society
Spring-2 2012
Professors: Douglas Rae, Constance Bagley

> and coherent manner. She also should tone down the in-class antagonism with which she conducts her "warm calling". There is no need for that level of confrontation and it interferes with he learning process, with her often getting worked up in the process. In a word: calm down.
>
> She sometimes goes off onto tangents unrelated to the course which ends up being distracting and even derailing.
>
> She has a tendency, particularly evident on cases in which she was personally involved with the business decision at hand, to talk the class, and even a few times herself, into total confusion. I feel like she would benefit greatly from a "Connie Rule" - if she is speaking more than 120 words per minute, wait at more than 0.3 seconds after asking a question to see if anyone is ready to answer it. The USG case was particularly bad - at the same time as she had handed out case amendments for the class to read, she was asking a student in the back to make a decision based on the 3-pager we had just gotten, and not yet read, and yet she also wouldn't stop talking. So basically instead of reading the case amendment or hearing another classmate's opinion, there was a really really long period of time when all we could do as a class was listen to Connie press another student on why he didn't have an answer.   Also, the role playing could be pretty useless a lot of the time.
>
> I think sometimes Connie had trouble bringing concepts down to the level of our class -- some topics we discussed were truly complicated and I didn't feel like we reached a level of clarity by the end of class. Her cold calls were sometimes too specific so a lot of people spent energy freaking out about being cold called instead of fully engaging the material. I also think there was sometimes a disconnect between the readings/study questions and what we actually discussed in class. I sometimes felt like there was a moving target of what to prepare.
>
> Never finished sentences. Asked questions but did not allow students to answer before she started berating them. Was hard to understand what she was asking.
>
> I believe sometimes she is a bit unstructured during class. Following on the problem of classes being sometimes too content-heavy, I can recall at least five classes where we probably took too long discussing a specific issue in class and then realizing she had like 10 minutes left, she would rush and cover other 10 concepts   I believe she can greatly benefit from having her own time checks during class to see if she has gone through her list of core concepts she wants to cover as the class progresses.
>
> nothing
>
> I often have no idea what she is talking about. Between the self-calls related to Harvard, Stanford and her law firm and the constant name dropping combined with the random role playing, the class is often lost and frustrated with the direction of the lectures. She also constantly interrupts guest speakers and students to make points that seem irrelevant to the topic at hand. The takeaways from her classes are completely unknown.
>
> I hate to say it, but I think that Connie might be one of the worst teachers I've ever experience (sorry!). She came to class several times unprepared (once telling us she was unprepared because she celebrated her son's birthday over the weekend. Birthdays are an entirely predictable event that can be worked around in preparing for a 6-week class that you've taught before).   There were classes where when the period ended, we looked around and no one had any idea what we had talked about. A common sentiment was 'what just happened?" Lectures were poorly organized. Questions were circuitous and confusing.   She also used a lot of jargon and inside references that I totally missed. Law jargon will likely go over the head of many SOM students (we do have lawyers, but not an overwhelming number). Or if there's a company she really wants to reference heavily, it would be great if she could alert us

19

MGT 413-01 State & Society
Spring-2 2012
Professors: Douglas Rae, Constance Bagley

> beforehand so that those of us who are unfamiliar with it can look it up and not just be lost for a portion of the lecture. A last point is that it is really unhelpful when she spends time name dropping. I get it. She taught at Stanford and Harvard. She does research with famous researchers. She was almost the original counsel for Google and would be really rich right now if she had gone through with that. Etc. Etc. Every class there was a new name-drop, and it got to be kind of gross and a big distraction (people joke about it). none of the other professors feel the need to do that.

| Statistic | Value |
|---|---|
| Total Responses | 48 |

MGT 413-02 State & Society
Spring-2 2012
Professors: Douglas Rae, Constance Bagley

## 6. What are the main weaknesses of the instructor, Constance Bagley? In what ways might his/her teaching be improved? (Your answer to this question will not be read by other students.)

**Text Response**

-too focused on specific details in the case and misses getting the big picture or important takeaways - method of lecturing puts students too on edge to really add insight, rather than just repeating details from the readings

This is not Yale Law School! This is SOM. There is NO need to memorize facts of a case!

