BALLOT

Should Constance Bagley be renewed as a Professor in the Practice for a five year term in the Yale School of Management?

__X__ YES

_____ NO

_____ ABSTAIN

_____
SIGNATURE

NICHOLAS BARBERIS
Name

Date: 5/7/12

Additional statement (if any):

YU000019

BALLOT

Should Constance Bagley be renewed as a Professor in the Practice for a five year term in the Yale School of Management?

____✓____ YES

_____ NO

_____ ABSTAIN

_____/s/_____
SIGNATURE

JAKE THOMAS
Name

Date: 5/7/12

Additional statement (if any):

YU000020

## BALLOT

Should Constance Bagley be renewed as a Professor in the Practice for a five year term in the Yale School of Management?

____✓____ YES

_____ NO

_____ ABSTAIN

_____ SIGNATURE

_Arthur J. Swersey_ Name

Date: 5/7/12

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Additional statement (if any):

YU000021

## BALLOT

Should Constance Bagley be renewed as a
Professor in the Practice for a five year term in the
Yale School of Management?

__✓__ YES

_____ NO

_____ ABSTAIN

_____
SIGNATURE

James Baron
Name

Date: 5/7/12

--------

Additional statement (if any):
For a variety of reasons (which I am happy to elaborate on offline), I think we should renew her.

**BALLOT**

Should Constance Bagley be renewed as a Professor in the Practice for a five year term in the Yale School of Management?

✓ YES

____ NO

____ ABSTAIN

*Paul Bracken*
SIGNATURE

_____
Name

Date: 5/7/12

Additional statement (if any):

YU000023

## BALLOT

Should Constance Bagley be renewed as a Professor in the Practice for a five year term in the Yale School of Management?

__/__ YES

_____ NO

_____ ABSTAIN

_Subrata K. Sen_ (signature)
SIGNATURE

SUBRATA K. SEN
Name

Date: 5/7/12

------------------------------------------------

Additional statement (if any):

YU000024

## BALLOT

Should Constance Bagley be renewed as a Professor in the Practice for a five year term in the Yale School of Management?

_____ ✓ YES

_____ ✗ NO

_____ ABSTAIN

_____ NO _____
SIGNATURE

_____ RAE _____
Name

Date: 5/7/12

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Additional statement (if any):

YU000025

## BALLOT

Should Constance Bagley be renewed as a Professor in the Practice for a five year term in the Yale School of Management?

_____ YES

\_\_X\_\_\_ NO

_____ ABSTAIN

*[signature]*
SIGNATURE

JUDITH CHEVALIER
Name

Date: 5/7/12

_____

Additional statement (if any):

YU000026

## BALLOT

Should Constance Bagley be renewed as a Professor in the Practice for a five year term in the Yale School of Management?

_____ YES

☒ NO

_____ ABSTAIN

_____
SIGNATURE

ROUWENHORST
Name

Date: 5/7/12

------------------------------------------------

Additional statement (if any):

YU000027

BALLOT

Should Constance Bagley be renewed as a
Professor in the Practice for a five year term in the
Yale School of Management?

_____ YES

\_\_X\_\_\_\_ NO

_____ ABSTAIN

_[signature]_
SIGNATURE

PETER E SCHOTT
Name

Date: 5/7/12

------------------------------------------------

Additional statement (if any):
YU000028

## BALLOT

Should Constance Bagley be renewed as a
Professor in the Practice for a five year term in the
Yale School of Management?

_____ YES

__X__ NO

_____ ABSTAIN

_____ SIGNATURE

Matthew Spiegel
_____ Name

Date: 5/7/12

------------------------------------------------

Additional statement (if any):

YU000029

## BALLOT

Should Constance Bagley be renewed as a Professor in the Practice for a five year term in the Yale School of Management?

_____ YES

___X___ NO

_____ ABSTAIN

_____
SIGNATURE

____VROOM____
Name

Date: 5/7/12

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

Additional statement (if any):

YU000030

## BALLOT

Should Constance Bagley be renewed as a Professor in the Practice for a five year term in the Yale School of Management?

_____ YES

\_\_✓\_\_\_\_\_ NO

_____ ABSTAIN

*[signature]*
SIGNATURE

SHARON OSTER
Name

ate: 5/7/12

---

dditional statement (if any):

YU000031

BALLOT

Should Constance Bagley be renewed as a Professor in the Practice for a five year term in the Yale School of Management?

_____ YES

___X___ NO

_____ ABSTAIN

_____
SIGNATURE

_____
Name

ate: 5/7/12

dditional statement (if any):

YU000032

## BALLOT

Should Constance Bagley be renewed as a Professor in the Practice for a five year term in the Yale School of Management?

_____ YES

\_\_X\_\_ NO

_____ ABSTAIN

_Gary Gorton_
SIGNATURE

GORTON
Name

te: 5/7/12

ditional statement (if any):

YU000033

## BALLOT

Should Constance Bagley be renewed as a Professor in the Practice for a five year term in the Yale School of Management?

_____ YES

_____ NO

___✓___ ABSTAIN

_____
Will Goetzmann
SIGNATURE / Name

ate: 5/7/12

iditional statement (if any):

YU000034

BALLOT

Should Constance Bagley be renewed as a Professor in the Practice for a five year term in the Yale School of Management?

____ YES
____ NO
__✓__ ABSTAIN

Signature: [signed] Andrew M[...]
Name

Date: 5/7/12

Additional statement (if any): _____

YU000035

## BALLOT

Should Constance Bagley be renewed as a Professor in the Practice for a five year term in the Yale School of Management?

_____ YES

_____ NO

__X__ ABSTAIN

_Rick A[ntle]_
SIGNATURE

_Rick Antle_
Name

ate: 5/7/12

dditional statement (if any):

YU000036