Yale SCHOOL OF MANAGEMENT

EDWARD A. SNYDER
*Dean & William S. Beinecke Professor
of Economics and Management*

tsnyder@yale.edu
T 203 432-6035
PO Box 208200
New Haven CT 06520-8200
135 Prospect Street
New Haven CT 06511 *(courier)*

May 24, 2012

Dr. Constance E. Bagley
20 Fox Den Way
Woodbridge, CT 06525

Dear Connie:

As I informed you by telephone earlier this month, the vote of the School's Board of Permanent Officers on renewal of your appointment was negative. In light of this vote, I will not be renewing your term appointment as a Professor in the Practice at YSOM. As you know, your current appointment will conclude on June 30, 2013.

Geert will be in touch regarding your course schedule for the upcoming academic year. I have asked him to make every effort to minimize your need for new preps.

Sincerely,

[signature]

Cc: Andrea McClure