# Yale *Office of the President-Elect*

PO Box 208229
New Haven CT 06520-8229
T 203 432-5883
president.elect@yale.edu

April 4, 2013

Professor Constance E. Bagley
Professor in the Practice
Yale School of Management

Dear Professor Bagley,

I write regarding your complaint concerning the School of Management's decision not to renew your appointment as Professor in the Practice of Law and Management. As you know, I appointed a Review Committee to consider your complaint under Section III.L.3 of the Faculty Handbook. After having studied the initial report of the Review Committee, and after considering your comments and those of Deans Snyder and Metrick on the report, I asked that the Review Committee consider further certain matters. Having done so, the Review Committee submitted to me a revised report, a copy of which is enclosed.

I agree with the Committee's conclusions that University procedures were properly observed in the case of your reappointment; SOM did not violate its obligations under your employment contract with regard to your voting and participation rights; and that in the decisions regarding your nonrenewal, there was no gender, disability or age discrimination. I believe these issues were carefully considered and well reasoned.

I also have accepted the Committee's conclusions that the standards under which you were to be reviewed for reappointment were not made sufficiently clear to you; that the SOM Review Committee did not sufficiently address the issues that arose with the teaching of the State and Society course in 2012; and that, as a result, the BPO acted without sufficient information regarding your performance in a course that was central to your role at SOM. Based on these factors, and its additional conclusion that Dean Podolny's letter and oral statements led you to expect a review that differed from that which you were given, the Committee concluded that you were not treated fairly. Although I do not fully accept the characterization of Dean Podolny's letter and its consequences for you, I do believe that the Committee gave robust consideration to the issue of fairness, and I therefore accept its judgment that your reappointment was not fairly considered.

In light of the above, I have determined that the most appropriate remedy is that the School of Management deliberate anew on your renewal. I am asking first that a Review Committee of the School review and articulate the standards that will apply, assess the issues involved with the teaching of the State and Society course in 2012, and supplement

JAN 0 9 2014

the initial report on your reappointment. The matter of your reappointment should then be submitted to the School's Board of Permanent Officers for consideration.

Because the academic year is coming to an end, I am asking Dean Snyder to extend your current appointment through June 30, 2014.

Sincerely,

Peter Salovey
President-Elect
Chris Argyris Professor of Psychology