Monday, February 17, 2014 11:50:04 AM Eastern Standard Time

**Subject:** revised language for supplemental review
**Date:** Thursday, August 8, 2013 3:35:02 PM Eastern Daylight Time
**From:** Metrick, Andrew
**To:** Bagley, Connie
**CC:** Pinker, Edieal
**BCC:** Jonathan Clune

Connie,

I just sent the following revised charge to your review committee:

The Review Committee will review and articulate the standards that apply to the Professor in the Practice rank generally, and how those general standards apply in this case. The Committee also will assess the issues involved with the teaching of the State and Society Course in 2012, and supplement the initial report on Professor Bagley[1]s reappointment, applying the articulated standards. This supplemental report, together with the initial report, will be submitted to the BPO for consideration.

Please let me know if you have any questions.

Andrew


Andrew Metrick
Deputy Dean
Michael H. Jordan Professor of Finance and Management
Yale School of Management
Mail: 135 Prospect Street, New Haven, CT 06520
Office: 46 Hillhouse Avenue, Room 102
(203)-432-3069

Monday, February 17, 2014 11:50:10 AM Eastern Standard Time

**Subject:** RE: revised language for Bagley review
**Date:** Thursday, August 8, 2013 3:38:49 PM Eastern Daylight Time
**From:** Pinker, Edieal
**To:** Metrick, Andrew

Andrew, Can you explain what is different between these? If nothing is different why the change?

e.

---

**From:** Metrick, Andrew
**Sent:** Thursday, August 08, 2013 4:31 PM
**To:** Pinker, Edieal
**Cc:** Chevalier, Judy; Zhang, Frank
**Subject:** revised language for Bagley review

Dear Review Committee:

I am providing you with a revised formal charge for the Committee's work, replacing the charge I originally sent you on June 18, 2013, in order to further clarify the steps involved as the School of Management deliberates anew on Professor Bagley's reappointment.

The Review Committee will review and articulate the standards that apply to the Professor in the Practice rank generally, and how those general standards apply in this case. The Committee also will assess the issues involved with the teaching of the State and Society Course in 2012, and supplement the initial report on Professor Bagley's reappointment, applying the articulated standards. This supplemental report, together with the initial report, will be submitted to the BPO for consideration.

Thank you again for your service on the Committee.

Andrew

Andrew Metrick
Deputy Dean
Michael H. Jordan Professor of Finance and Management
Yale School of Management
Mail: 135 Prospect Street, New Haven, CT 06520
Office: 46 Hillhouse Avenue, Room 102
(203)-432-3069

**Subject:** Bagley Review
**Date:** Thursday, August 8, 2013 3:52:42 PM Eastern Daylight Time
**From:** Pinker, Edieal
**To:** Studer, Melissa
**CC:** Metrick, Andrew

Hi Melissa,

Can you please send me the report on Connie Bagley's 2012 review?

Thank you,

edi

Edieal Pinker, Professor
School of Management
Yale University
New Haven, CT

Monday, February 17, 2014 11:50:29 AM Eastern Standard Time

**Subject:** RE: Bagley Review
**Date:** Friday, August 9, 2013 12:10:15 PM Eastern Daylight Time
**From:** Mulligan, Kendra
**To:** Pinker, Edieal
**CC:** Metrick, Andrew, Rossi, Gabriel, Studer, Melissa

Hi Edi,

I have attached a PDF containing all of the Professor in the Practice reports, combined. This combined file includes the 2012 Bagley Review as well as the report for Frank Fabozzi, which was not included in what I had sent previously.

Also, just so you are aware, in the Mester Report, there are two paragraphs quoted from "a recent committee report". The quoted section comes from the 2004 Sonnenfeld Report, found on page 89 in the attached PDF.

Please let me know if you have any questions or need any additional information.

Thank you,
Kendra

---

**From:** Studer, Melissa
**Sent:** Friday, August 09, 2013 11:01 AM
**To:** Mulligan, Kendra
**Subject:** FW: Bagley Review

---

**From:** Pinker, Edieal
**Sent:** Thursday, August 08, 2013 4:53 PM
**To:** Studer, Melissa
**Cc:** Metrick, Andrew
**Subject:** Bagley Review

Hi Melissa,

Can you please send me the report on Connie Bagley's 2012 review?

Thank you,

edi

Edieal Pinker, Professor
School of Management
Yale University
New Haven, CT