

# Yale SCHOOL OF MANAGEMENT

May 13, 2013

ANDREW METRICK
*Deputy Dean for Faculty Development*
*Michael H. Jordan Professor of Finance and Management*

P.O. Box 208200
New Haven CT 06520-8200
T 203 432-3069
F 203 432-8931
metrick@yale.edu
mba.yale.edu/metrick

*courier*
135 Prospect Street
New Haven CT 06511

Constance Bagley
20 Fox Den Way
Woodbridge, CT 06525
Via email: connie.bagley@yale.edu

Dear Connie,

Yale School of Management is extending your term as Professor in the Practice for an additional eighteen (18) months, beginning on July 1, 2013 and ending on December 31, 2014. The appointment will be transmitted to the Yale Provost's office and submitted for final approval to the Fellows of the Yale Corporation, the university's governing board. You will receive notice of final action taken by the Corporation when these steps have been completed.

You will receive a salary increase effective July 1, 2013. Although your salary represents compensation for the nine month academic year, payments will be divided into twelve equal installments, to be paid monthly from July – June. Salary increases have not yet been determined for 2013-14. When SOM finalizes salary increases for the coming term, you will be notified of your new salary under separate cover. Yale SOM will also provide the same budget for your research and teaching and the same level of administrative support (35%, or roughly 13 hours/week), as it did during the 2012-13 academic year.

In addition, you are eligible to continue receiving two-ninths of your base salary as summer research support for the duration of this contract. Under the policy, such continued support is conditional on the approval of a brief research proposal. If you are able to acquire salary support annually from outside sources for at least two months of your salary, we will provide a third month of summer support.

Please confirm your receipt and acceptance of this letter by returning a signed copy to Melissa Studer at melissa.studer@yale.edu. If you have any questions, please contact me.

Sincerely,

*Andrew Metrick*

Andrew Metrick

Accepted by

_____     _____
Constance Bagley                                      Date

JAN 0 7 2014

