# Supplemental Report on Professor Constance Bagley (October 2013)

## Review Committee: Edieal Pinker (Chair), Judith Chevalier, Frank Zhang

**I. Introduction**

We were charged with the following: "The Review Committee will review and articulate the standards that apply to the Professor in the Practice rank generally, and how those general standards apply in this case. The Committee also will assess the issues involved with the teaching of the State and Society Course in 2012, and supplement the initial report on Professor Bagley's reappointment, applying the articulated standards. This supplemental report, together with the initial report, will be submitted to the BPO for consideration."

In Section II we summarize the initial report from April 2, 2012 prepared by Paul Bracken, Ian Ayres and Stan Garstka. In section III we supplement that report based upon the review we conducted of the issues related to the State and Society course in 2012 (see Section IV) and upon our review of the standards that apply to the Professor in the Practice rank generally (see Section V). Our goal in this report is not to express an opinion on whether or not Professor Bagley should be renewed. Rather we will explain how we believe the information we collected should be applied by the BPO in considering Professor Bagley's reappointment.

**II. Summary of the April 2, 2012 report**

The 2012 review committee unanimously recommended that Professor Bagley be reappointed stating that "she meets and exceeds the standards established for professor in the practice of at Yale SOM." In that report the review committee found that Professor Bagley has continued to actively publish work of significance to practice as well as to develop new teaching cases for SOM. After reviewing her teaching evaluation scores the review committee concluded that they "indicate solid teaching." The 2012 review also positively noted her service contributions to Yale and externally.

**III. Supplementing the 2012 Report**

The 2012 report did not make any reference to the question of whether Professor Bagley's appointment still fills an important need at SOM that it currently lacks. As our review of the standards for Professors in the Practice states, good performance in writing, teaching and service are necessary but not sufficient for reappointment. The case must be made that the needs that are being served by the particular position are still a priority for SOM.

The 2012 report's evaluation of Professor Bagley's teaching did not incorporate any information about the Spring 2012 running of the State and Society course. As our report on that course documents, there were some significant problems during that installment of the course but those problems do not indicate that she is anything other than a very skilled and committed teacher. In terms of the current

1

consideration for her renewal we think the only relevant point is that it is no longer feasible for her to co-teach State and Society with Professor Rae.

In Bagley's case, the need that she was appointed to fill was stated in the original committee report prepared for her initial appointment in 2008 which stated:

"We do believe that the legal side of management deserves special priority. It is quite central to management to be able to understand how to approach the law, how to integrate legal considerations, how to frame issues for lawyers so that management goals are not gratuitously eclipsed by lawyers saying that educated risks shouldn't be taken. If our graduates are to be effective in senior management, the knowledge Bagley has to offer will in these respect pay dividends for decades to come."

In other words it was stated that SOM needed strong business law content in its curriculum and Bagley was viewed as someone who could effectively deliver that. It is not stated in that review or in her appointment letter that her primary responsibility was to teach State and Society. Further, as we stated in our report on the State and Society 2012 course, we do not think a core course should be built around a particular individual anyway. Therefore we think that the way the Professor in the Practice standards should be applied in this case is to determine if the BPO believes that having a full-time, in-house faculty member of the Professor in the Practice rank who is dedicated to the intersection of Law and Management provides experience and expertise that the school views as essential and otherwise lacks and if Professor Bagley is the best person to serve that need.

### IV.    State and Society Course 2012

Here we report on the State and Society Course taught in 2012. Our goal here is not to evaluate Professor Bagley's teaching ability. We have not all observed her teaching directly but all evidence of her teaching at Harvard and Stanford presented at her initial appointment and her teaching evaluations prior to 2012 indicate that she is a very capable instructor. Our charge is to "assess the issues involved with the teaching of the State and Society Course in 2012" and we limit ourselves to this.

