**BALLOT**

Should Constance Bagley be appointed Professor in the Practice for a term ending June 30, 2018 at the Yale School of Management?

☐ YES

☒ NO

☐ ABSTAIN

_[signature]_
SIGNATURE    Print name: _Barbaris_

10/21/13
DATE

Additional statement (if any):

---

**BALLOT**

Should Constance Bagley be appointed Professor in the Practice for a term ending June 30, 2018 at the Yale School of Management?

☐ YES

☐ NO

☒ ABSTAIN

_[signature]_
SIGNATURE    Print name: _Pawel_T_

10/21/13
DATE

Additional statement (if any):

---

**BALLOT**

Should Constance Bagley be appointed Professor in the Practice for a term ending June 30, 2018 at the Yale School of Management?

☐ YES

☒ NO

☐ ABSTAIN

_[signature]_
SIGNATURE    Print name: _Drucker_

10/21/13
DATE

Additional statement (if any):

---

**BALLOT**

Should Constance Bagley be appointed Professor in the Practice for a term ending June 30, 2018 at the Yale School of Management?

☐ YES

☒ NO

☐ ABSTAIN

_[signature]_
SIGNATURE    Print name: _Judith Chevalier_

10/21/13
DATE

Additional statement (if any):

**BALLOT**

Should Constance Bagley be appointed Professor in the Practice for a term ending June 30, 2018 at the Yale School of Management?

☐ YES
☐ NO
☒ ABSTAIN

SIGNATURE: [signature]
Print name: W. GOETZMANN
DATE: 10/21/13

Additional statement (if any): Insufficient information about future role of legal perspective in our curriculum

**BALLOT**

Should Constance Bagley be appointed Professor in the Practice for a term ending June 30, 2018 at the Yale School of Management?

☐ YES
☒ NO
☐ ABSTAIN

SIGNATURE: [signature]
Print name: Edward KAPLAN
DATE: 10/21/13

Additional statement (if any):

**BALLOT**

Should Constance Bagley be appointed Professor in the Practice for a term ending June 30, 2018 at the Yale School of Management?

☐ YES
☒ NO
☐ ABSTAIN

SIGNATURE: [signature]
Print name: Ravi Dhar
DATE: 10/21/13

Additional statement (if any):

**BALLOT**

Should Constance Bagley be appointed Professor in the Practice for a term ending June 30, 2018 at the Yale School of Management?

☐ YES
☒ NO
☐ ABSTAIN

SIGNATURE: [signature]
Print name: Shane Frederick
DATE: 10/21/13

Additional statement (if any):

YU000042

**BALLOT**

Should Constance Bagley be appointed Professor in the Practice for a term ending June 30, 2018 at the Yale School of Management?

- [ ] YES
- [x] NO
- [ ] ABSTAIN

SIGNATURE _____

Print name: RAE

DATE: 10/21/13

Additional statement (if any): _____

---

**BALLOT**

Should Constance Bagley be appointed Professor in the Practice for a term ending June 30, 2018 at the Yale School of Management?

- [ ] YES
- [x] NO
- [ ] ABSTAIN

SIGNATURE _____

Print name: ROUWENHORST

DATE: 10/21/13

Additional statement (if any): _____

---

**BALLOT**

Should Constance Bagley be appointed Professor in the Practice for a term ending June 30, 2018 at the Yale School of Management?

- [ ] YES
- [x] NO
- [ ] ABSTAIN

SIGNATURE _____

Print name: SHARON OSTER

DATE: 10/21/13

Additional statement (if any): _____

---

**BALLOT**

Should Constance Bagley be appointed Professor in the Practice for a term ending June 30, 2018 at the Yale School of Management?

- [ ] YES
- [x] NO
- [ ] ABSTAIN

SIGNATURE _____

Print name: EDIEAL PINKER

DATE: 10/21/13

Additional statement (if any): _____

**BALLOT**

Should Constance Bagley be appointed Professor in the Practice for a term ending June 30, 2018 at the Yale School of Management?

- [ ] YES
- [X] NO
- [ ] ABSTAIN

*signature*
SIGNATURE    Print name: Matthias Spiegel

10/21/13
DATE

Additional statement (if any):

---

**BALLOT**

Should Constance Bagley be appointed Professor in the Practice for a term ending June 30, 2018 at the Yale School of Management?

- [ ] YES
- [X] NO
- [ ] ABSTAIN

*signature*
SIGNATURE    Print name: SHYAM SUNDER

10/21/13
DATE

Additional statement (if any):

---

**BALLOT**

Should Constance Bagley be appointed Professor in the Practice for a term ending June 30, 2018 at the Yale School of Management?

- [ ] YES
- [X] NO
- [ ] ABSTAIN

*signature*
SIGNATURE    Print name: Fiona Scott Morton

10/21/13
DATE

Additional statement (if any):

---

**BALLOT**

Should Constance Bagley be appointed Professor in the Practice for a term ending June 30, 2018 at the Yale School of Management?

- [ ] YES
- [X] NO
- [ ] ABSTAIN

*signature*
SIGNATURE    Print name: SUBRATA K. SEN

10/21/13
DATE

Additional statement (if any):

YU000044

**BALLOT**

Should Constance Bagley be appointed Professor in the Practice for a term ending June 30, 2018 at the Yale School of Management?

☒ YES
☐ NO
☐ ABSTAIN

SIGNATURE: *[signature]*
Print name: VROOM
DATE: 10/21/13

Additional statement (if any):

---

**BALLOT**

Should Constance Bagley be appointed Professor in the Practice for a term ending June 30, 2018 at the Yale School of Management?

☐ YES
☒ NO
☐ ABSTAIN

SIGNATURE: *[signature]*
Print name: Frank Zhang
DATE: 10/21/13

Additional statement (if any):

---

**BALLOT**

Should Constance Bagley be appointed Professor in the Practice for a term ending June 30, 2018 at the Yale School of Management?

☒ YES
☐ NO
☐ ABSTAIN

SIGNATURE: *[signature]*
Print name: Arthur Swersey
DATE: 10/21/13

Additional statement (if any):

---

**BALLOT**

Should Constance Bagley be appointed Professor in the Practice for a term ending June 30, 2018 at the Yale School of Management?

☒ YES
☐ NO
☐ ABSTAIN

SIGNATURE: *[signature]*
Print name: JAKE THOMAS
DATE: 10/21/13

Additional statement (if any):