

# Yale SCHOOL OF MANAGEMENT

EDWARD A. SNYDER
*Dean & William S. Beinecke Professor
of Economics and Management*

tsnyder@yale.edu
T 203.432-6035

PO Box 208200
New Haven CT 06520-8200

135 Prospect Street
New Haven CT 06511 *(courier)*

November 7, 2013

VIA REGISTERED MAIL

Dr. Constance E. Bagley
20 Fox Den Way
Woodbridge, CT 06525

Dear Connie:

As you were informed by telephone last month, the vote of the School's Board of Permanent Officers on renewal of your appointment was negative. In light of this vote, I will not be renewing your term appointment as a Professor in the Practice at YSOM. As you know, your current appointment will conclude on December 31, 2014.

Sincerely,

Edward A. Snyder

cc: Frances Rosenbluth