**Yale** OFFICE OF THE PROVOST

PO Box 208365
New Haven CT 06520-8365

CONFIDENTIAL

November 13, 2013

Constance E. Bagley
Professor in the Practice of Law and Management
Yale School of Management
20 Fox Den Way
Woodbridge, CT 06525

<u>Delivered by Email and U.S. Mail</u>

Dear Professor Bagley:

When we met on November 8, we discussed whether Yale University offers any additional procedures that you could use to challenge the decision by the School of Management not to re-appoint you as a Professor in the Practice.  As you requested, I am writing to confirm that the University does not offer any further means to challenge the decision.

Sincerely,

Stephanie S. Spangler, M.D.
Deputy Provost for Health Affairs and Academic Integrity