

# Yale SCHOOL OF MANAGEMENT

*IMPORTANT FACTS ABOUT WOMEN AND YALE SOM*

Compared to other top business schools in the U.S. and outside the U.S., Yale School of Management (SOM) is solidly in the middle in terms of its percentage of women faculty and percentage of women students.[1]

> 20% of Yale SOM's tenured, tenure-track, and full-time lecturer faculty are women.[2]

> 35% of the students in Yale SOM's full-time MBA Class of 2014 are women.[3]

Yale SOM recognizes the importance of providing students the opportunity to learn from diverse faculty members. The leadership of the school has publicly stated its intention to build the pipeline of ladder faculty with a higher percentage of female faculty members.

> Of the 12 most recent full-time entry-level faculty hires at Yale SOM, 6 have been women.

> The person most recently granted tenure at Yale SOM (in 2013, with an appointment commencing July 1, 2014) is a woman.

Other facts about Yale SOM and its women faculty are noteworthy:

> In 2008, Professor Sharon Oster was appointed Dean of Yale SOM, making the school the first Ivy League business school to be led by a woman.

> Yale SOM is one of just four schools among the 20 highest-ranked global MBA programs to have appointed a female dean.[4]

> The percentage of women serving on Yale SOM external advisory boards is second only to Harvard Business School among the 20 highest-ranked global

---

[1] Based on a comparison of the 20 highest-ranked full-time global MBA programs in the *Financial Times* Global MBA Ranking 2013 (see attached), which is based on new student entrants in the Fall 2012 term

[2] The percentage of women tenure-track faculty in the comparison set ranges from a low of 11% for the University of Cambridge's Judge Business School to a high of 33% for IE Business School. (Source: *Financial Times* Global MBA Ranking 2013)

[3] The percentage of full-time Class of 2014 MBA students who are women ranges from a low of 20% for Iese Business School to a high of 42% at the University of Pennsylvania's Wharton School of Business. (Source: *Financial Times* Global MBA Ranking 2013) Women make up 39% of Yale SOM's MBA Class of 2015.

[4] The other schools from the comparison set are the Haas School of Business at the University of California at Berkeley, which appointed Dean Laura Tyson in 1998; London Business School, which appointed Dean Laura Tyson in 2002; and the appointment by Northwestern University's Kellogg School of Management of Dean Sally Blount in 2010.

MBA programs.[5]

Yale SOM women faculty members have multiple high-level leadership positions at Yale SOM (including faculty group and committee leadership), across Yale (including in the Office of the Provost and on the University Budget Committee), and in federal government and other public service positions. They are currently represented on search, tenure, and promotion committees.

Other facts about Yale SOM and its women students are noteworthy:

The two most recent student body presidents at Yale SOM are women.

Over the past three academic years, women in the full-time MBA program have earned 36% of the highest grades (Distinctions), matching their representation in the student body.

\*\*\*\*\*\*\*\*\*\*

Attachment
*Financial Times:* Global MBA Ranking 2013 (excerpt)

Contact:
Tabitha Wilde, Yale School of Management
203-432-6010; tabitha.wilde@yale.edu

---

[5] Source: *Financial Times* Global MBA Ranking 2013