# DONAHUE, DURHAM & NOONAN, P.C.

Patrick M. Noonan
pnoonan@ddnctlaw.com

Concept Park
741 Boston Post Road
Suite 306
Guilford, CT 06437
Tel (203) 458-9168
Fax (203) 458-4424

July 30, 2014

**Via Federal Express**

Attorney Laura R. Studen
Burns & Levinson, LLP
125 Summer Street
Boston, MA 02110

RE:   Constance E. Bagley v. Yale University, Et Al

Dear Laura:

Enclosed, in partial response to the Court's Initial Discovery Protocol and Plaintiff's First Request for Production of Documents, are three DVD's of electronic documents gathered from the computers of Andrew Metrick, Edward Snyder and Douglas Rae. Consistent with the agreement reached between myself and Alex Deal, the search covered the period January 1, 2007 to the present and applied the following search terms: "State and Society;" Bagley, Constance; Connie; CB; Bracken AND Committee or Bracken AND Cmte or Bracken AND Report; Harte AND Committee or Harte AND Cmte or Harte AND Report; Blackball (with extensions); Nierenberg /2 Chair (with extensions); Aguilera; "Professor in the Practice;" PIP; Alstott; Ayers; Blanchette; Margaret.Clark; Meltdown; bitch; Baglady; and Bag w/2 lady. This search identified many e-mail messages to and from students in the State & Society course that were unrelated to any issue in this lawsuit and which have not been produced.

As you can see, there are literally thousands of pages of documents, most of them completely unrelated to any issue in this lawsuit. After you have had a chance to look at these documents, perhaps we can discuss a way in which discovery can be done without requiring us to unearth this volume of material. In the meantime, can you let me know when you will be providing responses to the initial discovery protocol?

Very truly yours,

*Patrick M. Noonan/gb*

Patrick M. Noonan

PMN/mgb
Enclosures