**From:** Pat Noonan
**Sent:** Tuesday, September 16, 2014 5:47 PM
**To:** 'Laura R. Studen'; Emily J. Nelson
**Cc:** Valerie Brown
**Subject:** RE: Bagley

Laura,

      I am trying to schedule these depositions.  As a first step, can you tell me whether your schedule will accommodate a deposition of Professor Rae on September 29, October 1 or October 2?    If you do not want those dates, I will tell him not to hold them any longer.  We also have some earlier dates available in September, but I understand that you cannot do the deposition then.  Thanks.
      Pat

Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT  06437
Tel:  203-458-9168
Fax: 203-458-4424

**From:** Laura R. Studen [mailto:lstuden@burnslev.com]
**Sent:** Tuesday, September 16, 2014 5:25 PM
**To:** Emily J. Nelson; Pat Noonan
**Cc:** Valerie Brown
**Subject:** RE: Bagley

Pat, I recognize that lawyers practice differently, but I have not had the experience of not starting first with dates available to both counsel and then sharing some flexibility to notice deponents for those dates.  Your method, if I understand it, is not to tell me when you are available, but for you to pick dates available for yourself and some deponent and then notify me without first checking to see if I am available.  Just as a practical matter, I do not follow the logic.  In any event, if we cannot get the currently noticed depositions schedule this year, and scheduled before the end of this month, we will be asking the good judge about what makes sense to him.  And, remember, even Bill Clinton, as busy as he was attended his deposition with very little wrangling on whether the lawyers were available.  I do not accept "inconvenience" as a reason for non-appearance.  I encourage you to help get these scheduled without court intervention.

Laura R. Studen, Esq.
**Burns & Levinson LLP**
Partner | Business Litigation
125 Summer Street | Boston MA 02110
617.345.3325 (d) I 617.345.3000 | 617.345.3299 (f)
www.burnslev.com
lstuden@burnslev.com
Valerie Brown
Legal Administrative Assistant
617-345-3219 direct dial
vbrown@burnslev.com

::::::::::::::::::::::::::::::::::::::::::::::::::::::

*Only print this e-mail if necessary.

IRS Circular 230 Disclaimer: Any tax advice in the communication is not intended or written by company to be used, and cannot be used, by a client or any other person or entity for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this e-mail message is Attorney Privileged and Confidential information intended only for the use of the individual or entity named as recipient.  If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone or reply e-mail. Thank you.

**From:** Emily J. Nelson
**Sent:** Tuesday, September 16, 2014 3:53 PM
**To:** 'Pat Noonan'
**Cc:** Laura R. Studen; Valerie Brown
**Subject:** RE: Bagley

Pat:

To be clear, we noticed depositions for September and you cancelled them – I don't ever recall indicating that certain proposed dates were "inconvenient for Laura," but please let me know where you recall such a representation was made.  Half-way through September, you then found it quite urgent to depose Mr. Rae and unrealistically assumed we and our client would be available within the next two weeks.

Given that they under subpoena power, the deponents have a responsibility to make themselves available even if not wholly convenient for them.  Please provide dates ASAP that you are available - the rational approach is to determine dates that counsel are both available and then plug in or shift around the deponents.  We first noticed depositions over a month ago and I have yet to receive any proposed dates for the other two deponents.  That really is unacceptable at this point and we will be going to the judge because I believe he would agree.

I look forward to your call at 4pm to discuss the interrogatories responses.

Emily

**Emily J. Nelson**
**Burns & Levinson LLP**
Associate | Business Litigation | Employment
125 Summer Street | Boston MA 02110
617.345.3205 (d) | 617.345.3000 | 617.345.3299 (f)
www.burnslev.com
enelson@burnslev.com

::::::::::::::::::::::::::::::::::::::::::::::::::::::

*Only print this e-mail if necessary.

IRS Circular 230 Disclaimer: Any tax advice in the communication is not intended or written by company to be used, and cannot be used, by a client or any other person or entity for the purpose of

(i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any matters addressed herein.

This e-mail message is intended only for the designated recipient(s).  It may contain confidential or proprietary information, and may be subject to the attorney-client privilege and/or other confidentiality protections.   If you are not the intended recipient, you may not review, retain, disseminate, distribute or copy this communication.  If you have received this communication in error, please notify us immediately by telephone or reply e-mail. Thank you.

**From:** Pat Noonan [mailto:PNoonan@ddnctlaw.com]
**Sent:** Tuesday, September 16, 2014 3:44 PM
**To:** Emily J. Nelson
**Subject:** Bagley

Hi Emily,
	As promised, I am providing dates for the deposition of Professor Rae. As you know, we previously proposed some earlier dates in September, but I understand that those dates were not convenient for Laura.  Professor Rae is available all day September 29, October 1 and October 2.  I am working on the other two, but am having difficulty finding a full day open for either.  Can you let me know if you believe you will actually need a full day for Dean Snyder and President Salovey?  Thanks.
	Pat

Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT  06437
Tel:  203-458-9168
Fax: 203-458-4424