**From:** "Pat Noonan" <PNoonan@ddnctlaw.com>
**Date:** November 2, 2014 at 4:22:13 PM EST
**To:** "Laura R. Studen" <lstuden@burnslev.com>
**Cc:** Valerie Brown <vbrown@burnslev.com>, "Emily J. Nelson" <enelson@burnslev.com>
**Subject: Re: Bagley v. Yale**

I made that suggestion because you have made that same suggestion to me several times. I recognize, and I suspect you also recognize, that each of our clients expects the lead lawyer on the case to be present for all key depositions. Please let me know if I should tell President Salovey that he no longer needs to hold those dates.

Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Rd.
Guilford, CT 06437
(203) 458-9168

On Nov 2, 2014, at 4:11 PM, "Laura R. Studen" <lstuden@burnslev.com> wrote:

How about you assign someone from your bench so we can move on here without waiting for the only lawyer apparently Yale can afford to assign to this case?  With respect to the only lawyer.

**Laura R. Studen, Esq.**
**Burns & Levinson LLP**
Partner | Business Litigation
125 Summer Street | Boston MA 02110
617.345.3325 (d) l 617.345.3000 | 617.345.3299 (f)
www.burnslev.com
lstuden@burnslev.com
Valerie Brown
Legal Administrative Assistant
617-345-3219 direct dial
vbrown@burnslev.com

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

*Only print this e-mail if necessary.

IRS Circular 230 Disclaimer: Any tax advice in the communication is not intended or written by company to be used, and cannot be used, by a client or any other person or entity for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this e-mail message is Attorney Privileged and Confidential information intended only for the use of the individual or entity named as recipient.  If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone or reply e-mail. Thank you.

**From:** Pat Noonan [mailto:PNoonan@ddnctlaw.com]
**Sent:** Sunday, November 02, 2014 4:09 PM

**To:** Laura R. Studen
**Cc:** Valerie Brown; Emily J. Nelson
**Subject:** RE: Bagley v. Yale

Laura,

As you have known for some time, I am on trial until December 5.  That means the first business day after the trial is December 8. President Salovey is available two weeks from that date, as well as the day after.  December 22 and 23 are business days, and I don't find it "ridiculous" that we would offer you those dates.  If you do not yet have vacation plans, why don't you take care of this on December 22 and then go on vacation?  Alternatively, you could assign someone from your "bench" to handle the deposition in your absence.  Let me know as soon as possible whether you want us to hold the dates; if you don't, I will tell President Salovey that he no longer needs to hold them for you.

                   Pat

Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT  06437
Tel:  203-458-9168
Fax: 203-458-4424

**From:** Laura R. Studen [mailto:lstuden@burnslev.com]
**Sent:** Friday, October 31, 2014 4:23 PM
**To:** Pat Noonan
**Cc:** Valerie Brown; Emily J. Nelson
**Subject:** RE: Bagley v. Yale

Can he do December 25th?  Seriously Pat,  it is the week of the Christmas holiday and I will be on vacation with any luck.  How about a day the week before or two weeks before?  Mr Salovey has not a single business day between now and then other than the Thanksgiving holiday weekend?   Also, please keep Valerie and Emily in our email loops as I am just now seeing this from yesterday.  Let's have a conversation on Monday about scheduling, as this is getting ridiculous.

**Laura R. Studen, Esq.**
**Burns & Levinson LLP**
Partner | Business Litigation
125 Summer Street | Boston MA 02110
617.345.3325 (d) l 617.345.3000 | 617.345.3299 (f)
www.burnslev.com
lstuden@burnslev.com
Valerie Brown
Legal Administrative Assistant
617-345-3219 direct dial
vbrown@burnslev.com

::::::::::::::::::::::::::::::::::::::::::::::::::::::::

*Only print this e-mail if necessary.

IRS Circular 230 Disclaimer: Any tax advice in the communication is not intended or written by company to be used, and cannot be used, by a client or any other person or entity for the purpose of

(i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this e-mail message is Attorney Privileged and Confidential information intended only for the use of the individual or entity named as recipient.  If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone or reply e-mail. Thank you.

**From:** Pat Noonan [mailto:PNoonan@ddnctlaw.com]
**Sent:** Thursday, October 30, 2014 11:24 PM
**To:** Laura R. Studen
**Subject:** Bagley v. Yale

Hi Laura,

President Salovey is available for a deposition on December 22 or 23.  I have not yet heard back from Professor Rae, but I think we should schedule the President's deposition as soon as you determine which date is preferable for you, so that we can insure that we get on his calendar.  Can you let me know which date you prefer, and how long you will need?  I will let you know when I hear from Professor Rae.  Thanks.

Pat

Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT  06437
Tel:  203-458-9168
Fax: 203-458-4424