-------- Original Message --------
**Subject:** Re: Bagley v. Yale
**From:** Michael Rose <mrose@rosekallor.com>
**Sent:** Tuesday, November 11, 2014, 3:11 AM
**To:** Pat Noonan <PNoonan@ddnctlaw.com>,"Laura R. Studen" <lstuden@burnslev.com>
**CC:** "Emily J. Nelson" <enelson@burnslev.com>

Pat -

The honest answer is I have no idea if I will need three hours or the seven. Since the rules allow for seven, and this is not a trip and fall, I'd be closer to the seven; perhaps five. However, I don't want to hear that someone has to leave after five hours and I've somehow waived additional time. Rae would probably take as long, if not longer.

As far as the location, my client would have to pay for travel to your office, so I will be keeping the deposition at my office. It's not fair to her to have her incur that expense. If Yale wants to cover my travel time, I will drive down.

I'm not trying to be difficult, but we are a year into this so we need to move it along.

Sent from Windows Mail

**From:** Pat Noonan
**Sent:** Monday, November 10, 2014 8:18 PM
**To:** Laura R. Studen
**Cc:** Michael J. Rose, Emily J. Nelson


I will do my best to line up either David Bach or Doug Rae just as soon as someone tells me how much time you need. It is literally impossible to have someone agree to a date for a deposition if I cannot tell them how much time to set aside for it. As to Pres. Salovey,
December 22 is the first date he and I have available together. If you don't want that, would you like me to check on the week after Christmas? I don't know about his schedule, but I have some time then. Of course, as with all witnesses, I will need to know how much time you would like to reserve. Thanks for your cooperation.
   Pat



On November 10, 2014, at 11:12AM, "Laura R. Studen" wrote:

If memory serves, I reluctantly conceded that I would do Rae and Salovey's depo before you had completed document production (that is still incomplete) because you refuse to produce any deponent if there was risk of suspending the deposition in the event you finally do produce

a document we would want to question the witness about. To move things along, I proposed getting dates for Rae and Salovey and you offered the Friday and Saturday after Thanksgiving. I am not available but attorney Rose is.  If Bach is not available we can do Rae. Either one. And you have still not given me dates for the week or two before the Xmas holiday week for Salovey

Sent from my iPhone
Laura R Studen,Esq.
Burns & Levinson LLP
627-345-3325



On Nov 10, 2014, at 10:00 AM, Pat Noonan <PNoonan@ddnctlaw.com> wrote:

At the time I proposed the date, I made it clear that I did not know if any witness was available. In fact, at that point I didn't know you wanted to depose Professor Bach. Emily and Laura wanted me to provide a date when I was available during my trial for another depo (I forget which one). I then said I could do the day after Thanksgiving. Laura rejected that date, indicating that she was not working that day.  I the made other plans. Thereafter I got an email indicating for the first time that they would like to depose David Bach. They also told me you would be taking the deposition. I was unable to reach Prof. Bach last  week.  I am willing to change my plans to accommodate you if possible, but I need to know how long the depo will take in order to determine if both I and the witness can change our family plans in order to accommodate you.   It will also facilitate the process if we don't have to spend an hour and a half (or more) traveling.  I am tied up all day and won't respond until tonight.
   Pat

Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Rd.
Guilford, CT 06437
(203) 458-9168

On Nov 10, 2014, at 9:22 AM, "Michael Rose" <mrose@rosekallor.com> wrote:

Since you proposed the date I presumed he was available.  I am not sure about the time but do not want to drive down there.  I'd be inclined to keep it at my office.


Mike

Sent from my iPhone

On Nov 9, 2014, at 9:11 PM, Pat Noonan <PNoonan@ddnctlaw.com> wrote:

Hi Michael,
    As you know, I am trying to line up Professor Bach for a deposition the day after Thanksgiving.  Before he commits, he needs  to know how much time he will need to set aside.  Also since that day is a university holiday, he would prefer to do the deposition at my office so that  he does not have to travel an hour and a half round trip. Please let me know on both issues.  Thanks.
    Pat

Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT  06437
Tel:  203-458-9168
Fax: 203-458-4424