UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSTANCE BAGLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>YALE UNIVERSITY, DOUGLAS RAE, EDWARD SNYDER, and ANDREW METRICK, individually,<br><br>    Defendants. | Case No.: 13 Civ. 1890 (CSH)<br><br>**ECF Case**<br><br><br><br>December 4, 2014 |

**DEFENDANTS' SUBMISSION IN RESPONSE TO
COURT'S DECEMBER 2, 2014 ORDER**

On December 2, 2014, the Court entered an Order directing the parties "to file, not later than the close of business on December 4, 2014, their submissions of what the Court's recitations pursuant to Rules 65(d)(1)(B) and 65(d)(1)(C) [of the Federal Rules of Civil Procedure] should say, in the event that the Plaintiff's motion for a preliminary injunction is granted." (Dkt. No. 82.) Defendants respectfully submit, for the reasons stated in the briefs they have already filed, that no preliminary injunction should issue in this matter. If the Court decides to issue an injunction, Defendants propose the following language:

"A mandatory injunction is hereby ordered extending the term of Plaintiff's employment contract at the School of Management commencing January 1, 2015 and continuing until the entry of judgment in this matter. Until judgment is entered in this matter, Yale University shall provide Plaintiff with the same salary and fringe benefits she was receiving on December 31, 2014."

1

Respectfully submitted,

THE DEFENDANTS
YALE UNIVERSITY, DOUGLAS RAE,
EDWARD SNYDER and ANDREW
METRICK, individually,


By:   /s/ Patrick M. Noonan
     Patrick M. Noonan (ct00189)
     Donahue, Durham & Noonan, P.C.
     741 Boston Post Road
     Guilford, Connecticut 06437
     Tel:  (203) 458-9168
     Fax:  (203) 458-4424
     Email:  pnoonan@ddnctlaw.com


## **CERTIFICATION**

     I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


     /s/
     Patrick M. Noonan