AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Connecticut

Bagley

V.

Yale University et al

**EXHIBIT AND WITNESS LIST**

Case Number: 3:13cv1890 (CSH)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Charles Haight, Jr. | L.Studen / E.Zucker / E.Nelson | P.Noonan |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/8, 12/9, 12/10 | Falzarano Reporting | K. Falcone |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 12/8/14 | | | Constance Bagley, Woodbridge, CT |
| 1 | | | X | X | Ms. Bagley's resume (2012) |
| 2 | | | X | X | 3/19/08 Draft of offer Letter |
| | R | ✓ | X | | Email 12/4/12 Bagley to Brocken et al |
| | | 12/9/14 | | | Constance Bagley, Woodbridge, CT |
| | LL | | X | X | 2008 Yale University Faculty Handbook |
| | CC | | X | X | 2/15/08 Review Committee Report |
| X | | | | | Joel Podolny, San Francisco, CA |
| 4 | | | X | X | Signed offer Letter by Garstka |
| | C | | X | X | 10/30/07 Email from Podolny to Garstka |
| | E | | X | X | 3/27/08 Email from Podolny to Bagley et al |
| | K | | X | X | 2/26/08 Email from Podolny to Osler |
| 17 | | | X | X | Report of Professor Ibbotson (2/25/08) |
| X | | ✓ | | | Dean Andrew Metrick, New Haven CT |
| X | | 12/10/14 | | | Dean Edward A Snyder, New Haven, CT |
| 18 | | | X | X | Confidential memo (Doug Rae) 5/2/2012 |
| 19 | | | X | X | Email Andrew Metrick to Edward Snyder 5/2/2012 |
| 20 | | | X | X | Email Andrew Metrick to Doug Rae 5/2/2012 |
| 21 | | | X | X | Email from Edward Snyder to Doug Rae 12/5/12 |
| 14 | | | X | X | Pinker Committee Report 10/2013 |
| | FF | ✓ | X | X | Harte Report 3/3/13 part two |
| 22 | | | X | X | 10/21 BPO meeting Mins. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| PLF. NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 12/10/14 | | | |
| 11 | | | X | X | Harte Commitee Report dated 11/2012 |

Bagley vs. Yale University   CASE NO. 3:13cv1890 (CSH)

Page 2 of 2 Pages