# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT



| | | |
|---|---|---|
| 450 Main Street<br>Hartford, CT 06103<br>Phone: 860.240.3200<br>Fax: 860.240.3211 | 141 Church Street<br>New Haven, CT 06510<br>Phone: 203.773.2140<br>Fax: 203.773.2334 | 915 Lafayette Boulevard<br>Bridgeport, CT 06604<br>Phone: 203.579.5861<br>Fax: 203.579.5867 |

**Robin D. Tabora**
Clerk

**Dinah Milton Kinney**
Chief Deputy Clerk

**Jane R. Bauer**
Operations Manager

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, Hartford

**Bryan Blough**
Division Manager, Bridgeport

12/15/2014

Patrick Noonan
Donahue, Durham and Noonan
Concept Park
741 Boston Post Road
Guilford, CT 06437

Dear Attorney Noonan

RE:     Case Name:  Bagley v Yale University et al
        Case Number:  3:13cv1890(CSH)

As the above matter has concluded in this court, enclosed is/are the following Defendant's Exhibit(s).

Please acknowledge receipt of the Exhibit(s) on the copy of this letter and return it to the clerk's office in the envelope provided.

Thank you for your cooperation.

Sincerely,

ROBIN D. TABORA, CLERK


By _____/s/_____
   Kathleen Falcone
   Deputy Clerk

ACKNOWLEDGMENT: _____ DATE 1/6/15