UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSTANCE E. BAGLEY,            )<br>                                                        )<br>           Plaintiff                             )<br>                                                        )<br>      v.                                            )<br>                                                        )<br>YALE UNIVERSITY, DOUGLAS  )<br>RAE, EDWARD SNYDER, AND     )<br>ANDREW METRICK, Individually. )<br>                                                        )<br>           Defendants.                       )<br>_____) | Civil Action No.<br>3:13-cv-01890 (CSH) |

## PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' MOTIONS FOR PROTECTIVE ORDERS

In the last two days, the Defendants have filed three Motions for Protective Orders: a motion seeking to halt all discovery of electronic-stored information (Dkt #108); a motion seeking to limit the deposition of Yale University President, Peter Salovey, to two hours instead of the seven hours permitted under the Federal Rules (Dkt #109); a motion seeking to limit the plaintiff to 10 depositions (Dkt #110).  Plaintiff, Constance E. Bagley, moves to strike all three filings due to Defendants' failure to confer with Plaintiff's counsel in good faith on these issues before seeking Court intervention.  In fact, counsel for the parties have a telephone conference scheduled for tomorrow, Saturday, February 21, 2015, to discuss these and other discovery disputes that have arisen over last two weeks.  Defendants' representations that they "attempted to confer" with Plaintiff's counsel involved no good faith effort and these Motions must be stricken as filed prematurely and in apparent panic.

Indeed, Plaintiff has received only e-mail communications unilaterally seeking immediate consent to release Yale from all discovery; to agree to limit the President's deposition

to two hours (or they would refuse to schedule it); and to limit Plaintiff from any depositions beyond the ten permitted by the Rules (for which Plaintiff intends to seek leave of Court, should the parties be unable to reach agreement). Merely days later, in advance of the scheduled telephone conference, Defendants filed these Motions for Protective Orders. Such actions reflect the Defendants' inflexibility and attempts throughout this litigation to undermine the rules and spirit of discovery.

WHEREFORE, Plaintiff respectfully requests that this Court strike these two Motions for failure to confer in good faith in the spirit of the rules of discovery.

Respectfully Submitted,
Constance E. Bagley
BY HER ATTORNEYS,

/s/ Laura R. Studen
Laura R. Studen, Esq. (phv06466)
lstuden@burnslev.com
Emily J. Nelson, Esq. (phv06483)
enelson@burnslev.com
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
617-345-3000
*Counsel for Plaintiff*

Dated: February 20, 2015

### CERTIFICATE OF SERVICE

I hereby certify that, on this 20th day of February, 2015, a copy of the foregoing was electronically filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

/s/ Emily J. Nelson
Emily J. Nelson

4814-8258-1026.1