UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONSTANCE BAGLEY | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:13 CV 1890 (CSH) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, DOUGLAS RAE, | : | |
| EDWARD SNYDER and ANDREW | : | |
| METRICK, Individually | : | MARCH 2, 2015 |
| | : | |
| Defendants | : | |

## WITHDRAWAL OF MOTION

The defendants, Yale University, Douglas Rae, Edward Snyder, and Andrew Metrick, hereby withdraw their Motion for Protective Order (No. 110), seeking to limit the plaintiff to ten depositions.

                                              THE DEFENDANTS
                                              YALE UNIVERSITY, DOUGLAS RAE,
                                              EDWARD SNYDER and ANDREW
                                              METRICK, Individually


BY:  /s/ Patrick M. Noonan  (#ct00189)
        Patrick M. Noonan
        Donahue, Durham & Noonan, P.C.
        741 Boston Post Road
        Guilford, CT 06437
        (203) 458-9168

## **CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                                            _____/s/_____
                                                                                                       Patrick M. Noonan