UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONSTANCE BAGLEY | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:13 CV 1890 (CSH) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, DOUGLAS RAE, | : | |
| EDWARD SNYDER and ANDREW | : | |
| METRICK, Individually | : | MARCH 3, 2015 |
| | : | |
| Defendants | : | |

## MOTION FOR EXTENSION OF TIME

The defendants hereby move for an extension of time, up to and including March 11, 2015, to file reply memoranda in support of their Motions for Protective Order (*see* Document Nos. 108 and 109). Pursuant to the Court's February 23, 2015 Order (Document No. 112), the defendants' reply memoranda are currently due on March 9, 2015. The defendants seek this two-day extension of time due to the fact that undersigned defense counsel is attending depositions in Canada on March 4th through 6th, and then departs for vacation on the morning of Saturday, March 7th. As such, undersigned defense counsel anticipates that he will not be able to dedicate time to working on the reply memoranda until March 10th.

Plaintiff's counsel has indicated that she does not object to the granting of this motion as it relates to Document No. 108. However, plaintiff does not consent to the granting of this motion as it relates to Document No. 109. This is the defendants' first request for an extension of time.

                                  THE DEFENDANTS
                                  YALE UNIVERSITY, DOUGLAS RAE,
                                  EDWARD SNYDER and ANDREW
                                  METRICK, Individually


BY:   /s/ Patrick M. Noonan  (#ct00189)
       Patrick M. Noonan
       Donahue, Durham & Noonan, P.C.
       741 Boston Post Road
       Guilford, CT 06437
       (203) 458-9168

### **CERTIFICATION**

     I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                          /s/
                                                      Patrick M. Noonan