## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

_____
                                             )
CONSTANCE E. BAGLEY,                         )
                                             )
          Plaintiff                          )
                                             )
     v.                                      )          Civil Action No. 3:13-cv-01890
                                             )
YALE UNIVERSITY, DOUGLAS                     )
RAE, EDWARD SNYDER, AND                      )
ANDREW METRICK, Individually.                )
                                             )
          Defendants.                        )
_____)

## NOTICE OF WITHDRAWAL OF EMILY J. NELSON

Please enter the withdrawal of my appearance herein as attorney for the Plaintiff,

Constance E. Bagley, in the above-referenced matter.


Respectfully Submitted


/s/ Emily J. Nelson_____
Emily J. Nelson (BBO # 681812)
enelson@burnslev.com
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
Dated:  May 21, 2015          (617) 345-3000


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
and paper copies will be sent to those indicated as non-registered participants on May 21, 2015.


/s/ Emily J. Nelson_____
Emily J. Nelson

4849-3496-7332.