UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
)
CONSTANCE E. BAGLEY,                )
                                    )
       Plaintiff                    )
                                    )
   v.                               )   Civil Action No. 3:13-cv-01890 (CSH)
                                    )
YALE UNIVERSITY, DOUGLAS            )
RAE, EDWARD SNYDER, AND             )
ANDREW METRICK, Individually,       )
                                    )
       Defendants.                  )
_____)

**PLAINTIFF'S MOTION TO COMPEL**
**DEFENDANT YALE UNIVERSITY TO PRODUCE DOCUMENTS**

      Pursuant to Rules 34 and 37 of the Federal Rules of Civil Procedure, Plaintiff Constance E. Bagley moves this Court for an order compelling Defendant Yale University to produce certain documents (including personnel files and documents pertaining to comparators within the Yale SOM at times relevant to her claims) all well within the parameters of reasonable discovery. The requested documents are set forth in <u>Exhibit A</u> to Plaintiff's Memorandum in support of this Motion. In accordance with Fed. R. Civ. P. 37(a) and Local Rule 37(a), Plaintiff certifies that she has conferred with Defendant Yale University (on more than one occasion) in a good faith effort to resolve the issues raised by the Motion without the intervention of the Court, but Plaintiff has been unable to reach an agreement. The affidavit of Laura R. Studen, Esq., counsel for Plaintiff, is attached hereto.

      For the reasons set forth fully in Plaintiff's Memorandum in Support of this Motion, Plaintiff respectfully requests that this Court enter an order compelling Defendant Yale University to produce the requested documents within a reasonable time, but on a date certain.

Respectfully Submitted,
Constance E. Bagley
BY HER ATTORNEYS,

/s/ Laura R. Studen
Laura R. Studen, Esq.
lstuden@burnslev.com
Neerja Sharma, Esq.
nsharma@burnslev.com
Carla A. Reeves, Esq.
creeves@burnslev.com
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
617-345-3000

Dated: September 15, 2015

## CERTIFICATE OF SERVICE

     I hereby certify that, on September 15, 2015, a copy of the foregoing was electronically filed and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF system.

                /s/ Laura R. Studen
                Laura R. Studen

4826-1575-4023.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSTANCE E. BAGLEY,<br><br>    Plaintiff<br><br>  v.<br><br>YALE UNIVERSITY, DOUGLAS RAE, EDWARD SNYDER, AND ANDREW METRICK, Individually,<br><br>    Defendants. | Civil Action No. 3:13-cv-01890 (CSH) |

## AFFIDAVIT OF LAURA R. STUDEN, ESQ.

I, Laura R. Studen, hereby depose and state under oath as follows:

1. I am an attorney with the law firm of BURNS & LEVINSON LLP, 125 Summer Street, Boston, MA 02110, and am counsel of record for Plaintiff Constance E. Bagley in the above-referenced matter.

2. In accordance with Local Civil Rule 37(a), I submit this affidavit in support of Plaintiff's Motion to Compel Defendant Yale University to Produce Documents.

3. Plaintiff's counsel has conferred with counsel of record for Defendant Yale University, Inc. ("Yale"), on multiple occasions, in a good faith effort to resolve by agreement the specific issues raised in this Motion without the intervention of the Court.

4. The Parties have been unable to reach such an agreement.

Signed under the pains and penalties of perjury this 15th day of September 2015.

                 /s/ Laura R. Studen
                 Laura R. Studen

4825-1182-2888.