## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

_____
                                    )
CONSTANCE E. BAGLEY,                )
                                    )
        Plaintiff                   )
                                    )
    v.                              )       Civil Action No. 3:13-cv-01890
                                    )
YALE UNIVERSITY, DOUGLAS            )
RAE, EDWARD SNYDER, AND             )
ANDREW METRICK, Individually.       )       October 6, 2015
                                    )
        Defendants.                 )
_____)

## MOTION FOR EXTENSION OF TIME

Plaintiff Constance E. Bagley hereby moves for an extension of time, up to and including October 26, 2015, to answer the Defendants' Second Request for Production of Documents and First Set of Interrogatories, dated September 11, 2015.  An extension is necessary because the Plaintiff is traveling abroad from September 27, 2015 through October 8, 2015 to teach and participate in faculty seminars, and it is anticipated that she will not be able to assemble the documents and information requested by the Defendants within the timeframe specified under the Federal Rules of Civil Procedure.

The Plaintiff has not made any previous requests for an extension of time for responding to the Defendants' Second Request for Production of Documents and First Set of Interrogatories. Counsel for the Defendants has confirmed he does not object to the granting of this motion.

2

                Respectfully Submitted,
                Constance E. Bagley
                BY HER ATTORNEYS,

                /s/ Laura R. Studen, Esq./car
                Laura R. Studen, Esq.
                lstuden@burnslev.com
                Ellen J. Zucker, Esq.
                ezucker@burnslev.com
                Carla A. Reeves, Esq.
                creeves@burnslev.com
                Burns & Levinson LLP
                125 Summer Street
                Boston, MA 02110
                617-345-3000

**CERTIFICATE OF SERVICE**

      I, hereby certify that on October 6, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                          /s/ Laura R. Studen/car

4813-0381-1881.