UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSTANCE E. BAGLEY, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>YALE UNIVERSITY, DOUGLAS )<br>RAE, EDWARD SNYDER, AND )<br>ANDREW METRICK, Individually. )<br>)<br>Defendants. )<br>) | Civil Action No. 3:13-cv-01890 |

### AFFIDAVIT OF CARLA A. REEVES, ESQUIRE

I, Carla A. Reeves, do hereby depose and state the following under oath:

1. My name is Carla A. Reeves. I have been retained by Plaintiff Constance E. Bagley ("Plaintiff") to appear on her behalf in the above-captioned matter.

2. I am an Associate with the law firm of Burns & Levinson LLP. My business address is 125 Summer Street, Boston, Massachusetts 02110. My office telephone number is (617) 345-3254. My office facsimile is (617) 345-3299. My electronic mail address is creeves@burnslev.com.

3. I am admitted to practice as an attorney in the following courts:

    a. The Supreme Judicial Court of the Commonwealth of Massachusetts, 2011, Bar No. 681849;

    b. The State of New York Supreme Court, 2012, Registration No. 4999736;

    c. The United States District Court for the District of Massachusetts, 2012, Bar No. 681849;

    d. The United States Court of Appeals for the First Circuit, 2014, Bar No. 1162897; and

    e. The United States District Court for the Eastern District of Michigan, 2015.

4. I am a member in good standing of all federal and state bars to which I have been admitted.

5. I have not been denied admission to any federal or state bar.

6. I have not been the subject of disciplinary proceedings in this Court or in any jurisdiction.

7. I have not resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint or otherwise.

8. I have never been held in contempt of court or been censured, suspended or disbarred by this Court or any court in any jurisdiction.

9. I have reviewed and am familiar with the provisions of the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

10. I designate Michael J. Rose, Esq. as the sponsoring attorney for my admission as a visiting attorney, *pro hac vice*, and for service of process.

11. I further designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

12. I will faithfully adhere to the applicable rules of conduct in connection with all activities and actions taken in this matter.

Signed under pains and penalties of perjury this 6th day of October, 2015.

                 */s/ Carla A. Reeves*
                 Carla A. Reeves

On this **6** day of October, 2015, before me **Valerie Brown**, the undersigned officer, personally appeared the above-named Carla A. Reeves, known to me or satisfactorily proven to be the person whose name is subscribed to the written instrument, and made oath that the foregoing statements are true to the best of her information, knowledge, and belief.

Dated: October **6**, 2015

*Valerie Brown*
Notary Public
My Commission Expires: **May 5, 2017**

> VALERIE BROWN
> Notary Public
> COMMONWEALTH OF MASSACHUSETTS
> My Commission Expires
> May 5, 2017