**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____

|  |  |  |
|---|---|---|
| | ) | |
| CONSTANCE E. BAGLEY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:13-cv-01890 |
| | ) | |
| YALE UNIVERSITY, DOUGLAS | ) | |
| RAE, EDWARD SNYDER, AND | ) | |
| ANDREW METRICK, Individually. | ) | October 26, 2015 |
| | ) | |
| Defendants. | ) | |
| _____ ) | | |

## MOTION FOR EXTENSION OF TIME

Plaintiff Constance E. Bagley hereby moves for an extension of time, up to and including

October 30, 2015, to answer the Defendants' Second Request for Production of Documents and

First Set of Interrogatories, dated September 11, 2015.  Plaintiff seeks additional time due to the

upcoming oral argument on Plaintiff's Motion to Compel, Status Conference, and deposition of

Ian Shapiro, all of which are scheduled for October28, 2015.

Plaintiff made one prior request for an extension of time for responding to the

Defendants' Second Request for Production of Documents and First Set of Interrogatories.

Counsel for the Defendants has confirmed he does not object to the granting of this motion.

Respectfully Submitted,
Constance E. Bagley
BY HER ATTORNEYS,

/s/ Carla A. Reeves
Laura R. Studen, Esq.
lstuden@burnslev.com
Ellen J. Zucker, Esq.
ezucker@burnslev.com
Carla A. Reeves, Esq.
creeves@burnslev.com
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
617-345-3000

## CERTIFICATE OF SERVICE

I, hereby certify that on October 26, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/ Carla A. Reeves

2