Civil- (Dec-2008)

HONORABLE: __Charles S. Haight, Jr.__

DEPUTY CLERK___ __A. Campbell___   RPTR/ECRO/TAPE__Mary Falzarano___

TOTAL TIME: __1__ hours __49__ minutes

DATE:__10/28/2015___   START TIME: __2:08pm___   END TIME: __3:57pm___

LUNCH_RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. _____3:13-cv-1890_____

_____Bagley_____                           ____Laura Studen/Ellen Zucker___

                                                Plaintiff's Counsel

vs
____Yale University et al___                     ____Patrick M. Noonan___

                                                Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing                 [ ] Show Cause Hearing
[ ] Evidentiary Hearing            [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[✓].....# _135_ Motion__to Compel_____ [ ] granted [ ] denied [✓] advisement
[ ].....#____Motion_____ [ ] granted [ ] denied [ ] advisement
[ ].....#____Motion_____ [ ] granted [ ] denied [ ] advisement
[ ].....#____Motion_____ [ ] granted [ ] denied [ ] advisement
[ ].....#____Motion_____ [ ] granted [ ] denied [ ] advisement
[ ].....#____Motion_____ [ ] granted [ ] denied [ ] advisement
[ ].....#____Motion_____ [ ] granted [ ] denied [ ] advisement
[ ]..... Oral Motion_____ [ ] granted [ ] denied [ ] advisement
[ ]..... Oral Motion_____ [ ] granted [ ] denied [ ] advisement
[ ]..... Oral Motion_____ [ ] granted [ ] denied [ ] advisement
[ ].... Oral Motion_____ [ ] granted [ ] denied [ ] advisement
[ ]..... [ ] Briefs(s) due _____ [ ] Proposed Findings due_____ Response due_____
[ ]............ _____ [ ] filed [ ] docketed
[ ]............ _____ [ ] filed [ ] docketed
[ ]............ _____ [ ] filed [ ] docketed
[ ]............ _____ [ ] filed [ ] docketed
[ ]............ _____ [ ] filed [ ] docketed
[ ]............ _____ [ ] filed [ ] docketed
[ ]............ _____Hearing continued until _____ at _____

Notes: