UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONSTANCE BAGLEY | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:13 CV 1890 (CSH) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, DOUGLAS RAE, | : | |
| EDWARD SNYDER and ANDREW | : | |
| METRICK, Individually | : | NOVEMBER 5, 2015 |
| | : | |
| Defendants | : | |

## MOTION FOR PERMISSION TO FILE RESPONSE

The defendants hereby move for permission to file a response to the plaintiff's November 4, 2015 Supplemental Memorandum in Support of Motion to Compel (Document No. 153). The defendants would like an opportunity to respond to the arguments advanced in the plaintiff's Supplemental Memorandum prior to the Court issue a ruling on the plaintiff's Motion to Compel. Therefore, the defendants respectfully request that they be permitted until November 16, 2015 to file such a response. Plaintiff's counsel has indicated that the plaintiff objects to the granting of this motion.

                    THE DEFENDANTS
                    YALE UNIVERSITY, DOUGLAS RAE,
                    EDWARD SNYDER and ANDREW
                    METRICK, Individually

BY:   /s/ Patrick M. Noonan  (#ct00189)
       Patrick M. Noonan
       Donahue, Durham & Noonan, P.C.
       741 Boston Post Road
       Guilford, CT 06437
       (203) 458-9168

## **CERTIFICATION**

     I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                              /s/
                                    Patrick M. Noonan