UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONSTANCE BAGLEY | : | |
| | : | |
|    Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:13 CV 1890 (CSH) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, DOUGLAS RAE, | : | |
| EDWARD SNYDER and ANDREW | : | |
| METRICK, Individually | : | NOVEMBER 5, 2015 |
| | : | |
|    Defendants | : | |

**MEMORANDUM IN SUPPORT OF
MOTION FOR PERMISSION TO FILE RESPONSE**

The defendants have moved for an order permitting them to file a memorandum in response to the plaintiff's Supplemental Memorandum in Support of Motion to Compel (Document No. 153). In support of that motion, the defendants note that the plaintiff filed a Motion to Compel the production of documents on September 15, 2015 (Document No. 135). The plaintiff's Motion to Compel was fully briefed and was argued by counsel for the parties on October 28, 2015. Despite the fact that the plaintiff's motion had been fully briefed and argued -- and without seeking permission to do so -- the plaintiff filed a Supplemental Memorandum in support of her Motion to Compel on November 4, 2015.

After receiving the plaintiff's Supplemental Memorandum, defense counsel contacted plaintiff's counsel to determine whether the plaintiff would consent to the defendants filing a memorandum in response, and requested until November 16, 2015 to do so. The plaintiff

objected to this request. The defendants simply seek an opportunity to respond to the specific arguments advanced in the plaintiff's Supplemental Memorandum as the defendants could not have addressed such arguments prior to the time that the plaintiff filed her Supplemental Memorandum. Therefore, the defendants respectfully request that their motion be granted and that they be permitted until November 16, 2015 to file such a response.

                                      THE DEFENDANTS
                                      YALE UNIVERSITY, DOUGLAS RAE,
                                      EDWARD SNYDER and ANDREW
                                      METRICK, Individually

BY:   /s/ Patrick M. Noonan  (#ct00189)
        Patrick M. Noonan
        Donahue, Durham & Noonan, P.C.
        741 Boston Post Road
        Guilford, CT 06437
        (203) 458-9168

**CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                                    /s/
                                                                       Patrick M. Noonan