# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSTANCE E. BAGLEY, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>YALE UNIVERSITY, DOUGLAS )<br>RAE, EDWARD SNYDER, AND )<br>ANDREW METRICK, Individually, )<br>)<br>Defendants. )<br>) | Civil Action No. 3:13-cv-01890 (CSH) |

## SUPPLEMENT TO PLAINTIFF'S OPPOSITION TO THE DEFENDANTS' MOTION TO COMPEL

In the Conclusion of her Opposition to the Defendants' Motion to Compel her deposition [Doc. No. 169], Plaintiff requested that her deposition be taken and concluded on one of a list of specific dates, should the Court decide to grant the Defendants' Motion to Compel. In light of changes to Plaintiff's counsel's schedule since the Opposition was filed, Plaintiff submits the following revised list of dates: April 5, 2016, April 14, 2016, April 21, 2016, or April 28, 2016.[1]

                                              Respectfully Submitted,
                                              Constance E. Bagley
                                              BY HER ATTORNEYS,

                                              /s/ Laura R. Studen
                                              Laura R. Studen, Esq.
                                              lstuden@burnslev.com
                                              Ellen J. Zucker, Esq.
                                              ezucker@burnslev.com
                                              Carla A. Reeves, Esq.
                                              creeves@burnslev.com
                                              Burns & Levinson LLP
Dated: March 2, 2016                     125 Summer Street
                                              Boston, MA 02110
                                              617-345-3000

---

[1] Plaintiff incorporates by reference into this supplemental filing the factual and legal arguments raised in her previously filed Opposition to the Defendants' Motion to Compel.

1

**CERTIFICATE OF SERVICE**

      I hereby certify that, on March 2, 2016, a copy of the foregoing was electronically filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

      /s/ Carla A. Reeves
      Carla A. Reeves