UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSTANCE E. BAGLEY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 3:13-cv-01890 (CSH) |
| ) | |
| YALE UNIVERSITY, DOUGLAS ) | |
| RAE, EDWARD SNYDER, AND ) | |
| ANDREW METRICK, Individually, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S REPLY TO THE DEFENDANTS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THEIR MOTION TO COMPEL**

Plaintiff Constance E. Bagley submits this memorandum in response to the Defendants' Supplemental Memorandum in Support of their Motion to Compel her deposition.

On March 1, 2016, Plaintiff's counsel served upon the Defendants' counsel two requests for production of documents: one seeking relevant insurance policies, and the other seeking information concerning any indemnification agreements related to this action.  Neither of these requests was intended to nor will have the effect of causing the Defendants any hardship.

With respect to Plaintiff's deposition, the Defendants served a Notice of Deposition, for the first time, on February 29, 2016.  The deposition was noticed for April 29, 2016, a date on which Plaintiff's counsel is unavailable.  Plaintiff's counsel notified the Defendants' counsel that the date would not work.  The Defendants' counsel did not respond or make any effort to confer about dates after that e-mail exchange.

On March 2, 2016, Plaintiff filed with the Court a revised list of dates on which her deposition should be taken, if the Court orders the deposition at all.  Contrary to what the

Defendants suggest in their supplemental memorandum, Plaintiff's schedule has not contributed to any further delay. In fact, all of the dates Plaintiff has requested are *before* the date proposed by the Defendants.

Professor Bagley maintains her objections to the Defendants' Motion to Compel, including those based on the Defendants' pattern of delay. However, should the Court decide to grant the Defendants' Motion, Professor Bagley and her counsel will be prepared to appear for her deposition, as scheduled, on April 28, 2016.

>Respectfully Submitted,
>
>Constance E. Bagley
>BY HER ATTORNEYS,
>
>/s/ Laura R. Studen
>Laura R. Studen, Esq.
>lstuden@burnslev.com
>Ellen J. Zucker, Esq.
>ezucker@burnslev.com
>Carla A. Reeves, Esq.
>creeves@burnslev.com
>Burns & Levinson LLP
>125 Summer Street
>Boston, MA 02110
>617-345-3000

Dated: March 4, 2016

## CERTIFICATE OF SERVICE

I hereby certify that, on March 4, 2016, a copy of the foregoing was electronically filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

>/s/ Carla A. Reeves
>Carla A. Reeves

4844-2371-9726.1