UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONSTANCE BAGLEY | : | |
| | : | |
|    Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:13 CV 1890 (CSH) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, DOUGLAS RAE, | : | |
| EDWARD SNYDER and ANDREW | : | |
| METRICK, Individually | : | MARCH 23, 2016 |
| | : | |
|    Defendants | : | |

## MOTION TO COMPEL

The defendants, Yale University ("Yale"), Douglas Rae, Edward Snyder and Andrew Metrick, hereby move to compel the plaintiff to comply with Interrogatory Nos. 3, 8, 21, 22, 23 of their First Set of Interrogatories and Request for Production No. 4 their Second Request for Production of Documents. The defendants also move to compel the plaintiff to provide additional information regarding the plaintiff's assertion of the attorney-client privilege as to certain email communications. The accompanying memorandum of law supports this motion.

                                                  THE DEFENDANTS
                                                  YALE UNIVERSITY, DOUGLAS RAE,
                                                  EDWARD SNYDER and ANDREW
                                                  METRICK, Individually


                                      BY:   /s/ Patrick M. Noonan  (#ct00189)
                                                 Patrick M. Noonan
                                                 Donahue, Durham & Noonan, P.C.
                                                 741 Boston Post Road
                                                 Guilford, CT 06437
                                                 (203) 458-9168

## CERTIFICATION

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                                       _____/s/_____
                                                                                                Patrick M. Noonan