UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONSTANCE BAGLEY | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:13 CV 1890 (CSH) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, DOUGLAS RAE, | : | |
| EDWARD SNYDER and ANDREW | : | |
| METRICK, Individually | : | APRIL 8, 2015 |
| | : | |
| Defendants | : | |

## MOTION FOR PERMISSION TO FILE RESPONSE

The defendants hereby move for permission to file a response to the plaintiff's April 6, 2016 Reply in Support of her Omnibus Motion (Document No. 179). The defendants seek this permission in order to respond to issues and arguments raised by the plaintiff for the first time in her Reply. Specifically, the defendants would like to briefly respond to (1) the plaintiff's claim that the reappointment materials post-dating her employment are relevant to her contract claims; (2) the plaintiff's claim that the defendants have not produced all documents in their possession responsive to the December 14, 2015 Ruling; and (3) the plaintiff's claim that the defendants' preservation efforts have been inadequate. If the present motion is granted, the defendants' response will not exceed five pages and will be filed on or before Tuesday, April 12, 2016.

                    THE DEFENDANTS
                    YALE UNIVERSITY, DOUGLAS RAE,
                    EDWARD SNYDER and ANDREW
                    METRICK, Individually

BY: /s/ Patrick M. Noonan (#ct00189)
       Patrick M. Noonan
       Donahue, Durham & Noonan, P.C.
       741 Boston Post Road
       Guilford, CT 06437
       (203) 458-9168

## **CERTIFICATION**

     I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                        /s/
                                   Patrick M. Noonan