UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONSTANCE E. BAGLEY,<br><br>   Plaintiff<br><br>   v.<br><br>YALE UNIVERSITY, DOUGLAS RAE, EDWARD SNYDER, AND ANDREW METRICK, Individually.<br><br>   Defendants. | Civil Action No. 3:13-cv-01890 |

## PLAINTIFF'S MOTION TO COMPEL PRODUCTION

For reason said forth in the attached memorandum, Professor Bagley respectfully requests that the Court order the Defendants to produce copies of the actual litigation hold notices, together with the completed document preservation computer survey forms that were required to be returned to the Office of General Counsel by each Litigation Hold Recipient. In addition, Plaintiff requests the Defendants produce an affidavit detailing the retention and production for all non-ESI documents collected from each of the Litigation Hold Recipients.

Professor Bagley further reserves her right to request at the time of trial that the Court issue a directed verdict or provide the jury with a series of adverse inference instructions (that the evidence would have been unfavorable to the Defendants) for its spoliation of evidence that was reasonably foreseeable to be relevant in this litigation. Further, the Plaintiff requests a scheduling

2

order from the Court pursuant to Federal Rules of Civil Procedure 16 and 26(f) so this case can move in an orderly fashion to trial.

        Respectfully Submitted,

        Constance E. Bagley
        BY HER ATTORNEYS,

        /s/ Laura R. Studen
        Laura R. Studen, Esq.
        lstuden@burnslev.com
        Ellen Zucker, Esq.
        ezucker@burnslev.com
        Burns & Levinson LLP
        125 Summer Street
        Boston, MA 02110
        617-345-3000

November 4, 2016

4844-0036-2299.1