UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

CONSTANCE BAGLEY                                    :
                                                   :
         Plaintiff                                 :          CIVIL ACTION NO.:
                                                   :          3:13 CV 1890  (CSH)
vs.                                                :
                                                   :
YALE UNIVERSITY, DOUGLAS RAE,                      :
EDWARD SNYDER and ANDREW                           :
METRICK, Individually                              :
                                                   :
         Defendants                                :

## AFFIDAVIT OF ANDREW METRICK
## IN SUPPORT OF OBJECTION TO MOTION TO COMPEL

I, Andrew Metrick, being duly sworn, deposes and says:

1.       I am over the age of eighteen and believe in the obligation of an oath.

2.       I am the Michael H. Jordan Professor of Finance and Management at the Yale School of Management ("SOM"). I was also Deputy Dean of SOM from ___7/10___ to ___6/16___

3.       I have personal knowledge regarding the process for the appointment and reappointment of Professors in the Practice ("PiPs") at SOM.  As Deputy Dean, I was also personally involved in processing Professor Constance Bagley's application for reappointment as a PiP.

4.       The Board of Permanent Officers ("BPO") was scheduled to consider and vote on Professor Bagley's reappointment application at a meeting on May 7, 2012.  In the weeks leading up to this meeting, I met with Professor Bagley to discuss the reappointment process

and specific terms she requested that differed from the standard PiP reappointment.  One such term was the length of her contract renewal.  PiPs are typically reappointed for five years, and Professor Bagley requested a 10-year reappointment. During this time, we also worked together to draft a document summarizing these terms for consideration by the BPO in its vote on her reappointment.

5.      On or about May 4, 2012, it was brought to my attention that neither the SOM Dean's Office nor the BPO had the authority to grant the 10-year contract renewal requested by Professor Bagley, and that this would require the approval of the President of Yale University.

6.      I then sought out and received verbal approval from then President Richard Levin. Specifically, I spoke with President Levin about this issue outside of Betts House on the Yale University campus, where his office told me I could find him.  I chose to discuss this issue with President Levin in person as the vote of Professor Bagley's reappointment was quickly approaching and I thought it would be more expeditious to explain the situation in person, rather than through a series of emails.

7.      I did not correspond in writing with President Levin regarding Professor Bagley's request that she be considered for a 10-year contract renewal, there was no document formalizing President Levin's approval of Professor Bagley's request, and I do not have any documents that reflect President Levin's approval of this request.

THE AFFIANT,

Andrew Metrick

Subscribed and sworn to before me this _23ᴿᴰ_ day of November, 2016.

By:

Notary Public/

~~Commissioner of the Superior Court~~

ALI E SAIDI
Notary Public
Connecticut
My Commission Expires May 31, 2021

3

THE DEFENDANTS
YALE UNIVERSITY, DOUGLAS RAE,
EDWARD SNYDER and ANDREW
METRICK, Individually


BY:   /s/ Patrick M. Noonan  (#ct00189)
Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

## **CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Patrick M. Noonan
