UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

CONSTANCE BAGLEY                    :
                                   :
    Plaintiff                  :        CIVIL ACTION NO.:
                                   :        3:13 CV 1890  (CSH)
vs.                                :
                                   :
YALE UNIVERSITY, DOUGLAS RAE,      :
EDWARD SNYDER and ANDREW           :
METRICK, Individually              :        January 17, 2017
                                   :
    Defendants                 :

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Constance Bagley and Defendants

Douglas Rae, Edward Snyder and Andrew Metrick hereby notify the Court that, pursuant to an

agreement among the parties, they hereby stipulate that the action against these Defendants may

be dismissed with prejudice, with each party to bear his or her own costs and attorneys' fees.

THE PLAINTIFF                              THE DEFENDANTS
CONSTANCE E. BAGLEY,                       DOUGLAS RAE, EDWARD SNYDER
                                           and ANDREW METRICK, Individually


BY:   _/s/ Laura R. Studen_____          BY:   _/s/ Patrick M. Noonan_____
      Laura R. Studen – PHV06466                 Patrick M. Noonan – CT00189
      BURNS & LEVINSON LLP                        DONAHUE, DURHAM & NOONAN, P.C.
      125 Summer Street                          741 Boston Post Road
      Boston, MA 02110                           Guilford, CT 06437
      T: (617) 345-3000                          T: (203) 458-9168
      E: lstuden@burnslev.com                    E: pnoonan@ddnctlaw.com

## CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/
Laura R. Studen

4813-3234-2080.1

2