UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONSTANCE BAGLEY | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:13 CV 1890 (CSH) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, DOUGLAS RAE, | : | |
| EDWARD SNYDER and ANDREW | : | |
| METRICK, Individually | : | February 2, 2017 |
| | : | |
| Defendants | : | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Constance Bagley and Defendant

Yale University hereby notify the Court that the parties have resolved their dispute and,

pursuant to an agreement among them, they hereby stipulate that the action against Defendant

Yale University may be dismissed with prejudice, with each party to bear his or her own costs

and attorneys' fees.

THE PLAINTIFF
CONSTANCE E. BAGLEY,

THE DEFENDANTS
YALE UNIVERSITY


BY: ___*/s/ Laura R. Studen*___
Laura R. Studen – PHV06466
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
T: (617) 345-3000
E: lstuden@burnslev.com

BY: ___*/s/ Patrick M. Noonan*___
Patrick M. Noonan – CT00189
DONAHUE, DURHAM & NOONAN, P.C.
741 Boston Post Road
Guilford, CT 06437
T: (203) 458-9168
E: pnoonan@ddnctlaw.com


## CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


_____/s/_____
Laura R. Studen


4813-0434-0801.2