-sometimes bounces around discussion topics too quickly, difficult for non-law students to follow at times

Quizzing on details, especially specific numbers, is not useful. Asking questions that provoke thought are

Sometimes loses focus mid-question, could make questions a little more focused.

Na

tries to cover too much at one time and jumps from case to case often which loses people. I understand she is trying to cover a lot of information but I think it would be mor effective if certain things were focused on instead of trying to cover so much.

Keep conversation focused and easy to digest

She speaks about her personal life and professional background far too much in my opinion. It is usually irrelevant and sometimes uncomfortable.

The problem is that she pushes on points that aren't always key to the discussion. I think some of the legal points covered should be covered in a more lecture / explanation frame while the business and social implications should be discussed in the more socratic / discussion method.

Her passion for the case material can sometimes overwhelm the balance of discussion.

Some of her deep, conceptual and structural points can get lost in the hectic cases

Cold calling students and asking them about minute details in the case don't add to the discussion, especially since cases are really long. Teaches the class like she would a law school class making it not very interesting for MBA students. She speaks very quickly making it hard to understand what she wants to say (the topics are complex enough without the professor talking really fast). A little too much focus on China.

NA

She can be very intense. I'm not sure it's a weakness, but it can contrast with other faculty members.

Connie sometimes misses ensuring that we grasp some concrete issues before delving in because of her excitement. This can often leave students half a step behind her. This was particularly a problem during the theory of the firm class. I really wish that we could have had a better sense of the topic before diving in. This was a unique case but stands out.

The questions she asked usually just scratch the surface. And I am not sure if she does enough research in real business world.

My only criticism is that I wish she had withheld her passionate views about Citizens United until the

MGT 413-02 State & Society
Spring-2 2012
Professors: Douglas Rae, Constance Bagley

> end of the class. The reason is that I was hoping we would have a debate in class about the ruling and the dissenting opinion. I felt that people were reticent to share their views once the professor's opinion was made known. I'm glad that Connie shared her passionate opinion, I just wish she had waited until the end.
>
> I liked personality and teaching style of Prof. Bagley but I know that some may find it difficult to keep up with her.
>
> Can be a bit brash and cold at times. Her cold calling can sometimes focus on the wrong things - like details for the case that you can't necessarily recall even after reading!
>
> She tends to cold call on numbers instead of concepts and issues. I have nothing against cold calls, but she seems determined to cold call and make sure we know if an individual invested 10, 12 or 15% in a company instead of asking WHY they invested.
>
> Can go a little slow to help explore topics in detail.
>
> There was one day when Connie let her passion for women's health and the right to choose get the best of her. I am a woman and feel very strongly as well about these issues. Part of my was really happy she hit the point repeatedly to get the message across, but I also couldn't help thinking that we'd lost some class time because of the political agenda of Connie. It's a tough one though because in no other classes would we hear that sort of awesome commentary. But overall, I still think it wasn't quite the place for it - at least in terms of the over-emphasis quality of delivery.
>
> Unstructured, always in rush so the material she was trying to present often confused students. She is standing in a higher level in terms of knowledge about the law and societal implication of issues but she did not put in enough effort to lay background knowledge to help students understand her better.
>
> Asks complicated, long-winded questions that are difficult to follow. Forgets most of us don't have legal training or expereince living and working in foreign countries.
>
> Some of the comments about politics and democracy in China and Russia were too subjective.
>
> It appeared that Connie allowed comments from students to direct the overall information flow in the class to much for my preference.

| Statistic | Value |
| --- | --- |
| Total Responses | 27 |

MGT 413-03 State & Society
Spring-2 2012
Professors: Douglas Rae, Constance Bagley

# 6. What are the main weaknesses of the instructor, Constance Bagley? In what ways might his/her teaching be improved? (Your answer to this question will not be read by other students.)