To conduct this review the committee reviewed the teaching evaluations of the course including the student comments about the course and both instructors. The committee chair met with Professors Rae and Bagley independently and also interviewed seven out of nine teaching assistants for the course. Professor Bagley also provided the committee with extensive documentation of her interactions with Professor Rae and others during the time leading up to the course and during the course itself.

a.  Summary of main findings

The 2012 installment of State and Society did not go well but it was not a disaster. Friction between the two instructors was a root cause of the main deficiencies of the course and was clearly observed by the TAs. However, it appears that the friction between the instructors was not as obvious to the students in the course but manifested itself as other issues that the students commented on. Looking forward we do not believe these two instructors can productively co-teach a course with each other and have

2

doubts about the co-teaching model employed in the course in general. TAs and students commented (representative comments appear in Appendices A and B) on behavior that was not at the highest levels of professionalism on the part of Professor Bagley and to some degree Professor Rae as well. Regarding the course itself we think that it is good in theory but has yet to deliver consistently in practice. Partly the issues encountered in 2012 are a result of the course design and delivery being too dependent upon the individuals teaching it. A core course should not be so dependent upon particular faculty.

b. **General Comments on State and Society**

State and Society is a course that is somewhat of an outlier in the core curriculum at SOM. It is more heavily case and discussion based than most other courses, it was co-taught by two instructors from different disciplines in a very integrated way, and its content is not as structured as many of the other courses. Guest speakers play a large role. Both instructors brought different valuable perspectives to the course that in theory can be complementary and the same is true for their teaching styles. Professor Rae is a lecturer; Professor Bagley is more of a case discussion leader. The course adds to the diversity of the curriculum both in content and in style. Students are forced to wrestle with and discuss messy situations that do not necessarily have clear cut resolutions. They learn how to analyze such situations to identify the core issues. Many students find this both stimulating and valuable. Speaking with the former TAs we found that many of them felt better prepared for their jobs because of the course and saw State and Society as something unique to Yale that their peers from other schools did not have.

The unique characteristics of the course make it challenging to teach. Students typically don't like ambiguity. They often prefer clear take-aways at the end of a class. Students also have a tendency toward passivity in class especially if previous classes have "trained" them to be passive. Thus some students do not like being put on the spot in case discussions. If the case studies are good, discussions are focused and class time is managed well the course will be well received by the students. We do believe that SOM students are able to recognize when they are getting solid content that is of practical relevance and thus see beyond their discomfort with the ambiguity and in-class discussions. However we also believe that when there is a breakdown in the course delivery these unique characteristics of the course can loom larger.

c. **State and Society in 2012**

Based upon the discussion with the instructors and the TA it is our opinion that the running of the State and Society course in 2012 was not as effective as in the past for several reasons. First, there were several new cases that were not of the same caliber as previous cases. Second, there were many changes being made to the syllabus at the last minute. Third, the two instructors had a breakdown in their cooperation because of fundamental disagreement about the course content. As a result there were cases where students were given incorrect information about what to prepare or read in advance of class. The TAs were also often confused about what to do and whose instructions to follow. Maybe most importantly, instead of co-teaching each session as they had typically done in the past the two instructors became less engaged in what was happening in the classroom if they did not back the content being taught in that session. It is quite evident that the two instructors developed some lack of

3

respect for the material that the other wanted to bring to the course. Some of the TAs noted that they sensed a drop in the collaboration between when they took the class as students in 2011 and the 2012 installment. One commented that they found it unprofessional that Professor Bagley complained to them about Professor Rae.

Student criticisms of Professor Bagley's teaching focused on complaints about her going off on tangents, on failures to address the points that the students were expecting to cover on the cases based upon the assigned preparation and generally on poor classroom time management. In addition to these complaints, several students asserted that Professor Bagley expressed on her own political views in a manner that rendered the students uncomfortable, both on matters pertaining to the case and matters not pertaining to the case. Several students also noted that Professor Bagley engaged in excessive commenting on her own qualifications, achievements, and associations etc. The accuracy of these observations by the students was confirmed by several of the TAs. Students also criticized Professor Rae's tendency to digress into entertaining stories that were not always relevant to the topic being discussed. They also noted that his lecture style did not encourage sufficient class discussion.