| Text Response |
|---|
| She is way too detailed focused and misses the most important take-aways from each case. Her cases are amazing (and mostly written by her), but the class discussion always misses the most important and controversial points of each case. Also, it would be helpful if she did one intro to business law and passed out vocab sheets at the beginning of the class. |
| sometimes goes on long legal-related digressions |
| Not engaging in a positive way. |
| Wastes a tremendous amount of time talking about her Stanford experience or her time as a teacher at harvard. It is unrelated to the course and tends to eat into the course time |
| The lecturing is a little sporadic and hard to follow sometimes. |
| I thought she she lost her cool a couple of times and it was not helpful to the class. |
| N/A |
| Sometimes a little too hasty to interrupt the guest speakers |
| -Didn't appear in all the classes |
| Oftentimes, it seems she focuses too much on seemingly unimportant aspects of the case, rather than making sure we obtain a solid understanding of the key themes of the case. |
| It felt that in the 2nd half of the course, she was coming into class less prepared than in the beginning of the course. I thought her classes at the beginning of the course were much better. |
| I recommend that she infuse the discussion with her more of her own thoughts, experiences, and opinions. She leads classroom discussion well but I wish that the discussion was balanced with more lecture. |
| N/A |
| The cold calling issue (with regards to having to waste so much paper to bring cases to class) has already been discussed. Also, I feel like we spent a lot of time listening to her resume in repeated classes (Stamford...). Very impressive but not necessarily relevant to rehash in every class. |
| Sometimes made legal issues more complicated than it seemed like they needed to be. Sometimes this was because explanations of concepts were interrupted by tangential points. |
| Sometimes is so energized, she can't keep track of her own train of thoughts. Especially when in legal discussion, she often inserts asides on asides, making her thoughts hard to follow. I think she sometimes need to take a breath, and think about where she is going in her lecture. |
| Although she encourages cold calling, discussion and debate is not sufficiently encouraged. Warm calling should be dropped as it limits time for students who are willing to participate actively and who prepare themselves accordingly. |
| Frantic, under-structured classroom environment. Jumps from topic to topic without clear transitions. Often expects case minutia to be memorized, even when this information can be easily looked up. |

MGT 413-03 State & Society
Spring-2 2012
Professors: Douglas Rae, Constance Bagley

Most of Professor's Bagely's lectures were poorly organized. Though familiar with the legal material she covered, I found her presentations borderline incoherent. In conversations with students who did not have a legal background, I learned that many of them got very little from the lectures. The lecture on laws of corporate control was particularly badly organized (and not just because the reading was sent out late).    I also found that Prof. Bagley's manner with students often discouraged class discussion. She is inexplicably aggressive when calling on students and rarely gives them the time to speak or offer their own ideas. I also found the warm call system to be ineffective at bringing about class discussion. A few people end up giving packaged monologues, but we don't get to have an engaging discussion as a class.    I was most bothered by how this carried over into guest lectures. Although Prof. Rae may have done this in the Enron case, I found that Prof. Bagley consistently did not give our guests much time or freedom to speak, which detracted from the class a great deal.

Too militant at times. I did almost all the readings for this class and was still afraid of coming to class and getting called on by Connie. Her aggressive does not facilitate a welcoming learning environment. I understand why she does it, but I think it's coming off a little strong.

n/a

Connie can pack 100 pounds of __ into a 5 pound bag. There have been one or two cases, however, when half a class period (or less) is just not going to hold that amount of material. When Connie has the room and space and time and full stage to do what she does best, she is magnificent, and the discussion and learning is tremendous. When external factors distract (room is too warm, administrative details, Doug runs long etc), Connie's lesson gets some bumps and picks up speed, and the jumping between topics and cases and protagonists becomes hard to follow. When she has the environment she needs to do her thing, Connie is unstoppable, as is the learning. When the environment is compromised however, our ride goes from on-road to off-road and a few of us get bounced out of the car on the way, left in the dust.

She's brilliant -- especially when it comes to the law -- and sometimes she leaves us behind. This happened particularly during our Paramount v. Time Warner class.

She has a hard time sticking to the topic of the case. Often she drives the class to topics only tangentially related. For instance when discussing the RIM case, we spent the majority of the class talking about censorship in China. While I see the connection, this hindered the classroom discussion, becuase most people were not well versed in these Chinese issues (while they had prepped the RIM case materials).