### d. Dispute over course content

According to both Professor Rae and Professor Bagley there was conflict over the content of the syllabus. Rae felt that too many of the cases were about legal issues (Professor Bagley's forte) while more should be about the role of the State in business (Professor Rae's forte) as well as more broadly how societal trends, attitudes and values shaped the business environment. In Appendix C we report on different statements of the course objectives from the syllabi of 2006 and 2012. It is quite clear that the course has evolved into having a greater emphasis on legal issues reflecting Professor Bagley's influence. We received a copy (from Professor Bagley) of the Syllabus draft as of February 24, 2012 as the instructors were preparing the course. Professor Rae complained that it had too much content from Professor Bagley and needed to be rebalanced. It was indeed the case that at least 70% of the cases were Professor Bagley cases that were not co-authored with Professor Rae. It is open to interpretation whether Professor Bagley cases should be viewed as purely legal content given that she takes a very broad view of the role of law in business and she claims that only two of the 13 sessions of the course were truly focused on legal issues. We did not read the individual cases to determine how to categorize them. The main point is that in the weeks leading up to the start of the course in 2012 the two instructors were disputing the content and direction of the course. With this conflict in the background both instructors were also developing new material to introduce into the course. Professor Bagley appears to have generated more and better polished cases than Professor Rae which complicated the goal of finding the right balance in content while delivering a quality product. Professor Rae pushed last minute changes to the course that caused confusion for students and TAs.

It is our opinion that such conflicts should not occur in a core course. The content of a particular core course should be standardized so that the school knows what is being delivered and has the flexibility to assign a wider range of faculty to teach that course. While it is the belief of this committee that faculty

4

should have the flexibility to adapt their courses to new knowledge and current events a core course should not be defined primarily by an individual instructor's own interests or whims regardless of their talent. Given that the course has many positive aspects and does offer something to students that is not found in other course we recommend that SOM make an effort to give the course some more structure to make its success less dependent upon the individual instructor.

### V. Professor in the Practice Standards

This committee was charged as follows: "The Review Committee will review and articulate the standards that apply to the Professor in the Practice rank generally, and how those general standards apply in this case. " In the following we provide a statement of what we perceive the standards for the Professor in the Practice (PiP) Rank to be at SOM and attempt to give these standards a clearer articulation than may have existed in the past. Our main intention is to give the deans and faculty at SOM (subject to the approval of the BPO) a reference for appointments and evaluation of PiPs so that all involved parties will have consistent expectations. We believe that our articulation of these standards is consistent with the standards that have been applied in the past.

To prepare this document the Chair of the committee met with the following PiPs: Stan Garstka, Jeffrey Garten, Roger Ibbotson, Jeffrey Sonnenfeld to get their perspectives and the committee reviewed documentation of the previous PiP evaluations and appointments (or offers of appointments) of Ibbotson, Garstka, Sonnenfeld, Garten, Fabozzi, Bagley, Mester, Kolditz, and Mohan. We also reviewed the relevant material on this rank in the Yale Faculty Handbook. The passages that we found most relevant from these documents we reproduced in the Appendix below. In the following we make a distinction between the position of PiP (described in **a**) and the individual holding the position the main expectations of whom are described in **b**. In subsections **c** and **d** we respectively describe how appointments should be made and the criteria for evaluation.

**a. The main characteristics of a PiP position are the following:**

1. It involves activities that are of significant importance to the mission of SOM.
2. It primarily involves activities that are not a desirable match with ladder faculty.
3. Its standard form[1] entails contracts of 5-years or less with the possibility of renewal.
4. Holders of this position have "all the responsibilities and privileges of ladder faculty except for membership in the Board of Permanent Officers."[2]
5. The standards for this position are intentionally very high and the number of such positions should be limited.

**b. The main expectations of a PiP are the following:**

1. Teaching – a PiP should be a superior teacher that effectively brings practice into classroom but in a way that is linked to a rigorous body of knowledge.