In spite of Prof. Bagley's insistence on the first day of class, that this would be a "safe space" for people to express their opinions, regardless of what those might be, it became clear early on, that this was all talk. I have never felt so threatened for my political beliefs as I have in Prof. Bagley's class. The class about "Citizens United" had almost no connection to a business school curriculum. At least, if there was one, it wasn't made. In fact, that class was nothing more than an opportunity for Prof. Bagley to bash the "radical" Supreme Court for its conservative leanings (5-4 apparently constitutes radical), which she did by subjecting us to a 15 minute monologue detailing why conservative judges were ruining the country in decision after decision. Once Prof. Bagley got that out in the open, it was pretty clear that conservative beliefs weren't welcome in class discussion. Or at least, if those beliefs were shared, students who did so would risk being ridiculed by the professor for sharing them (since she had already made light of those beliefs several times in class). If this is to be improved, I would recommend that Prof. Bagley make a concerted effort not to inject her personal political beliefs into class discussion, or at least not ridicule the beliefs of others at the expense of limiting class discussion.

MGT 413-03 State & Society
Spring-2 2012
Professors: Douglas Rae, Constance Bagley

| Statistic | Value |
|---|---|
| Total Responses | 25 |

MGT 413-04 State & Society
Spring-2 2012
Professors: Douglas Rae, Constance Bagley

## 6. What are the main weaknesses of the instructor, Constance Bagley? In what ways might his/her teaching be improved? (Your answer to this question will not be read by other students.)

| Text Response |
|---|
| Some discussions are scattered and incoherent |
| Connie can get too caught up on the legal side of issues. |
| Her lectures were extremely disorganized and tangential She tends to name drop top universities so much it gets annoying |
| Sometimes Connie moves too fast and makes connections in her head that aren't explicitly clear to students. |
| None |
| Sometimes a little hard to follow. |
| I thought she was the most impressive during the first half of the course. She seemed to let up on us a bit toward the end. |
| N/A |
| Can be intimidating |
| Sometimes can be a bit disorganized |
| also goes off topic at times, sometimes spent too much time repeating the facts of the case insead of of the implications, lessons |
| sometimes sidetracked on random legal niche issues that don't seem wholly relevant. |
| -Needs to frame questions in a more succinct, clear manner |
| sometimes tries to push too much information in a short timer period, it can get confusing when she covers too much material. legal issues, as good as the content is, most of the time goes over the knowledge level |
| She's all over the place with her classes, and the way she asks people to participate, instead of encouraging participation, actually hinders it because she is very confronting about it. |
| She tries to cover so many topics in a single class that occasionally her lectures seemed to lack direction. |
| Sometimes in her passion for the topic and the complexity of the issues Connie can be very flustered, which is very distracting. Her personal style can get in the way of the topics at hand, which is a shame. When she's at her best she is on fire, an inspiration as a leader and a woman and a powerful teacher, but when she's at her worst she's messy and distracted. |
| -her frenetic energy is almost off putting at times; makes us want to participate less |
| -Extremely difficult to follow in lecture -poor organization -reviews minutiae of case without driving toward a point -overly aggressive |
| Sometimes a bit more structure when tackling the big issue cases would have been good. |
| Goes on too many tangents which distract from the points she's trying to make |

12

MGT 413-04 State & Society
Spring-2 2012
Professors: Douglas Rae, Constance Bagley