---

[1] Exceptions require agreement of President of Yale.
[2] Faculty Handbook (SOM section)

2. Writing –a PiP should exhibit intellectual leadership in some area of practice through their continuing written contributions. These writing are not necessarily research based in the same way as that done by ladder faculty.
3. Engagement and Service – a PiP should be intensively engaged in the activities of the school. I.e. this position should be the primary career focus for the PiP.
4. Need – the above expectations of a PiP should provide experience and expertise that the school views as essential but currently lacks as described in II.1 and II.2 above.
5. Reputation – a PiP should generally enhance the reputation of the school.

### c. Appointments

Ideally the appointment of a PiP should be the result of SOM deans in agreement with the BPO identifying a need for a PiP to fill a role at the school as delineated in **V.a** This would be followed by a search for someone whose experiences and skill set fit that need and who has shown superior teaching ability and some combination of impactful writing and significant professional accomplishment in the area of need. In practice, we anticipate that these appointments will often be opportunistic, to either attract or retain a specific individual, as they have been in the past rather than the result of a predefined search.

### d. Evaluation for Renewal

Historically renewals of PiPs have involved a subcommittee of faculty evaluating the performance of the individual and creating a report that documents their assessment. This report and the case are then discussed by the BPO to reach a decision. As in the case of reviews of ladder faculty this report is a starting point for the discussion and the recommendation in the report is only a recommendation to the BPO not a decision. From our review of available documents we find that while the appointments typically refer to the needs of the school, the reappointment reviews have focused on teaching, publication, and service to the school. Therefore the reappointment review report has primarily addressed expectations **b.1,2,3** and **5**, while the question of fit (**b.4**)with the needs of the school have been left to the discussion of the BPO.

A recurring theme in the previous reviews of PiPs has been that: "given the desire to limit the number of such appointments, the threshold is high." Performing well on teaching, writing, and service is in effect a necessary but not sufficient condition for renewal. Because the faculty seeks to limit the number of such appointments the justification for having a particular PiP position should be strong. Therefore and important part of the evaluation for renewal should be an assessment of the continuing need for the particular position at SOM. This assessment of course should take into account competing uses for the resources invested in the position.

6

### Appendix A Paraphrasing of TA Comments from phone interviews

- Big fan of course content but disappointed by the classroom experience.
- Bagley had hard time reining in Rae
- Students didn't like a few of the new cases, they were not meaty enough
- Complained to TAs about Rae "checking out"
- She is one of the better professors
- Dynamic and committed to teaching, always available.
- Went off on tangents fairly often, and students did not get anything from case.
- Bagley willing to tackle difficult subjects
- Felt content was more disjointed then before as a student
- Didn't effectively teach cases together
- Students were confused and less engaged, attendance not good.
- Not just a Connie thing but noticeable tension from her.
- Hard for TAs to get clarity on what to do.
- Warm calling was not so successful. Took people off the hook. Resentment when it didn't happen. Rae sometimes would not call on the,
- Two professors had conflicting styles. Definitely saw friction and it was worse in 2012 than 2011.

### Appendix B  Illustrative student comments

- "There is an inconsistency between the classes, the work, and the expectations in course sessions taught by Connie versus those taught by Doug. This can be incredibly frustrating."
- "Some of the cases were not as great as they could be. For example, Mory's and road infrastructure."
- "The scope of this course covers all the core classes we have had in our first year. The class discussions are fluid. Thus they can take various turns and cover a wide variety of issues. Cases covered in the class are extremely complex and train you for the complexity of the real world."
- "Connie is fantastic. She's one of the best professor that we have. Her aggressive cold calling style is great because it keeps the class engaged and lively. She's also incredibly knowledgeable of the issues."
- "There was one day when Connie let her passion for women's health and the right to choose get the best of her. I am a woman and feel very strongly as well about these issues. Part of my [sic] was really happy she hit the point repeatedly to get the message across, but I also couldn't help thinking that we'd lost some class time because of the political agenda of Connie. It's a tough one though because in no other classes would we hear that sort of awesome commentary. But overall, I still think it wasn't quite the place for it – at least in terms of the over-emphasis quality of delivery."
- "She sometimes goes off onto tangents unrelated to the course which ends up being distracting and even derailing."
- "She speaks about her personal life and professional background far too much in my opinion. It is usually irrelevant and sometimes uncomfortable."