> Not organized thinking Not structured class Kept interrupting the guest speakers, the students could not get the most from the speakers
>
> She is way over the top and bitter when interacting with students.
>
> Her lectures often confused me. She often talked about a number of things very quickly and I had trouble following her.
>
> Some of her presentations could be better organized in order to follow her train of thought and case development
>
> Professor Bagley often focused on the specific details of a case rather than encouraging broader discussion that would have been more interesting and educational.
>
> Simplify! Clearer, more precise presentation will make the class experience more valuable for students. I believe this can be done without sacrificing attention to complexity. I felt many discussions ended in chaos rather than a useful take-away. Second, Approach responses to students questions less with a story from your experience, but more from the level of the student's perspective. Your experience is valuable but there's not enough time for an anecdote in every class. Also, allow a few seconds for a student to respond before saying more.... add-ons and attempts to clarify oftern made the situation more confusing for everyone. PS -- I really enjoyed your contributions to the Employee and Comeptitor courses.
>
> Connie's energy is amazing and I would like to see it channeled to maximize her impact in the classroom. In the classes Connie was most excited about, I feel that potential was lost when she tried to pack too much into a single class, leaving little time to dive deep into some of the most interesting issues. This course and its cases are packed with substance, and there is no way we can cover it all. I would have gotten a lot more out of the course if we had dived deep on certain select issues instead of trying to cover as much as humanly possible but only superficially. I also would like to see Connie try to limit the number of tangents or side thoughts, as I think they distract from the class. On a final side note, when Connie doesn't get a response from the class she quickly assumes the class didn't do the work or isn't trying. I think that is a superficial assumption and projects fault onto the class. We work hard and prepare for her classes but don't always understand her questions. I believe this is the primary reason when the class falls silent. It's not for lack of trying; it's a lack of understanding. Before jumping on us, perhaps Connie can try to rephrase or clarify her questions.
>
> Connie lacks some professionalism. She goes on on wildly absurd tangents (calling herself a "college slut"???), and often intimidates students through her aggressive quesitoning. While good in some contexts, it is NOT good when she is asking questions that have literally NOTHING to do with the assigned reading. She also sometimes tries WAY too hard to be politically correct, at the lack of honest converastion, while also occasionally offending students (particularly with her poor classroom attire - she looks sloppy up front, which is disrespectful to students.)
>
> Connie is committed to drawing out certain points in the context of the classroom discussion; in doing so, however, Connie's excitement/enthusiasm for the point can overwhelm the force of the point she is seeking to explicate.
>
> none.
>
> Can lack focus; it is sometimes unclear what she is trying to teach us. (Speculation) She seems to lack confidence in some way and compensates by showing off her credentials and career achievements (which, granted, are strong).
>
> Class summaries (either in written or verbal form) would be very helpful

13

MGT 413-04 State & Society
Spring-2 2012
Professors: Douglas Rae, Constance Bagley

> Connie herself is inconsistent- on a given day, she could give an incredible and thought-provoking lecture, but the next day she will go on a tangent for 15 minutes that doesn't make any sense. She and her co-teacher should work more closely to coordinate, involve each other in their lectures, and maintain consistency.

| Statistic | Value |
|---|---|
| Total Responses | 34 |

MGT 413-04 State & Society
Spring-2 2012
Professors: Douglas Rae, Constance Bagley

## 7. How would you summarize your opinion of this course for a fellow student? What advice would you offer to another student who may take this course?

**Text Response**

Discusses cases with an emphasis on how governments and policy affect business

Very interesting and valuable.

I would highly recommend this course to a fellow student. It requires a much different skill set than one used elsewhere in the core.

A waste of time. I have no idea what the point of it was. I was really excited about this course before I came to SOM, but am totally disappointed by it.

It's a good course, but a bit disappointing that we don't get more tactical.

Offers a great overview of government and legal issues as they relate to business, and introduce a lot of important concepts. Must prepare the cases thoroughly as discussions are intense and for the large part student-led

Great class. Does a better job than ILP of connecting the dots.

Do the reading - be engaged.

A very interesting course that you'll definitely enjoy. There aren't a lot of hard tangible takeaways but it's definitely a valuable course and a useful addition to the core.

I would recommend doing research on the topics covered in class that are also outside the scope of our readings. A lot of times, the lectures go off on a tangent and it helps if you know more about the case.

Key class for the core. Prepare for class and you will get a lot out of it!

The course starts off in an incredible manner but then drifts off half way through.

really good

A course in which you will analize the big picture of many important cases around the world.

It offers a practical and theoretical framework for understanding the social, cultural, and legal dimensions that businesses operate in. In short, political science for managers

This is a great class -- very SOM!

-great version of a typical business law class  -society focus makes it more interesting for us as SOM students

Fun cases but poor teaching

Enjoyable and very stimulating overall. Do the reading!!

Does not live up to its potential

Ok course. It would be better if there is only Doug is teaching.

Read the cases and pull away lessons on your own.

Great course about the broader context of business.

Be prepared for an emotionally charged and chaotic classroom experience. The beginning classes are