7

- "Be prepared for an emotionally charged and chaotic classroom experience. The beginning classes much higher quality than the later meetings."
- "Doug's classes in particular – while entertaining and informative – seemed to lack structure and learning objectives."
- "Prof. Rae has a tendency to talk a lot, and as a result, class discussion suffers."
- "The readings are great and the class time is horrible. Do all the readings, but be prepared to be disappointed by class discussion."
- "This class cover issues that would otherwise not be covered in classical management courses, but that are just as important to develop a thorough perspective of all the factors that can affect performance in a company. This fact makes this class truly invaluable and very interesting."
- 'the course had great potential and I loved the first few cases we did, but around the middle of the quarter the course just went down the drain. The topics were still interesting, but the professors completely failed at engaging the students and structuring the course in a logical and consistent way.

## Appendix C  Evolution of Course Objectives

1. From 2006 Report on the Core: "State & Society: Elected and unelected political officials can be either assets or obstacles to a manager's realization of his or her goals. A successful manager must understand the motivations and considerations of these officials and understand how those motivations vary with country and features of the officials' position, such as whether the official is elected or appointed. Macroeconomic forces, pervasive cultural values, demographic trends, NGOs, legal precedent, and the defining attributes of the public sector organizations with which they are associated are among the factors that impact on the actions of these officials. The manager must be prepared and able to take actions that reflect these motivations and considerations."

2. From 2006 Syllabus: " This course has five objectives. First, it aims to provide students with insight into the motives driving a diverse array of non-market constituencies. The constituencies include elected and unelected public officials, leaders of NGOs, interest-group advocates, representatives of multinational organizations, as well as organized (and sometimes unorganized) movements that arise in a society. Second, the course examines underlying societal trends that can have a significant impact on the opportunities and risks faced by business management. Third, the course provides insight into some of the systematic sources of variation across the nation-states that can impact managerial and investment decisions. Fourth, the course helps students read the institutional environment of the firm – legal and regulatory frameworks, media market structures, religious organizations, and many other such like.

   Finally, the course repeatedly asks students to reflect on the difference between what is legal and what is right, what is customary and what is legal, what is customary and what is right. The "triangle of governance" thus defined should play a major role in business education, and in management careers."

8

3. From 2012 Syllabus: "The goal of Sate and Society is to develop more effective and responsible general managers by helping students (1) develop a set of value-laden attitudes; (2) adopt a more proactive approach to law, regulation and the political process; (3) enhance their ability to exercise informed judgment when managing the legal and political aspects of business; and (4) expand their context-specific knowledge of the law and the political process and the appropriate application of legal tools and techniques to responsibly shape public policy and regulation.

   During the course, we will explore the motives driving a diverse array of constituencies, including elected and unelected public officials, leaders of NGOs, interest-group advocates, representatives of multinational organizations, as well as organized (and sometimes unorganized) movements that arise in a society. We will see how systematic sources of variation across the nation states can impact managerial and investment decisions. Students will repeatedly be called upon to reflect on the difference between what is legal and what is right, what is customary and what is legal, and what is customary and what is right."

## Appendix D

## References to Standards for Professor in the Practice of Management from Faculty Handbook and previous appointments and reviews of PiPs

**(Yale Faculty Handbook XI.C.3** "This is a term position for practitioners or scholars whose appointments are based primarily on their distinction in one of the areas integral to the practice of management. Persons appointed in this position must show evidence of significant accomplishment as either a practitioner or scholar in their chosen area. In addition, they must show evidence of exemplary performance in teaching the fundamental skills of that area of practice to others.
Such appointments may be made for terms of up to five years and may be renewed with no limit on the number of reappointments without involving the University in either the expectation or promise of tenure. Professors in the practice have all the responsibilities and privileges of ladder faculty except for membership in the Board of Permanent Officers."

**Garstka Reappointment (1991):** "The relevant criteria for an "In the Practice" appointment are the quality of teaching and other service to the School and University. Original scholarship is not necessary, but teaching should show evidence of the use of scholarly concepts, results and materials."

**Sonnenfeld Review (2000):**
"The committee's charge was to determine whether Jeffrey Sonnenfeld meets the standards of scholarship required for the position of Professor in the Practice of Management at SOM. For advice on the nature of these standards, we consulted various governance documents which have guided decision making in the School since its inception. In the original governance document there was no mention of

research or of scholarship in the description of this position. Instead it specified the following standard, "Professor in the Practice is a term position for persons whose appointments are based primarily on their distinction in teaching in one of the applied areas integral to the practice of management." Several years ago, this definition was revised to read "evidence of significant accomplishment as a practitioner-scholar in an area integral to the practice of management." Neither formulation was particularly helpful to the committee in its charge."

"When written policies fail to provide clear-cut guidance, one can frequently induce standards from past decisions. Thus, one could examine the scholarly records of those who have previously been appointed to such a position (Berg, Garstka, Garten, Ibbotson and Sweringa). While we have not conducted such an examination in any formal sense, we believe there to be substantial variability among those so appointed. Of potential relevance was a recent meeting (10/26/00) called for the purpose of creating a new definition of Professor in the Practice which would guide any future appointments. The informal consensus in this meeting emphasized that successful candidates must have demonstrated at some point in their career the capacity for distinguished scholarship through their published works. We have relied on this informal guideline in making our recommendation."

**Mester (2006) and Sonnenfeld (2004)** "In the absence of a universally accepted, formal listing of the requirements for appointment to Professor in Practice, we considered a variety of desirable attributes. We felt that a Professor in Practice should be able to make productive linkages between underlying theory and important real-world practice. To do this he must have some familiarity with both worlds. On the one hand, he should be familiar enough with research and important academic issues to be able to interact with ladder faculty in ways that are both stimulating and informing. On the other hand, he should have substantial industry expertise and contact with practitioners that benefits faculty and students and enhances the external reputation of the school. Faculty and students gain the most when the Professor in Practice brings skills and knowledge that are orthogonal to those we have currently."

**Mester (2006)** Three criterion summary:
"1. Expertise that the School views as essential but currently lacks.
2. Full-time participant? Likely to interact with the School's intellectual community?"
3. High Threshold: Strong case that the Faculty want the candidate as a colleague."

**Bagley (2008), Mester (2006), Sonnenfeld (2004):** "Professors in Practice should provide some experience and expertise that the School views as essential but currently lacks. This experience need not be research-based and could, for example, be related to Executive Education. Second, such Professors should be full-time participants who are likely to interact with the intellectual community of the School. Third, given the desire to limit the number of such appointments, the threshold is high. In essence, a strong case should be made that the faculty would like to have this person as a colleague."

**Ibbotson Review (2008):** " In sum, Roger is doing exactly what we would expect of a professor in the practice – publishing in the top practitioner journals on fundamental issues of investing, and receiving

significant recognition for his work. He has written a textbook in his field and is an active external speaker."

**Fabozzi (2010):**
"1. A Professor in Practice should be able to make productive linkages between underlying theory and important real-world practice. To do this he must have some familiarity with both worlds. On the one hand, he should be familiar enough with research and important academic issues to be able to interact with ladder faculty in ways that are both stimulating and informing. On the other hand, he should have substantial industry expertise and contact with practitioners that benefits faculty and students and enhances the external reputation of the school.

2. Professors in Practice should provide some experience and expertise that the School views as essential but currently lacks.

3. Such Professors should be participants in the intellectual community of the school.

4. Given the desire to limit the number of such appointments, the threshold is high. In essence, a strong case should be made that the faculty would like to have this person as a colleague."